# EXHIBIT 1



# PLAN
## Prisoners Legal Advocacy Network

### Election Protection Jail & Post-Release Voting Working Group

PLAN advances participatory democracy by protecting the franchise among eligible system-impacted voters. PLAN administers the Election Protection Jail & Post-Release Voting Working Group. A program of **Election Protection**, the largest nonpartisan coalition that protects, advances, and defends the right to vote in the U.S., this Working Group assists system-impacted voters in overcoming barriers they encounter in their exercise of their voting rights and advocates for the expansion of these rights.

Learn More

### Dignity Defenders Legal Advocacy Program

PLAN challenges unconstitutional and dignity-denying conditions of confinement in U.S. adult prisons and jails by providing direct legal advocacy and working to forge new precedent in the area of dignity rights law.

Learn More

### Jailhouse Law Library

PLAN develops and disseminates legal resource materials for jailhouse lawyers and pro se litigants and for pro bono practitioners and jurists who practice in the prisoners' rights bar.

Learn More

### Prisoner-Led Data Analytics

PLAN collects, analyzes, and disseminates data that tracks system-impacted individuals' self-reported experiences with agencies and officials of the criminal legal system. PLAN is the only organization that tracks nationwide data regarding conditions of confinement in U.S. prisons that is reported by *prisoners*, not prisons.

Learn More

### Law Clerkship & Pro Bono Scholar Programs

PLAN trains the next generation of prisoners' rights attorneys through its Law Clerkship Program for law students and recent law school graduates and as a host provider for the **New York Court System's Pro Bono Scholars Program**.

Learn More

> PLAN's mission is to defend and expand the legal rights of presently and formerly incarcerated individuals so that those who are directly impacted by the U.S. criminal legal system can live with dignity and without fear.

PLAN is a coalition of jailhouse lawyers, attorneys, advocates, and partner organizations that work in collaboration to provide legal services and support to system-impacted individuals. PLAN legal response teams advocate for systemic reforms to: 1) expand the rights of presently and formerly incarcerated people and 2) challenge barriers that impede the exercise of existing rights.

Learn More