# EXHIBIT 2

# 2024
# STATE OF DELAWARE ELECTION CALENDAR

**Prepared by the Department of Elections, Office of the State Election Commissioner**
**905 S. Governors Ave., Suite 170, Dover, DE  19904**
**(302) 739-4277**
**COE_Vote@delaware.gov**
**https://elections.delaware.gov**

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| November 9, 2022 | Department of Elections Offices begin to accept applications for absentee ballots for the 2024 Presidential Primary, State Primary, and General Elections from uniformed service members and citizens living outside the U.S. | § 5518(a) |
| December 4, 2023 at 4:30 p.m. | **DEADLINE** for the chairperson of a major political party governed by the provisions of Delaware Code, Title 15, Chapter 31, Subchapter V, to notify the State Election Commissioner in writing that the party elects not to be governed by the provisions of the Subchapter and shall not hold a Presidential Primary Election. | § 3181(b) |
| December 31, 2023 | Campaign Finance Year-End Report period ends for all political committees (which includes candidate committees, political committees, and political action committees). | § 8002(11)(a)(1)<br>§ 8030(b)(1) |
| January 1, 2024 | Department of Elections County Offices begin to accept applications for absentee ballots for the 2024 Presidential Primary, State Primary and General Elections. | § 5503(d)(4) |
| January 1, 2024 through July 15, 2024 | Persons desiring to appear on the ballot in the 2024 General Election as unaffiliated with a political party may begin to circulate petitions and have petitions executed. | § 3002(d) |
| January 3, 2024 at 4:30 p.m. | **DEADLINE** for the chair of any political party to certify and forward to the State Election Commissioner a copy of the party rules. | § 3185 |

# 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| January 22, 2024<br>by 11:59 p.m. | **DEADLINE** for all political committees (which includes candidate committees, political committees, and political action committees) to file the 2023 Year-End Campaign Finance report (must be filed electronically through the online Delaware Campaign Finance Reporting System, https://cfrs.elections.delaware.gov). | § 102<br>§ 8030(c)(1) |
| February 2, 2024<br>at 4:30 p.m. | **DEADLINE** to file as a candidate for the April 2, 2024 Presidential Primary Election. | § 3183(a) |
| February 2, 2024<br>at 11:59 p.m. | **DEADLINE** to change political party affiliation before the April 2, 2024 Presidential Primary Election.<br>**PLEASE NOTE:** Voters who are automatically registered at DMV by the Presidential Primary Election Voter Registration Deadline of March 9, 2024 at 11:59 p.m. and have their party listed as *No Party-AVR* may change their political party affiliation up to and including on Presidential Primary Election Day, April 2, 2024, in order to vote in their party's Presidential Primary Election. | § 3189<br>§§ 3161(a)&(b) |
| February 7, 2024<br>at 4:30 p.m. | **DEADLINE** for chairperson of each political party participating in the April 2, 2024 Presidential Primary Election to provide the State Election Commissioner with a list of all persons affiliated with such party not already on the ballot and to notify the candidate or the candidate's campaign, that the candidate's name has been provided to the State Election Commissioner. | § 3183(b) |
| February 9, 2024<br>at 4:30 p.m. | **DEADLINE** for candidate wishing to remove his/her name from the April 2, 2024 Presidential Primary Election ballot to file an affidavit with the State Election Commissioner stating that the candidate is not currently and does not intend to become a candidate in any other state's presidential primary and that the candidate is not currently (or is no longer), and does not intend to become, a candidate for the presidential nomination of the candidate's party. | § 3183(b) |
| March 1, 2024<br>at 4:30 p.m. | **DEADLINE** for candidates for school board elections to file notice of candidacy. | Title 14<br>§ 1075(a) |
| March 4, 2024 | **DEADLINE** for the State Election Commissioner to designate and publicize the early voting sites for the April 2, 2024 Presidential Primary Election. | § 5403(a) |

# 2024 DELAWARE ELECTION CALENDAR

The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code,<br>Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| March 9, 2024<br>at 11:59 p.m. | **DEADLINE** to register to vote before the April 2, 2024 Presidential Primary election. | § 2036 |
| March 18, 2024 | **DEADLINE** for uniformed service members and citizens living outside the United States to register to vote before the April 2, 2024 Presidential Primary election. | § 1902(c) |
| **March 20, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting Period for Presidential Primary Election begins – see details below.**<br>**Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.  Please call the Department (302-739-4277) or check the Department's website (https://elections.delaware.gov) for locations of Early Voting Sites in each county.** | **Chapter 54** |
| **March 21, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 22, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 23, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 24, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 25, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 26, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **March 27, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| March 28, 2024 | **DEADLINE** for the Department of Elections County Offices to mail absentee ballots for the April 2, 2024 Presidential Primary Election. (Good Friday, March 29, 2024, is a State and Federal Holiday with no postal delivery.  Therefore, the last day the Department may mail absentee ballots is the business day preceding the postal holiday.) | § 5504(b) |

# 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| **March 28, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| March 29, 2024 | Good Friday, State and Federal Holiday - No Early Voting offered. | |
| **March 30, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting Period for the April 2, 2024 Presidential Primary Election ends. Early Voting for the April 2, 2024 Presidential Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| March 31, 2024 | Easter Sunday – No Early Voting offered. | § 3181 |
| April 1, 2024<br>by 12:00 noon | **DEADLINE** for the Department of Elections County Offices to issue absentee ballots for the April 2, 2024 Presidential Primary Election. | § 5503(a) |
| **April 2, 2024** | **Presidential Primary Election**<br>**Polls open from 7 a.m. to 8 p.m.**<br>**Only registered voters from participating parties may vote. Voters who were automatically registered to vote at DMV by the Presidential Primary Election Voter Registration Deadline of March 9, 2024 at 11:59 p.m. and have their party listed on their voter registration as** *No Party-AVR* **may change their political party affiliation at the polling place in order to vote in their party's Presidential Primary Election**. If these voters do not change their political party affiliation by this date, this affiliation will become "No Party", and these voters may then change this affiliation during permitted party affiliation change periods. | **§ 3181(a)**<br>**§ 3161**<br>**§ 2050A** |
| **April 2, 2024**<br>**at 8:00 p.m.** | **DEADLINE for voters to return voted absentee ballots for the April 2, 2024 Presidential Primary Election to the Department of Elections County Office of the county in which the voter resides.** | **§ 5508(b)** |
| April 4, 2024<br>by 8:00 p.m. | **DEADLINE** for State Board of Elections to convene to examine disputes related to April 2, 2024 Presidential Primary Election. (Any protests or objections must be filed by this time.) | § 3172(b) |
| April 5, 2024 | Department of Elections certifies the results of the April 2, 2024 Presidential Primary Election in the County Office for the respective county. | § 3172 |

## 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| Within 48 hours of the certification of the Presidential Primary Election results | Department of Elections conducts public audits of Presidential Primary Election results from one randomly selected voting machine in each county, and results of all voting machines in one randomly selected election district in the City of Wilmington, using selection criteria in § 5012A(b) of Title 15 of the Delaware Code. | § 5012A(b)&(d) |
| May 10, 2024 | **DEADLINE** for the Department of Elections Offices to mail absentee ballots for School Board Elections. | Title 14 § 1086(b)(2) |
| May 13, 2024 by 12:00 noon | **DEADLINE** for the Department of Elections Offices to issue absentee ballots for School Board Elections. | Title 14 § 1086(b)(3) |
| **May 14, 2024** | **School Board Elections**<br>**Polls open from 7 a.m. to 8 p.m.** | **Title 14 § 1072(c)** |
| **May 14, 2024 by 8:00 p.m.** | **DEADLINE for voters to return voted School Board Election absentee ballots to the Department of Elections County Office conducting the election.** | **Title 14 § 1086(b)(4)** |
| May 16, 2024 [tentative] [but, in no event, later than May 29, 2024] | Certification of the School Board Election results by each of the Department of Elections County Offices conducting the election. | Title 14 § 1083(a) |
| Within 48 hours of the certification of the School Board Election results | Department of Elections conducts public audit of the School Board Election results from randomly selected voting machines using the selection criteria in § 5012A(b) of Title 15 of the Delaware Code. | § 5012A(b)&(d) |
| Within 96 hours of the certification of the School Board Election results | **DEADLINE** for 25 or more persons who voted in a School Board Election to request, in accordance with 14 *Del. C.* § 1083(e), a recompilation of the results. | Title 14 § 1083(e) |
| May 24, 2024 at 11:59 p.m. | **DEADLINE** to change political party affiliation before the September 10, 2024 State Primary Election.<br>**PLEASE NOTE:** Voters who are automatically registered at DMV by the State Primary Election Voter Registration Deadline of August 17, 2024 at 11:59 p.m. and have their party listed as *No Party-AVR* may change their political party affiliation up to and including on State Primary Election Day, September 10, 2024, in order to vote in their party's State Primary Election. | § 2049(a) |

## 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| Within 60 days of the certification of the Presidential Primary Election results | Department of Elections conducts public audits of Presidential Primary Election results from randomly selected voting machines in each county, and the results of one randomly selected voting machine in the City of Wilmington, using selection criteria in § 5012A(c)(1) & (c)(2) of Title 15 of the Delaware Code. | § 5012A(c)&(d) |
| Within 60 days of each of the Presidential Primary Election audits conducted by the Department of Elections | Department of Elections publishes report of Presidential Primary Election audit results and posts the report on the Department's website (https://elections.delaware.gov). | § 5012A(e) |
| July 1, 2024 at 4:30 p.m. | **DEADLINE** for the respective state and county chairpersons of each major political party to notify State Election Commissioner and respective Department of Election County Offices of filing fees. | § 3103(c) |
| July 9, 2024 at 12 noon | **DEADLINE** to file for a statewide office with the State Election Commissioner and for all other offices with the Department of Elections office for the county in which the candidate resides. | § 3101(1)<br>§ 3106 |
| July 12, 2024 at 4:30 p.m. | **DEADLINE** for filed candidates to withdraw without forfeiting filing fees. | § 3101(2)<br>§ 3106(c) |
| July 15, 2024 | **DEADLINE** for petitions to be circulated and executed by candidates unaffiliated with a political party. | § 3002(d) |
| Within 60 days of the certification of the School Board Election results | Department of Elections conducts public audits of the School Board Election results from randomly selected voting machines using the selection criteria in § 5012A(c) of Title 15 of the Delaware Code. | § 5012A(c)&(d) |
| Within 60 days of each of the audits of the School Board Election results | Department of Elections publishes report of School Board Election audit results and posts the report on the Department's website (https://elections.delaware.gov). | § 5012A(e) |
| August 1, 2024 | **DEADLINE** for minor political parties to hold their party's state or county nominating convention to select candidates. Minor political parties shall file certificates of nomination of the selected candidates within 10 business days of the nominating convention. To be removed from a general election ballot, the minor party candidate must withdraw the certificate of nomination on or before 4:30 p.m. on the first Friday after the day the certificate of nomination is submitted. | § 3301(e) |

# 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| Within 10 business days of Minor Political Party Convention | **DEADLINE** for a minor party to file certificates of nomination for the candidates nominated at its convention. Certificates of nomination for federal and statewide offices are filed with the State Election Commissioner and certificates of nomination for all other offices are filed with the Department of Elections office for the county in which the candidate resides. | § 3301(e) |
| August 12, 2024 | **DEADLINE** for the State Election Commissioner to designate and publicize the early voting sites for the September 10, 2024 State Primary Election. | § 5403(a) |
| August 12, 2024 at 11:59 p.m. | Campaign Finance 30-Day Primary Report period ends for candidates on the September 10, 2024 State Primary Election ballot and all other committees. | § 8030(b)(2) |
| August 14, 2024 at 11:59 p.m. | **DEADLINE** for all political committees (which include candidate committees of candidates on the September 10, 2024 State Primary Election ballot, political committees, and political action committees) to file the 30-Day Primary Report (must be filed electronically through the Delaware Campaign Finance Reporting System, https://cfrs.elections.delaware.gov). | § 8030(c)(2) |
| August 17, 2024 at 11:59 p.m. | **DEADLINE** to register to vote before the September 10, 2024 State Primary election. | § 2036 |
| August 21, 2024 | **DEADLINE** for minor political parties to have the required number of registered voters in order to place their respective candidates on the November 5, 2024 General Election ballot. | § 3001 |
| August 26, 2024 | **DEADLINE** for uniformed service members and citizens living outside the United States to register to vote before the September 10, 2024 State Primary election. | § 1902(c) |

# 2024 DELAWARE ELECTION CALENDAR

The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| **August 28, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting Period for the State Primary Election begins – see details below.  Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.**<br>**Please call the Department (302-739-4277) or check the Department's website (https://elections.delaware.gov) for locations of Early Voting Sites in each county.** | **Chapter 54** |
| **August 29, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **August 30, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **August 31, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **September 1, 2024 and September 2, 2024** | **Labor Day, State and Federal Holiday - Monday, September 2, 2024. No Early Voting offered on Sunday, September 1, 2024 and Labor Day, Monday, September 2, 2024.** | |
| **September 3, 2024**<br>**11 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| September 3, 2024 at 4:30 p.m. | **DEADLINE** for major political party officials to file Certificates of Nomination for candidates for offices for which no member of their party has filed for Statewide elective office with the State Election Commissioner, and for all other elective offices with the respective Department of Elections County Office. | § 3303 |
| September 3, 2024 at 4:30 p.m. | **DEADLINE** for unaffiliated candidates to submit sworn declaration of non-affiliation and nominating petitions for Statewide elective office to the State Election Commissioner, and for all other elective offices to the respective Department of Elections County Office. | § 3002(b) |
| September 3, 2024 at 11:59 p.m. | Campaign Finance 8-Day Primary Report period ends for candidates on the September 10, 2024 State Primary Election ballot and all other committees (must be filed electronically through the online Delaware Campaign Finance Reporting System, https://cfrs.elections.delaware.gov). | § 8030(b)(3) |

## 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| **September 4, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| September 5, 2024<br>at 11:59 p.m. | DEADLINE for all political committees (which includes candidate committees of September 10, 2024 State Primary Election candidates, political committees, and political action committees) to file the 8-Day Primary Report (must be filed electronically through the online Delaware Campaign Finance Reporting System, (https://cfrs.elections.delaware.gov). | § 8030(c)(3) |
| **September 5, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **September 6, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| September 6, 2024 | DEADLINE for the Department of Elections County Offices to mail absentee ballots for the September 10, 2024 State Primary Election. | § 5504(b) |
| **September 7, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| September 7, 2024 | Supplemental Poll Lists are available to principal political parties from the Department of Elections. | § 304(d) |
| **September 8, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the 2024 State Primary Election ends. Early Voting for the September 10, 2024 State Primary Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| September 9, 2024<br>at 12 noon | DEADLINE for the Department of Elections County Offices to issue absentee ballots for the September 10, 2024 State Primary Election. | § 5503(a) |
| **September 10, 2024** | **State Primary Election**<br>**Polls open from 7 a.m. to 8 p.m.**<br>**Only registered voters from participating parties may vote. Voters who were automatically registered to vote at DMV by the State Primary Election Voter Registration Deadline of August 17, 2024 at 11:59 p.m. and have their party listed on their voter registration as** *No Party-AVR* **may change their political party affiliation at the polling place in order to vote in their party's State Primary Election**. | **§ 3101(3)**<br>**§ 3104**<br>**§ 3110**<br>**§ 3161** |

## 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| **September 10, 2024 at 8:00 p.m.** | **DEADLINE for voters to return voted absentee ballots for the September 10, 2024 State Primary Election to the Department of Elections County Office of the county in which the voter resides.** | **§ 5508(b)** |
| September 12, 2024 by 8:00 p.m. | **DEADLINE** for State Board of Elections to convene to examine disputes related to the September 10, 2024 State Primary Election. (Any protests or objections must be filed by this time.) | § 3172(b) |
| September 13, 2024 | Department of Elections certifies the results of the September 10, 2024 State Primary Election in the County Office for the respective county. | § 3172 |
| Within 48 hours of the certification of the State Primary Election results | Department of Elections conducts public audits of the September 10, 2024 State Primary Election results of one randomly selected voting machine in each county and all voting machines in one randomly selected election district in the City of Wilmington, using the selection criteria outlined in Title 15 §5012A(b). | § 5012A(b)&(d) |
| September 20, 2024 at 4:30 p.m. | **DEADLINE** for a person, for the November 5, 2024 General Election, to file a Write-In Candidate Declaration Form for Statewide Offices with the State Election Commissioner and for all other offices (General Assembly and county) with the respective County Office in which the election is to be held. | § 3402(c) |
| October 7, 2024 | **DEADLINE** for the State Election Commissioner to designate and publicize the early voting sites for the November 5, 2024 General Election. | § 5403(a) |
| October 7, 2024 at 11:59 p.m. | Campaign Finance 30-Day General Report period ends for all political committees (which includes candidate committees of candidates on the November 5, 2024 General Election ballot, political committees, and political action committees). | § 8030(b)(2) |
| October 9, 2024 by 11:59 p.m. | **DEADLINE** for all political committees (which includes candidate committees of candidates on the November 5, 2024 General Election ballot, political committees, and political action committees) to file the 30-Day General Report (must be filed electronically through the online Delaware Campaign Finance Reporting System, (https://cfrs.elections.delaware.gov). | § 8030(c)(2) |

## 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| October 12, 2024 at 11:59 p.m. | **DEADLINE** for unregistered citizens to register to vote in the November 5, 2024 General Election. | § 2036 |
| October 21, 2024 | **DEADLINE** for unregistered uniformed service members and citizens living outside the U.S. to register to vote before the November 5, 2024 General Election. | § 1902(c) |
| **October 25, 2024 11 a.m. – 7 p.m.** | **Early Voting Period for 2024 General Election begins – see details below.  Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county. Please call the Department (302-739-4277) or check the Department's website (https://elections.delaware.gov) for locations of Early Voting Sites in each county.** | **Chapter 54** |
| **October 26, 2024 11 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **October 27, 2024 11 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **October 28, 2024 11 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| October 28, 2024 at 11:59 p.m. | Campaign Finance 8-Day General Report period ends for all political committees (which includes candidate committees of all candidates on the November 5, 2024 General Election ballot, political committees, and political action committees). | § 8030(b)(3) |
| **October 29, 2024 11 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **October 30, 2024 7 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |

# 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| October 30, 2024<br>by 11:59 p.m. | **DEADLINE** for all political committees (which includes candidate committees of all candidates on the November 5, 2024 General Election ballot, political committees, and political action committees) to file the 8-Day General Report (must be electronically filed through the online Delaware Campaign Finance Reporting System, https://cfrs.elections.delaware.gov). | § 8030(c)(3) |
| **October 31, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| **November 1, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| November 1, 2024 | **DEADLINE** for the Department of Elections Offices to mail absentee ballots for the November 5, 2024 General Election. | § 5504(b) |
| **November 2, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| November 2, 2024 | Supplemental Poll Lists are available to principal political parties from the Department of Elections. | § 304(d) |
| **November 3, 2024**<br>**7 a.m. – 7 p.m.** | **Early Voting for the November 5, 2024 General Election ends. Early Voting offered at designated Early Voting Sites in each county.** | **Chapter 54** |
| November 4, 2024<br>at 12 noon | **DEADLINE** for the Department of Elections Offices to issue absentee ballots for the November 5, 2024 General Election. | § 5503(a) |
| **November 5, 2024** | **2024 General Election**<br>**Polls open from 7 a.m. to 8 p.m.** | DEL. CONST. ART. V § 1 |
| **November 5, 2024**<br>**at 8 p.m.** | **DEADLINE for voters to return voted absentee ballots for the November 5, 2024 General Election to the Department of Elections Office of the county in which the voter resides.** | **§ 5508(b)** |
| November 7, 2024<br>at 10 a.m. | Board of Canvass meets in Superior Court in each county to certify the results of the November 5, 2024 General Election. | DEL. CONST. ART V, § 6<br>§ 5701 |

# 2024 DELAWARE ELECTION CALENDAR

**The Department of Elections has prepared and published this calendar as an informational tool for the citizens of Delaware. While every effort has been made to ensure that the information presented in this calendar is correct, any questions or requests for clarification and additional information regarding any date or event should be directed to the Department of Elections at (302) 739-4277 or COE_Vote@delaware.gov. This calendar is subject to change in the event of revisions to applicable Delaware law.**

| DATE<br>All times are Eastern (local) time | EVENT | Delaware Code, Title 15 Section reference(s) (unless otherwise stated) |
|---|---|---|
| Within 48 hours of the certification of the General Election results | Department of Elections conducts public audits of General Election results from one randomly selected voting machine in each county, and results of all voting machines in one randomly selected election district in the City of Wilmington, using selection criteria in § 5012A(b) of Title 15 of the Delaware Code. | § 5012A(b)&(d) |
| Within 60 days of the certification of the State Primary Election results | Department of Elections conducts public audits of the State Primary Election results from randomly selected voting machines in each county, and the results of one randomly selected voting machine in the City of Wilmington, using selection criteria in § 5012A(c)(1) & (c)(2) of Title 15 of the Delaware Code. | § 5012A(c)&(d) |
| Within 60 days of each of the State Primary Election audits conducted by the Department of Elections | Department of Elections publishes report of State Primary Election audit results and posts the report on the Department's website (https://elections.delaware.gov). | § 5012A(e) |
| December 31, 2024 at 11:59 p.m. | Campaign Finance Year-End Reporting period ends for all political committees (which includes candidate committees, political committees, and political action committees). | § 8030(b)(1) |
| Within 60 days of the certification of the General Election results by the Boards of Canvass | Department of Elections conducts public audits of General Election results from randomly selected voting machines in each county, and the results of one randomly selected voting machine in the City of Wilmington, using selection criteria in § 5012A(c)(1) & (c)(2) of Title 15 of the Delaware Code. | § 5012A(c)&(d) |
| Within 60 days of each of the General Election audits conducted by the Department of Elections | Department of Elections publishes report of audit results and posts the report on the Department's website (https://elections.delaware.gov). | § 5012A(e) |
| January 21, 2025 by 11:59 p.m. | **DEADLINE** for all political committees (which includes candidate committees, political committees, and political action committees) to file the 2024 Year-End Campaign Finance report (must be filed electronically through the online Delaware Campaign Finance Reporting System, https://cfrs.elections.delaware.gov). | § 8030(c)(1) |