# EXHIBIT 11



ELECTION PROTECTION

JAIL & POST-RELEASE VOTING WORKING

GROUP




PLAN does so, in part, by administering the Election Protection Jail & Post-Release Voting Working Group in partnership with the [Lawyers' Committee for Civil Rights Under Law](#), [NAACP Legal Defense Fund](#), [National Association of Criminal Defense Lawyers](#), [The Sentencing Project](#), [Common Cause](#), [State Voices](#), [Campaign Legal Center's Restore Your Vote Program](#), [The Advancement Project](#), The League of Women Voters of [Florida](#) and [Virginia](#), [Southern Poverty Law Center Action Fund](#), [New Jersey Institute of Social Justice](#), and Lawyers for Equal Access to Advocacy & Dignity. This Working Group is a program of [Election Protection](#), the largest nonpartisan coalition that protects, advances, and defends the right to vote in the U.S.

The Working Group informs presently and formerly incarcerated voters of their voting rights under the law, assists system-impacted voters in overcoming barriers they encounter in their exercise of these rights, and advocates for the expansion of these voting rights. It also develops Know Your Rights guides for system-impacted voters and provides them free of charge to eligible incarcerated and formerly incarcerated voters.

The Working group also develops and promulgates:

- Guides for the development and implementation of programs for system-impacted voters,
- Template materials for legislative reform and advocacy to restore or expand the voting rights of individuals directly impacted by the criminal legal system, and
- Litigation guides for practitioners who assist system-impacted voters in the exercise of their voting rights.

The Working Group operates the Election Protection Jail & Post-Release Voting Command Center during state and national elections. This Command Center refers calls received by the 866ourvote hotline from system-impacted voters to subject matter experts to determine voting eligibility. If necessary, the Command Center r