# EXHIBIT 24

# Bring Me The News.



## 5 Minnesotans charged, accused of of voter fraud

One man who was on probation applied for an absentee ballot but never voted.

**MELISSA TURTINEN** • DEC 30, 2021

*Credit: Joe Nelson*

Five people from Stearns County have been charged with felonies related to voter fraud in recent elections.

Court records show they were charged with various voting-related crimes on Dec. 28. They are:

— **Hassan D. Abdulkadir**, 28, of St. Cloud, is charged with two felonies, accused of registering to vote and voting even though he was not eligible.

He was convicted of making terroristic threats, a felony, and sentenced to five years of probation that was set to expire in October 2025, meaning his voting rights had not yet been restored when he registered to vote and voted in the Nov. 3, 2020, election, charges said.



Read More

Abdulkadir admitted he voted in the election and said he was unaware he was prohibited from voting, the criminal complaint says.

— **Calia Z. Bynum**, 24, of St. Cloud, is charged with two felonies, accused of registering to vote and voting even though she was not eligible.

She was convicted of felony financial transaction card fraud so was ineligible to vote because her rights hadn't yet been fully restored, the criminal complaint said.

She registered to vote and voted in the Nov. 3, 2020, election, charges said. She admitted to voting but claimed she didn't know she wasn't allowed to.

— **Bradley A. Haugen**, 44, of St. Cloud, is charged with intentionally making false or untrue statements on an absentee ballot application.

According to the criminal complaint, he filled out an absentee ballot application on June 7, 2020, signing his name that he was eligible to vote in the upcoming election. But he ended up throwing the absentee ballot away and never voting.

Haugen was convicted of a felony in 2018 after court documents say he cashed hundreds of dollars worth of fake checks at the gas station where he worked. He was sentenced to five years of probation, which will expire in October 2023. Because of this, his voting rights had not yet been restored.

This is believed to be the first time the Stearns County Attorney's Office has prosecuted an ineligible voter for applying for an absentee ballot, the Star Tribune says.

— **Jill D. Kelley**, 59, of Cold Spring, is charged with voting more than once during the same election.

She is accused of voting twice — once in person and once via absentee ballot —in the presidential primary on March 3, 2020, charges said. Kelley denied voting in person.

— **Sarah V. Nesenson**, 42, of St. Cloud, is charged with one felony, accused of registering to vote even though she was not eligible.

She was convicted of a felony drug charge in 2019 and was on supervised probation when she filled out a Minnesota Voter Registration Application on April 10, 2020. Her voting rights had not been restored.

Nesenson denied voting in 2020 but admitted it was possible she requested an application, the complaint said. She said she knew she was on probation and couldn't vote.