# IN THE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PRISONERS LEGAL ADVOCACY NETWORK    )

       )     Civil Action No. 1:23-cv-01397-MN

       Plaintiff,        )

       )

       v.        )

       )

CARNEY, et al.        )

       )

       Defendants.        )

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Dwayne J. Bensing, Legal Director, ACLU of Delaware, as counsel for Plaintiff, Prisoners Legal Advocacy Network, in the above-captioned matter.

 

<u>*/s/ Dwayne Bensing*</u>
Dwayne Bensing, Legal Director (#6754)
ACLU Delaware
100 W. 10 Street, Suite 706
Wilmington DE 19801
Telephone: (302) 295-2113
Email: dbensing@aclu-de.org

*Attorney for Plaintiff*

Dated: December 14, 2023

## CERTIFICATE OF SERVICE

I, Dwayne Bensing, Legal Director of ACLU-DE, hereby certify that on this 14th day of

December, 2022, a true and correct copy of the attached *Entry of Appearance* was e-filed via

CM/ECF to all counsel of record.


*/s/ Dwayne J. Bensing*
Dwayne J. Bensing (ID #6754)