IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-1397-MN |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EARLY PRELIMINARY INJUNCTION HEARING DATE, PRELIMINARY INJUNCTION, AND TEMPORARY RESTRAINING ORDER**

Plaintiff Prisoners Legal Advocacy Network ("Plaintiff") respectfully moves this Court to enter an early preliminary injunction hearing date, a preliminary injunction, and a temporary restraining order under 35 U.S.C. § 283 and Fed. R. Civ. P. 65(a) to ensure that the fundamental right to vote is restored to eligible incarcerated voters. The grounds for this motion are set forth in Plaintiff's Opening Brief, submitted herewith.

OF COUNSEL:

Jonathan Topaz
Casey Smith
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 249-2500

Stephen D. Hibbard
Aaron M. Francis
Seth H. Victor
Dixie M. Morrison
PROSKAUER ROSE LLP
2029 Century Park E. #2400
Los Angeles, CA 90067
(310) 284-5600

Michael J. Lebowich
Godfre O. Blackman
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

Dated: December 15, 2023

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*

-and-

Dwayne Bensing (No. 6754)
AMERICAN CIVIL LIBERTIES UNION
 OF DELAWARE
100 W. 10 Street, Suite 706
Wilmington DE 19801
(302) 295-2113
dbensing@aclu-de.org

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-1397-MN |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **RULE 7.1.1 STATEMENT**

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, counsel for Prisoners Legal Advocacy Network ("Plaintiff") hereby certify that a reasonable effort was made to reach agreement with the Honorable John Carney, the Honorable J. Albence, and the Honorable Terra Taylor (collectively, "Defendants"), regarding Plaintiff's Motion for Early Preliminary Injunction Hearing, Preliminary Injunction, and Temporary Restraining Order on a meet and confer on November 29, 2023. The parties were unable to reach agreement.

OF COUNSEL:
Jonathan Topaz
Casey Smith
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 249-2500

Stephen D. Hibbard
Aaron M. Francis
Seth H. Victor
Dixie M. Morrison
PROSKAUER ROSE LLP
2029 Century Park E. #2400
Los Angeles, CA 90067
(310) 284-5600

Michael J. Lebowich
Godfre O. Blackman
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

Dated: December 15, 2023

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*

-and-

Dwayne Bensing (No. 6754)
AMERICAN CIVIL LIBERTIES UNION
 OF DELAWARE
100 W. 10 Street, Suite 706
Wilmington DE 19801
(302) 295-2113
dbensing@aclu-de.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, this document was served on the persons listed

below in the manner indicated:

**BY HAND DELIVERY**

The Honorable Anthony J. Albence
State of Delaware - Department of Elections
905 S. Governors Avenue, Suite 170
Dover, DE 19904

The Honorable Terra Taylor
Delaware Department of Correction
Office of the Commissioner
245 McKee Road
Dover, DE 19904

The Honorable John Carney
Governor Executive Office
Tatnall Building
150 Martin Luther King Jr. Blvd.
Dover, DE  19901

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*

-and-

Dwayne Bensing (No. 6754)
AMERICAN CIVIL LIBERTIES UNION
 OF DELAWARE
100 W. 10 Street, Suite 706
Wilmington DE 19801
(302) 295-2113
dbensing@aclu-de.org