IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-1397-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this ____ day of _____, 20____, the Court having considered the filings and arguments related to Plaintiff Prisoners Legal Advocacy Network's ("Plaintiff's") Motion for Early Preliminary Injunction Hearing Date, Preliminary Injunction, and Temporary Restraining Order, ("Motion"), and having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED that that Plaintiff's Motion is GRANTED as follows:

1. The above named defendants show cause before this Court, at Room _____, 844 N. King Street, Wilmington, DE 19801-3570 on _____, _____ at _____ a.m./p.m. or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from failing, or refusing, to provide in person machine voting

1

at Delaware Department of Correction facilities to incarcerated persons presently detained by the state while they await trial ("pretrial detainees") as well as those that have been convicted of a non-disqualifying, misdemeanor crime (together with pretrial detainees, "eligible incarcerated voters"); and

    2. Personal service of a copy of this order upon the defendants or their counsel on or before _____, 20_____ at 5:00 p.m. shall be deemed good and sufficient service thereof; and

    3. The deadline for defendants to file opposing papers, if any, shall be on or before _____, 20_____ at 5:00 p.m.

    IT IS FURTHER ORDERED that, sufficient reason having been shown pending the hearing of the plaintiff's application for a preliminary injunction, the defendants are temporarily restrained and enjoined from failing, or refusing, to provide in person polling places for voting at Delaware Department of Corrections facilities to eligible incarcerated voters for 14 days from the entry of this order, and further extended through the date of the preliminary injunction hearing.

                                                        _____
                                                             United States District Judge