Exhibit 9





# DELAWARE DEPARTMENT OF CORRECTION

## annual report

# [ 2022 ]

### DDOC Mission Statement

Protect the public by supervising
adult offenders through
safe and humane services,
programs, and facilities.

Produced by Planning, Research, and Reentry
in the Office of the Commissioner

Published June 30, 2023









*Front Cover Image:* DOC Staff Participating in Award Winning Recruitment Video

Participants in the 2022 Carry the Flame Torch Run

# Table of Contents

| | |
|---|---|
| Message from the Commissioner | Page 2 |
| Fiscal Year 2022 Goals and Accomplishments | 3 |
| Operating Environment | 8 |
| Organizational Chart | 9 |
| DOC Facilities Location Map | 10 |
| Workforce Profile | 11 |
| Bureau of Prisons – Level V | 20 |
| Features | 28 |
| Bureau of Community Corrections - Level IV | 30 |
| Bureau of Community Corrections Probation & Parole – Levels III, II, I | 37 |
| Special Populations | 43 |
| Expenditure Analysis | 46 |
| Facility Contacts/Addresses | 48 |

# Message from the Commissioner



Dear Fellow Delawareans,

On behalf of the dedicated Correctional Officers, Probation Officers, counselors, educators, healthcare providers, administrative, and professional staff of the Department of Correction (DOC), I am pleased to present our Department's Fiscal Year 2022 Annual Report. This publication provides a welcome opportunity for our Department to share information with criminal justice stakeholders, policymakers, and the general public to deepen their understanding of the many ways we strive to meet our dual mission of public safety and rehabilitation. During Fiscal Year 2022, the Department of Correction, with strong support from our many programming, treatment, and funding partners, continued to embrace new initiatives and achieved significant milestones as we moved beyond the day-to-day challenges of the COVID-19 pandemic. A few highlights include:

- For the first time in history, every Delaware prison facility earned accreditation by the American Correctional Association (ACA). ACA Accreditation is the gold standard of correctional practice and demonstrates our commitment to implement industry-leading security, health, safety, and administrative policies and practices, a willingness to subject ourselves to rigorous outside scrutiny, and a track record of continuous improvement.

- Converted to the LS/RNR assessment tool to identify offender needs and risks and guide their placement in treatment, training, education, and programming to facilitate their rehabilitation while under DOC supervision.

- Expanded the use of Transition Accountability Plans (TAPs) to drive reentry planning and established a new community partnership to surge intensive case management services to high needs probationers.

- Introduced new career training opportunities for incarcerated individuals, including a forklift training program at BWCI, a Commercial Driver's License training program at HRYCI, a construction trades certification program at JTVCC, new culinary training across prison and community corrections facilities, and expanded the "5 for 5" industry certification program at the Plummer Community Corrections Center.

This report also provides extensive data about the DOC workforce and the incarcerated and probation populations, featuring a variety of demographic information and educational and programming highlights.

I invite you to stay connected with the Department of Correction. Get the latest information online at doc.delaware.gov and follow our social media pages for daily news and updates on Facebook, Twitter, Instagram, LinkedIn and YouTube.

Sincerely,

Monroe B. Hudson Jr.
Commissioner

# FY22 Goals and Accomplishments

**ACA Accreditation:** Corrections departments nationwide participate in American Correctional Association (ACA) accreditation to standardize industry best practices. The standards created and refined by the ACA represent fundamental correctional practices that ensure staff and inmate safety and security, enhance staff morale, improve record maintenance and data management capabilities, assist in protecting the agency against litigation, and improve the function of the facility or agency at all levels. Audits include facility inspections, documentation reviews, and staff and inmate interviews by external auditors. They are facilitated by subject matter experts for each facility, including direct service providers, security staff, maintenance personnel, and representatives from the Office of Planning, Research, and Reentry in the Office of the Commissioner.

The James T. Vaughn Correctional Center (JTVCC) successfully completed its first-ever accreditation audit through the ACA in FY 2022. JTVCC was found to be compliant with 100% of applicable mandatory standards and 99.5% of applicable non-mandatory standards. This is the highest score achieved by any Level V prison facility in Delaware to date.

Eight other facilities underwent successful ACA reaccreditation audits in FY 2022 as well. The Department of Correction remains committed to achieving and maintaining ACA accreditation for all correctional facilities.



*JTVCC ACA accreditation hearing at the 152nd Congress of Correction Conference*

# FY22 Goals and Accomplishments



*ACA Auditors tour the fish farm at SCCC*

**Risk/Needs Assessment Tool:** In FY 2022, the DOC converted to a new actuarial risk and needs assessment tool that is used across all Level V, IV, and Probation & Parole facilities. The original tool, the Level of Service Inventory – Revised (LSI-R), had been in use since 2003 at Probation & Parole, and since 2013 at Level IV and V institutions. As best practices have evolved, so have assessment tools. After careful consideration, the DOC chose to convert to the Level of Service/Risk, Need, Responsivity (LS/RNR) tool which assesses the rehabilitation needs of individuals, their risk of recidivism, and the most relevant factors related to supervision and programming. This tool aligns with the DOC's needs and allows for the continued use of the Risk, Need, Responsivity (RNR) tool at Level V and IV facilities which matches individuals to services and programs based on their risk and need factors. The DOC worked to ensure a smooth transition with limited interruption to staff, other agencies, and to individuals in custody or on community supervision. DOC staff at all levels were trained in February and March of 2022, and the new assessment tool went live in the Delaware Automated Correction System (DACS) on April 1, 2022.

**Reentry Module Rollout:** In March 2022, the DOC launched a new Reentry Module in DACS, the Department's automated offender management system. In one central location, this module can capture the necessary information to create a meaningful discharge plan. This information is viewable by all staff participating in the discharge planning process and by community supervision staff post-release. Also included is the Transition Accountability Plan (TAP) which is required for all individuals being discharged from prison to the community. The Reentry module helps to minimize duplication and service delays, creates a more streamlined transition from prison to the community, and allows for the ability to track success upon connection to care in the community.

**Academy Community Service Projects:** Commissioner Hudson has challenged each Correctional Employee Initial Training (CEIT) class and Basic Officer Training Course (BOTC) class to take part in a community service project to instill the idea that giving back is an essential part of public service. In FY 2022, cadets participated in eight community service projects:

- CEIT 245 – Partnered with the Green Beret Project to beautify the Simon Circle Area in Dover.
- BOTC 25 – Partnered with New Castle County to provide cleanup and maintenance of the New Castle County Hope Center.
- CEIT 246 – Partnered with the City of Dover Recreation Department to clean up the Silver Lake recreation area.

# FY22 Goals and Accomplishments



*CEIT 248 Day of Service with the BVSPCA*



*CEIT 250 Day of Service cleaning up Lewes Beach*

*CEIT 246 partnered with City of Dover Recreation to clean up Silver Lake Recreation Area*

- CEIT 247 – Partnered with the City of Dover Police Department and Police Athletic League to help children in the Capital School District make gingerbread houses.
- CEIT 248 – Partnered with the Brandywine Valley SPCA (BVSPCA) to beautify, conduct maintenance, and attend to animals at the shelter.
- CEIT 249 – Partnered with Special Olympics to assist with events at Schutte Park in Dover and Brecknock Park in Camden.
- BOTC 26 – Partnered with Catholic Charities and the Boys and Girls Club in New Castle County to beautify, conduct maintenance, and assist with programs.

- CEIT 250 – Partnered with the City of Lewes to clean up Lewes Beach.

The community service projects that each class participates in demonstrates and reinforces the DOC's commitment to service before self.

# FY22 Goals and Accomplishments



*DOC staff wearing purple in honor of Domestic Violence Awareness Month*

**Turning Point Domestic Violence Program:**  The DOC has partnered with the nonprofit People's Place to pilot a certified domestic violence program at Sussex Correctional Institution (SCI).  The program is approved through the Domestic Violence Coordinating Council (DVCC) and is a first of its kind within the Delaware prison system. Previously, those with domestic violence related charges had to complete the program once in the community. The program is based off the Duluth Model which is the most widely used curriculum in the USA.  The program also uses the University of Cincinnati's Cognitive Behavior Intervention: Core Adult curriculum which is designed to target all criminogenic needs. The first cohort began in May of 2022.

**Transitional Reentry Services:** The DOC contracts with the Delaware Center for Justice (DCJ) to provide transitional reentry services to individuals leaving a Level V or IV facility.  In FY 2022, DCJ Transitional Reentry Services assisted 530 new clients, with over 220 enrolling in case management services. DCJ Peer Specialists provided over 1,700 rides, helping individuals transition to housing, access treatment, meet basic needs, attend probation, and seek employment. In FY 2022, 186 DCJ Transitional Reentry clients obtained employment, 112 secured housing, and 230 received direct support via bus passes, and clothing and hygiene products.  The DCJ Transitional Reentry Case Managers connected eligible clients to over $30k in financial assistance to provide housing, cell phones, work clothing, or to cover personal needs.

# FY22 Goals and Accomplishments



*BWCI's Animal Assisted Therapy Program facilitated by Brandywine Valley SPCA.*

**Animal Assisted Therapy at Baylor Women's Correctional Institution:** In September 2021, the Brandywine Valley SPCA (BVSPCA) launched a new animal assisted therapy program at Baylor Women's Correctional Institution (BWCI) called Paws for Change. Paws for Change trains owners and their dogs to engage in therapeutic visits at venues such as correctional facilities, youth centers, assisted living facilities, and schools.

BVSPCA partnered with BWCI after the non-profit was awarded an animal-assisted therapy contract to serve DOC facilities. Brandywine's Paws for Change teams conducted twice-weekly visits at BWCI reaching more than 70 residents each week. Between September 2021 and March 2022, thirteen volunteer Paws for Change certified therapy dog teams delivered nearly 60 hours of therapy visits at BWCI.

# Operating Environment

The DOC operates a unified correctional system and is responsible for the custody and supervision of detention, jail, prison, and community supervision populations. There are approximately 4,500 individuals in custody in the DOC's nine correctional facilities (four prisons; four community corrections centers; one violation of probation center). The DOC operates six Probation & Parole Offices and supervises approximately 10,000 probationers in the community.

There are five supervision levels in the Delaware criminal justice system:

- Level V – 24 hour incarceration

- Level IV – Work Release Centers, Home Confinement (electronic monitoring), Residential Drug Treatment, & Violation of Probation Centers

- Level III – Intensive Probation Supervision

- Level II – Standard Probation

- Level I – Administrative Probation Supervision

Management of these individuals, who are entrusted to state custody by court order, generally follows movement or flow-down from higher supervision levels to lower levels. There are, however, many variations on this theme that are determined by a variety of decision parameters influenced by the agency, judicial branch, and individual behavior.



*Delaware Department of Corrections Recruitment Team*

# Delaware Department of Correction Organizational Chart



**Alexa Fausey**
**Executive Secretary**
Office of the Commissioner

**Monroe B. Hudson Jr.**
**Commissioner**
Department of Correction

**Paul Shavak**
**Chief of Staff**
Office of the Commissioner

**Terra Taylor**
**Deputy Commissioner**
Office of the Commissioner

**Cassandra Davis**
**Director, Diversity and Inclusion**
Office of the Commissioner

**Heather Zwickert**
**Chief, Planning, Research & Reentry**
Office of the Commissioner

**Jason Miller**
**Chief, Community Relations**
Office of the Commissioner

**Phillip Winder**
**Director, Information Technology**
Office of the Commissioner

**Alan Clark**
**Director, Internal Affairs**
Office of the Commissioner

**Jessica Cline**
**Deputy Chief, Planning, Research & Reentry**
Office of the Commissioner

**Thomas Keeton**
**Superintendent**
**Prison Education**

**Gregory E. Smith**
**Deputy Attorney General**
Office of the Commissioner

**Christine Dunning**
**Bureau Chief**
Bureau of Administrative Services

**John Sebastian**
**Bureau Chief**
Bureau of Community Corrections

**Michael Records**
**Bureau Chief**
Bureau of Healthcare, Substance Abuse and Mental Health Services

**Shane Troxler**
**Bureau Chief**
Bureau of Prisons

**Wendal Lundy**
**Deputy Bureau Chief**
Bureau of Administrative Services

**Heidi Collier**
**Deputy Bureau Chief**
Bureau of Community Corrections

**Awele Maduka-Ezeh, M.D.**
**Medical Director**

**Kolawole Akinbayo**
**Deputy Bureau Chief**
Bureau of Prisons

**Kimberly Cooper**
**Controller**
**Central Business Office**

**Dorene Fields**
**Warden**
**Plummer Community Corrections Center**

**Melissa Kearney**
**Director**
**Probation & Parole**
**New Castle, Kent, & Sussex Counties**

**Vanessa Bennifield PsyD**
**Behavior Health Treatment Director**

**Kimberly Hughley**
**Warden**
**Delores J.Baylor Women's Correctional Institution**

**Daniel Roberts**
**Administrator**
**Food Services**

**Beverly Barr-Ford**
**Director**
**Human Resources**

**Carole Evans**
**Warden**
**Hazel D. Plant Women's Treatment Facility**

**William Oettel**
**Warden**
**Sussex Community Corrections Center (SWRC and SVOP)**

**Brian Emig**
**Warden**
**Howard R. Young Correctional Institution**

**Greg Christian**
**Capital Programs Administrator**
**Facilities Maintenance**

**Toby Davis**
**Director**
**Central Offender Records**

**Kent Raymond**
**Warden**
**Community Corrections Treatment Center**

**Robert May**
**Warden**
**James T. Vaughn Correctional Center**

**David Owen**
**Director**
**Delaware Correctional Industries**

**Tim Martin**
**Legal Services**

**Scott Ceresini**
**Warden**
**Sussex Correctional Institution**

**Gus Christo**
**Chaplin Services**

**Michael Merson**
**Warden**
**Special Operations & Steven R. Floyd, Sr. Training Academy**

**Heather Hamlett**
**Inmate Classification Administrator**
**Director, Special Programs**

*Note: Current as 04/05/23*

# DDOC Facilities Location Map



Northern New Castle County Probation & Parole

New Castle County Probation & Parole

Plummer Community Corrections Center

Howard R. Young Correctional Institution

Delores J. Baylor Women's Correctional Institution

Hazel D. Plant Women's Treatment Facility

James T. Vaughn Correctional Center

Community Corrections Treatment Center

Central Administration Building

Morris Community Corrections Center

Dover Probation & Parole

Sussex Violation of Probation Center

Sussex Work Release Unit

Sussex Correctional Institution

**Probation and Parole Office**

**Level IV Work Release, VOP, or Treatment Center**

**Level V Prison**

**Administrative Offices and Training**

Georgetown Administrative Services

Georgetown Probation & Parole

Seaford Probation & Parole

**Delaware Department of Correction**   FY 2022 Annual Report

10

**Workforce Profile**

# Workforce Spotlight: Commissioner's Awards

### 2021 Correctional Officer of the Year: Corporal Renee Gutowski, James T. Vaughn Correctional Center (JTVCC)

Corporal Renee Gutowski from the James T. Vaughn Correctional Center (JTVCC) played a leading role in the JTVCC American Correctional Association Accreditation team, helping the facility earn the highest score of all Delaware Level V prisons during its first-ever ACA audit in November 2021. She actively participated in the JTVCC Policy Review



*DOC 2021 Correctional Officer of the Year: Corporal Renee Gutkowski, James T. Vaughn Correctional Center*

Committee to ensure that policies align with the latest and most effective best practices and ensure they meet hundreds of national accreditation standards. In addition, she shared responsibility for preparing JTVCC for its Prison Rape Elimination Act (PREA) audits by gathering records and information to demonstrate compliance with rigorous standards. Cpl. Gutowski demonstrates exceptional dedication, professionalism, and commitment to JTVCC and the DOC.

### 2021 Probation & Parole Officer of the Year and Commissioner's Award for Heroism: Senior Probation & Parole Officer George Ramsburg, Kent County



*2021 Commissioner's Award for Heroism: Senior Probation & Parole Officer, George Ramsburg, Kent County*

Senior Probation Officer George Ramsburg a member of the United States Marshals Service First State Fugitive Task Force, was working alongside officers from the Milford Police Department and Delaware State Police following a lead that a violent fugitive wanted for Attempted Murder and Violation of Parole from Pennsylvania was hiding in a Rehoboth area hotel. Upon locating the fugitive and attempting to take him into custody the fugitive opened fire, seriously wounding one Officer. While the wounded officer was transported to a nearby hospital SPO Ramsburg secured the scene until additional police units arrived. Despite facing risk to his own life SPO Ramsburg displayed incredible courage pursuing an offender while taking fire from the suspect. The DOC is proud of SPO Ramsburg for his bravery and heroic action to remove a threat and save lives.

# Workforce Profile



‹ *DOC 2021 Employee of the Year: Ben Solloway, Physical Plant Maintenance/ Trades Mechanic, Department of Correction Administration Building*

## 2021 Employee of the Year: Ben Solloway, Physical Plant Maintenance/Trades Mechanic, DOC Administration Building

Physical Plant Maintenance/Trades Mechanic Ben Solloway is assigned to handle the maintenance and cleanliness for the DOC Administrative Building which houses approximately 200 DOC employees, vendors, and guests. Ben is one of the hardest working professionals in the Administration Building, always demonstrating a willingness to complete a variety of daily functions and special projects, from painting office walls, changing light bulbs, hanging pictures, vacuuming, and even shoveling snow to prevent injuries. Ben is always quietly hard at work behind the scenes and with an ever-present positive attitude. His commitment, dedication, and hard work provides all staff with the best and safest work environment possible.

## 2021 Team of the Year: James T. Vaughn ACA Accreditation Team
members, Administrative Specialist Kara Austin, Inmate Classification Officer Chelsey Pernic, Correctional Officer Annette Walker, Corporal Nicholas Brown, Corporal Renee Gutowski, Sergeant Deandra Hilts, Sergeant Walter Kiser, Staff Sergeant David Townsend, Lieutenant Robert Flint, Staff Lieutenant John Goldman, Staff Lieutenant Veronica Tilghman, Captain Brian Reynolds, Captain Michael Trader, Major John Brennan, Major Jason Schaffer, Deputy Warden Natasha Hollingsworth, Deputy Warden Philip Parker, Warden Robert May

These dedicated employees led the effort to prepare James T. Vaughn Correctional Center (JTVCC) for its first-ever American Correctional Association (ACA) accreditation audit which took place in November 2021. JTVCC was found by auditors to be compliant with 100% of applicable mandatory standards and 99.5% of applicable non-mandatory standards, the highest score achieved by any Level V prison facility in Delaware to-date. JTVCC's ACA Accreditation team worked diligently through many obstacles, including the COVID-19 pandemic to achieve this result, continually demonstrating outstanding work ethic and performance that far exceeds expectations as well as exhibiting superior competence in organization, prioritization, and dedication. Each team member put in many hours of extra work in addition to completing their normal duties to ensure the facility exceeded audit requirements. Securing an exceptional audit score and earning ACA accreditation reflects JTVCC's determined work to move the facility forward and create positive change in institutional culture.



∧ *DOC 2021 Team of the Year: James T. Vaughn ACA Accreditation Team members.*

# Workforce Profile

## Total CO Positions Filled on June 30th of each FY



| | Number of Security Staff and Support Staff | | |
|---|---|---|---|
| | Security Staff Total Numbers per FY as of June 30th | | Support Staff |
| | Correctional Officers | Probation Officers | |
| 2018 | 1,631 | 304 | 414 |
| 2019 | 1,753 | 302 | 357 |
| 2020 | 1,785 | 298 | 351 |
| 2021 | 1,748 | 293 | 364 |
| 2022 | 1,669 | 300 | 387 |



Correctional Employee Initial Training (CEIT) Class 250 Class Photo



Correctional Employee Initial Training (CEIT) Class 248 Class Photo

# Workforce Profile

## Total PO Positions Filled on June 30th of each FY





Basic Officer Training Class (BOTC) Class 26



Correctional Employee Initial Training (CEIT) Class 245, in formation



Correctional Employee Initial Training (CEIT) Class 249, DTAC Day.



Basic Officer Training Class (BOTC) Class 26 Day of Service with Boys & Girls Club of Delaware

# Workforce Profile

## Security Staff and Support/ Non-Security Staff Demographics



*DOC 2021 CISM (Critical Incident Stress Management) Class*

| Security Staff by Sex as of June 30, 2022 | | | Support Staff |
|---|---|---|---|
| | Correctional Officers | Probation Officers | |
| Male | 1,342 | 172 | 108 |
| Female | 327 | 128 | 279 |
| **Total** | **1,669** | **300** | **387** |

| Security Staff Race/Ethnicity as of June 30, 2022 | | | Support Staff |
|---|---|---|---|
| | Correctional Officers | Probation Officers | |
| White | 879 | 214 | 254 |
| Black | 623 | 63 | 97 |
| Hispanic/Latino | 99 | 15 | 16 |
| Multiracial | 45 | 6 | 9 |
| Asian/Pacific Islander | 17 | 2 | 9 |
| American Indian/Alaskan Native | 6 | 0 | 2 |
| **Total** | **1,669** | **300** | **387** |

# Workforce Profile







Most Correctional Officers and Probation Officers are male, 80% and 57%, respectively. The majority of both Correctional and Probation Officers are White (53% and 71%, respectively), followed by Black (37% and 21%, respectively). About 6% of Correctional Officers and 5% of Probation Officers are Hispanic/Latino, and 3% and 2% of Correctional Officers and Probation Officers, respectively, are Multiracial. One percent or less are Asian/Pacific Islander or American Indian/Alaskan Native. The average age of Correctional Officers is 40 years old, and the average age of Probation Officers is 42 years old. Support/Non-Security Staff which includes both non-security staff at Level V and Level IV facilities, along with Probation & Parole offices and the Department's Central Administration building are predominantly white (66%), 25% Black, and 9% of staff are Hispanic/Latino, Multiracial, Asian/Pacific Islander, or American Indian/Alaskan Native.

# Workforce Profile

## Centurion Staff Demographics

| Centurion Staff by Sex as of June 30, 2022 | | |
| --- | --- | --- |
| | Behavioral Health | Medical |
| Male | 45 | 60 |
| Female | 154 | 279 |
| **Total** | **199** | **339** |

| Centurion Staff Race/Ethnicity as of June 30, 2022 | | |
| --- | --- | --- |
| | Behavioral Health | Medical |
| White | 63 | 160 |
| Black | 109 | 143 |
| Hispanic/Latino | 14 | 10 |
| Multiracial | 4 | 4 |
| Asian/Pacific Islander | 6 | 15 |
| American Indian/Alaskan Native | 2 | 2 |
| Not Specified | 1 | 5 |
| **Total** | **199** | **339** |

Centurion is comprised of 80% female and 20% male staff. Behavioral Health staff are mostly Black (55%) with 32% White, 7% Hispanic/Latino, 2% Multiracial and the remaining 4% are Asian/Pacific Islander, American Indian/Alaskan Native or Not Specified. Medical Staff consists of 48% White, 43% Black, 4% Asian/Pacific Islander, 3% Hispanic/Latino, 1% Multiracial, and less than 1% American Indian/Alaskan Native or Not Specified.



Race/Ethnicity of Centurion Behavioral Health Staff (June 30, 2022)



Race/Ethnicity of Centurion Medical Staff (June 30, 2022)

# Workforce Profile

# DOC EXCELLENCE IN SERVICE

## CORRECTIONAL FOOD SERVICES

Correctional Food Services is responsible for menu planning, food procurement, handling, preparation, and the delivery of food and beverages to all incarcerated persons in Level IV and Level V facilities. All meals meet state and federal requirements, while following USDA practices and guidelines.

Each day, incarcerated persons are served three wholesome, nutritionally balanced meals. On average, Correctional Food Services serves approximately 15,000 meals per day which roughly adds up to 458,000 meals per month. Last fiscal year, Correctional Food Services provided approximately 5.5 million meals in total.

### Menus

Correctional Food Services maintains a four-week cycle menu that is reviewed and approved every six months by a registered dietician.  Meals to accommodate medical, religious, or vegetarian diets are also available.



Food Services at Howard R. Young Correctional Institution

Level IV employed residents who will be in the community during lunch hours have access to a packed lunch.

### Kitchen Personnel

Correctional Food Services employs nearly 100 staff across all facilities. Each Level IV and Level V facility has a full-service kitchen staffed by a Kitchen Director and Food Service Officers.  Food Service Officers complete the Correctional Employee Initial Training (CEIT) academy and are sworn Correctional Officers who are designated to Correctional Food Services. They are responsible for inventory and supply, and for training and supervising incarcerated kitchen workers to ensure proper and safe food handling by all employees.

Ongoing training is provided to kitchen personnel to ensure compliance in maintaining the highest professional standards of security, sanitation, physical hygiene, and safety.  Incarcerated kitchen workers receive technical training in warehouse operations to include equipment operation, inventory control procedures, and the handling of hazardous chemicals. Through their work in the kitchen, incarcerated workers can earn up to ten days of good-time credit per month toward early release.

## RELIGIOUS SERVICES

The DOC acknowledges the inherent right of individuals to believe, express, and exercise the religion of their choice.  Since joining the Department as Chaplain of JTVCC in 2015, Chaplain Gus Christo has been a valuable



contributor to this mission. Under his leadership, religious activities and programming have been expanded across multiple faiths and new opportunities for partnerships among facilities have been identified. He has explored the expansion of Chaplaincy services, including to Level IV facilities, strengthened community volunteer programs, and provided central support for the important work of facility chaplains.

Chaplain Christo has also taken an active role in helping inmates' transition back into society by involving the community. He has worked with partners such as Salvation Army, Goodwill, and St. Paul church to offer resources and programs that can help individuals adjust to life outside prison walls. Chaplain Christo has developed policies dealing with religious services, hired a statewide Imam to oversee mosque services, standardized forms for changing faiths, overseen Zoom for religious services, and offered Chaplain's briefings for CEIT classes.

Through his service at the DOC, Chaplain Gus Christo has directed significant progress in providing religious resources that are inclusive of many faiths and committed to creating meaningful opportunities for individuals re-entering society. His efforts have been essential in developing a stronger chaplaincy program that covers more facilities throughout the state and promotes collaboration between faith communities.

## VICTIM SERVICES UNIT

The Department of Correction Victim Services Unit provides information, assistance, and support to victims of crime when the perpetrator in their case is in the custody or under the supervision of the DOC. The goal of the Victim Services Unit is to empower victims to become both informed and involved so they may experience less frustration with prison and probation personnel and be better prepared to participate in the corrections process if they choose.

The Victim Services Unit consists of a Program Manager and three Victim Services Advocates (VSA). The Victim Services Program Manager ensures the DOC complies with the Delaware Victim Bill of Rights. The DOC is required to notify victims in writing of the offender's Parole Board hearing date, projected release date, release, or release to a community-based program. In the event of an escape, the DOC notifies the victim immediately, by telephone or in person. Upon the request of the victim, the DOC shall provide the victim with information concerning the terms of probation, parole, or other conditions of release and compliance or noncompliance with the terms and conditions.

A VSA is embedded in the Domestic Violence Unit of Probation & Parole in each county throughout the state. The VSA provides support services to victims where the perpetrator is active on probation or parole supervision, advocates for victims by acting as a spokesperson for victim issues and serves as a resource for Probation & Parole Officers supervising domestic violence cases. Kent and Sussex County VSA positions were previously grant funded. During this fiscal year, DOC worked to make all the VSA positions state funded merit positions to ensure the vital services VSAs provide will be readily available to victims when needed.

# Bureau of Prisons (BOP)

BOP operates three male and one female Level V facilities.  The four prison facilities house both sentenced inmates, and offenders held in detention awaiting trial, hearing, or sentencing.

| Level V Admissions and Releases[1] | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| Admissions | 13,358 | 11,573 | 9,937 | 9,899 | 9,981 |
| Releases | 15,766 | 15,041 | 11,399 | 10,497 | 10,102 |

[1] Admissions and Releases exclude transfers from other DOC facilities (other than P&P), but include transfers to the Delaware Psychiatric Center, and those with a status of Interstate Agreement on Detainer. Individuals can be counted more than once in a fiscal year.

## Level V Population June 30th of each Fiscal Year



## Level V Admissions and Releases



Admissions to Level V facilities decreased by 25.3% from FY 2018 to FY 2022.
Releases from Level V facilities decreased 35.9% from FY 2018 to FY 2022.

# Bureau of Prisons (BOP)

| Average length of stay (in Months) at Level V for Offenders Released in each FY for Prison Sentences | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| Prison | 33.59 | 38.67 | 42.75 | 44.47 | 49.02 |

| Average length of stay (in Months) at Level V for Jail Inmates & Detentioners Released in each FY | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| Jail | 1.81 | 2.29 | 2.67 | 3.16 | 3.05 |
| Detention | 1.12 | 0.90 | 0.97 | 1.18 | 1.37 |

## Average Length of Stay (in Months) at Level V for Prisoners Released in each FY



## Average Length of Stay (in Months) at Level V for Jail Inmates & Detentioners Released in each FY



# Bureau of Prisons (BOP)

| Level V Population by Facility on June 30th of each Fiscal Year | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| **BWCI** | 317 | 317 | 195 | 190 | 235 |
| **HRYCI** | 1,617 | 1,351 | 1,158 | 1,115 | 1,249 |
| **JTVCC** | 2,197 | 1,749 | 1,590 | 1,735 | 1,702 |
| **SCI** | 1,076 | 1,019 | 951 | 936 | 1,113 |
| **Total** | **5,207** | **4,436** | **3,894** | **3,976** | **4,299** |

| Level V Population by Sentence Type on June 30, 2022 | |
|---|---|
| | **Count** |
| < = 1 Year | 299 |
| > 1 Year | 2,225 |
| Detentioner | 1,349 |
| Indefinite | 6 |
| Life | 413 |
| Other | 7 |
| **Total** | **4,299** |

## Level V Population by Facility (June 30th of Each FY)





On June 30, 2022, the total population residing in Delaware's Level V facilities was 4,299. Prison, or those with sentences greater than 1 year, accounted for 52% of inmates. Individuals serving 1 year or less, or jail sentences, made up 7% of the population. The remaining 41% of the population was made up of detainees, those individuals awaiting trial or sentencing (31%), life sentences (10%), indefinite sentences (<1%), and other sentences (<1%).

# Bureau of Prisons (BOP)

| Level V Population by Sex on June 30, 2022 | |
|---|---|
| | **Count** |
| Male | 4,061 |
| Female | 238 |
| **Total** | **4,299** |

| Level V Population by Race/Ethnicity on June 30, 2022 | |
|---|---|
| | **Count** |
| Black Inmates | 2,654 |
| White Inmates | 1,378 |
| Hispanic or Latino Inmates | 258 |
| Asian/Pacific Islander Inmates | 5 |
| American Indian/Alaskan Native | 1 |
| Unknown | 3 |
| **Total** | **4,299** |

**Female 6%**

**Level V Population by Sex** (June 30, 2022)

**Male 94%**

Most of the Level V population is Male (94.4%) with only 5.5% of the population being Female.



**Hispanic or Latino Inmates 6%**

**Asian Inmates / Pacific Islander Inmates <1%**

**White Inmates 32%**

**Level V Population by Race/Ethnicity** (June 30, 2022)

**Black Inmates 62%**

The Level V population is mostly Black (62%), while 32% of the population is White and 6% is Hispanic.  Less than 1% each are Asian/Pacific Islander.

# Bureau of Prisons (BOP)

## Level V Population by Age Range

| Age of Level V Population on June 30, 2022 | Count |
|---|---|
| 18-20 | 143 |
| 21-25 | 464 |
| 26-30 | 592 |
| 31-35 | 706 |
| 36-40 | 602 |
| 41-45 | 526 |
| 46-50 | 349 |
| 51-55 | 301 |
| 56-60 | 280 |
| 61-65 | 176 |
| 66-70 | 92 |
| 71-75 | 42 |
| 76 and older | 26 |
| **Total** | **4,299** |

### Population by Age Range for Level V (June 30, 2022)



Fewer than 4% are age 18-20 (3.3%); 10.8% are age 21-25; 13.8% are age 26-30; 16.4% are age 31-35; 14% are age 36-40; 12.2% are age 41-45; 8.1% are age 46-50; 7% are age 51-55; 6.5% are age 56-60; 4.1% are age 61-65; 2.1% are age 66-70; 1% are age 71-75; and fewer than 1% are 76 or older (0.6%). More than half (58.3%) of the Level V population is between the ages of 18 and 40, with 30.2% between 26 and 35. Less than 8% of the Level V population is over the age of 60 (7.8%).

# Most Serious Offense Types

## Lead Charges by Supervision Level (June 30, 2022)

| Lead Charges | | Level V (Number) | Level V (Percent) | Level IV (Number) | Level IV (Percent) |
|---|---|---|---|---|---|
| | Total | 4,299 | 100% | 320 | 100% |
| Violent | | 1,678 | 39.0% | 64 | 20.0% |
| | Murder | 474 | 11.0% | 2 | 0.6% |
| | Manslaughter | 87 | 2.0% | 2 | 0.6% |
| | Rape/Sexual Assault | 418 | 9.7% | 12 | 3.8% |
| | Other Sex Offenses | 114 | 2.7% | 7 | 2.2% |
| | Robbery | 309 | 7.2% | 20 | 6.3% |
| | Aggravated/Simple Assault | 180 | 4.2% | 16 | 5.0% |
| | Kidnapping | 22 | 0.5% | 0 | 0.0% |
| | Other Violent | 74 | 1.7% | 5 | 1.6% |
| Property | | 118 | 2.7% | 21 | 6.6% |
| | Burglary | 89 | 2.1% | 14 | 4.4% |
| | Larceny Theft | 26 | 0.6% | 7 | 2.2% |
| | Fraud | 3 | 0.1% | 0 | 0.0% |
| | Other Property | 0 | 0.0% | 0 | 0.0% |
| Drug | | 162 | 3.8% | 26 | 8.1% |
| | Drug Possession | 2 | 0.0% | 1 | 0.3% |
| | Drug Trafficking | 159 | 3.7% | 25 | 7.8% |
| | Other Drug | 1 | 0.0% | 0 | 0.0% |
| Public Order | | 990 | 23.0% | 191 | 59.7% |
| | Weapons | 521 | 12.1% | 32 | 10.0% |
| | Driving Under the Influence | 102 | 2.4% | 7 | 2.2% |
| | Violation of Probation/Parole | 310 | 7.2% | 146 | 45.6% |
| | Other Public Order | 57 | 1.3% | 6 | 1.9% |
| Other/Unspecified | | 2 | 0.0% | 0 | 0.0% |
| Detentioners | | 1,349 | 31.4% | 18 | 5.6% |

# Bureau of Prisons (BOP)

| Lead Charges by Supervision Level on June 30, 2022 | | |
|---|---|---|
| | Level V | Level IV |
| Violent | 1,678 | 64 |
| Property | 118 | 21 |
| Drug | 162 | 26 |
| Public Order | 990 | 191 |
| Other/Unspecified | 2 | 0 |
| Detentioners | 1,349 | 18 |

Nearly 40% of individuals at Level V on June 30, 2022 were held for a Violent crime as the lead charge in his/her sentenced term (39%). Those with lead offenses in the Public Order category accounted for 23% of the population, 3.8% had a Drug Offense, and 2.7% had a Property offense as his/her lead sentenced offense. The detention population, which includes those awaiting trial, those found guilty but awaiting sentencing, and those held for Violation of Probation hearings accounted for 31.4% of the total Level V population and 5.6 % of the total Level IV population. The majority of individuals at a Level IV facility on June 30, 2022 had a Public Order offense as his/her lead sentenced charge (59.7%), and of those Public Order offenses, 45.6% were a Violation of Probation, while 20% had a Violent crime, 8.1% had a Drug crime, and 6.6% had a Property offense.

## Lead Charges by Supervision Level (June 30, 2022)



| LSI-Rs Administered at Level V by Score during FY 22 | |
|---|---|
| High | 521 |
| Moderate | 533 |
| Low | 69 |
| **Total** | **1,123** |

# Bureau of Prisons (BOP)



LSI-Rs Administered at Level V by Score from July 1, 2021 to March 31, 2022

Low 6%
High 46%
Moderate 48%

## Prison Education Successful Completions FY18-FY22



The Department administered 1,123 Level of Service Inventory-Revised (LSI-R) assessments in FY 2022. Inmates are assessed with the LSI-R if they are sentenced to a period of six months or more at a Level V facility. Of these completed assessments, the majority scored in the high or moderate categories, 46% and 48% respectively. Only 6% scored low risk.  The LSI-R was administered until March 31, 2022. As of April 1, 2022, the DOC transitioned to the LS/RNR. Reporting on the LS/RNR will begin with next year's DOC Annual Report.  The Department cautions the reader in making comparisons to previous year LSI-R reporting due to this transition and the absence of a full year of LSI-R reporting for the FY 2022.

Successful completions of courses offered by the Department of Education began returning to pre-Covid levels in FY 2022. The FY 2021 decline is a direct result of Covid-19's operational impacts on education.  All performances were impacted by Covid health concerns that included short term stoppage in services while transitioning to video conferencing, limited video conferencing classes, and correspondences classes when staff were able to be in person at the facilities.  In addition, teacher vacancies at facilities impacted educational programing. There was a 141% increase in successful completions from FY 2021 to FY 2022 but is still down nearly 50% from pre-Covid levels in FY 2019.

| Prison Education Successful Completions FY18-FY2[2] | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| GED | 97 | 147 | 67 | 15 | 78 |
| High School | 33 | 39 | 26 | 27 | 37 |
| Life Skills | 280 | 418 | 248 | 108 | 117 |
| Vocational | 1,177 | 1,265 | 1,003 | 239 | 707 |

[2] Data obtained from Delaware Department of Education, Adult & Prison Education Resources

# Features

## WOMEN'S HEALTH INITIATIVE

The Delaware Department of Correction operates two facilities for incarcerated women.  The Delores J. Baylor Women's Correctional Institution is a Level V facility that houses both pretrial and sentenced adult women at minimum, medium, and maximum-security levels.  The Hazel D. Plant Women's Treatment Facility is a Level IV facility offering comprehensive substance abuse treatment and work release opportunities.

The DOC recognizes that incarcerated women have likely experienced violence, trauma, and victimization during their lifetime.  They also may have limited ability to make healthy reproductive choices due to a lack of support, safety, and education.  In late 2018/early 2019, the DOC moved to expand women's health services by creating the Women's Health Initiative (WHI).  The WHI provides more options for safe reproductive choices and education on all aspects of reproductive health. This initiative is overseen by an interdisciplinary, interagency group that meets regularly to ensure individualized holistic patient care is delivered via a trauma-informed approach.

The WHI has expanded access to contraception to include both short-acting and long-acting reversible contraceptive (LARC) options. Reproductive health counseling is available throughout the term of incarceration as well as breast and cervical cancer screenings. Individuals are offered family planning resources and referrals at release as well as emergency contraceptives and condoms.  Individuals with scheduled releases also have the opportunity to have long-acting contraceptives placed prior to discharge.

Overall, the DOC and partnering agencies have made significant progress in changing the perception of reproductive health in female institutions. Despite facing challenges such as individuals refusing healthcare services, a need for continuous stakeholder engagement, and the cost of contraceptives, the DOC continues to work towards improving the health and well-being of the female population with the goals of giving individuals control of their reproductive future, allowing them to decide when they want to build their family, and increasing self-efficacy and self-determination.

## DELAWARE RECIDIVISM REDUCTION BLUEPRINT (2021-2024)

Since 2018, the Delaware Correctional Reentry Commission (DCRC) has been invested in building a robust reentry infrastructure to promote the successful return of incarcerated persons back to their communities and families. The DCRC strives to build a comprehensive system that maximizes the opportunity for individuals to leave Department of Correction custody with the tools, training, and treatment necessary to allow for a seamless transition back to their community with a concrete plan to meet their needs and increased prospects for employment. Through their determined and ongoing work, a solid reentry infrastructure was put in place with the creation of the 2021-2024 Delaware Recidivism Reduction System Blueprint. The Blueprint sets clear priorities, objectives, and outcomes to advance the DCRC's efforts.

Over the past year, the DCRC has achieved significant accomplishments that have bolstered the vitality of the Department of Correction and the

# Features

community.  The DOC has expanded Medication Assisted Treatment options for incarcerated individuals with a substance use disorder and distributed 3,000 naloxone kits to reentrants at the time of release. A new reentry module in DACS, the DOC's automated offender management system, has streamlined the transition from prison to the community. This module includes the Transition Accountability Plan (TAP), which is mandatory for all individuals being discharged from prison to the community. The TAP helps minimize duplication and service delays as well as allows for the ability to track success upon connection to care in the community.

A Commercial Driver's License (CDL) training program was launched at Howard R. Young Correctional Institution (HRYCI) to equip incarcerated students with the skills required to operate 18-wheeler manual transmission tractor trailers. Upon successful completion of the program, students will be ELDT theory certified, and they will be prepared to take the CDL permit test upon release. The DOC has also partnered with the Department of Labor (DOL) to fund the remaining portion of the training required to obtain a CDL license endorsement upon release.

In 2023, the DCRC will focus on increasing community engagement, expanding the awareness of trauma among justice-involved populations, and improving data collection and analysis systems to better identify the causes of returns to incarceration. The Commission's workgroups will concentrate on making measurable gains at an individual level by improving connection to care post-release, creating avenues for incarcerated students to further their education, and offering specific solutions to improve both access and availability to housing upon release.

## VOCATIONAL TRAINING EXPANSION

Employment is critical for a successful reentry into society. Vocational training programs aim to provide incarcerated persons with the skills to find a job earning a living wage and remain in the community as a law-abiding citizen.  The DOC strives to provide innovative programs that reduce the risk of recidivism and has expanded the menu of vocational training options to meet this goal.

**NCCER:**  The National Center for Construction Education and Research (NCCER) Core course was delivered to 17 incarcerated students at James T. Vaughn Correctional Center in FY 2022. NCCER Core is the first course towards acquiring a construction certification.  The NCCER Core includes the topics of safety, hand tools, power tools, construction math, material handling, communication skills, rigging, and employability skills.  The NCCER Core is followed by 3-4 courses in the major field such as electrical, plumbing, and welding.  Successful completions of the NCCER course are recorded in a national database which potential employers can access to verify credentials.  The DOC plans to expand this class in Fiscal Year 2023.

**Hospitality Opportunities for People (Re)Entering Society (HOPES):**  The DOC is participating in the HOPES grant funded by the U.S. Department of Labor and partnering  with the National Restaurant Association Education Foundation (NRAEF), the Delaware Restaurant Association,  community based organizations, and employment partners. The grant's focus is to provide the hard and soft skills needed in the hospitality industry to incarcerated students who are scheduled to reenter the community within 20-180 days.   Successful participants earn an

# Features

industry recognized certification. The grant also provides support with employment pre and post release. In FY 2022, more than 70 incarcerated students asked to participate in the program which is scheduled to run for 3 years.  The connection with the NRAEF, as well as community-based partners, is being established to sustain the program after the 3-year grant period ends.  The DOC aims to train and support more than 100 incarcerated students through this program.

**Commercial Driver's License:**  The DOC has partnered with ADTA (American Driver Training Academy) and the Department of Labor to pilot a 60-Hour CDL Simulator Vocational Training Program ("CDL-60") at Howard R. Young Correctional Institution (HRYCI). CDL-60 incarcerated students who complete the program will receive Entry Level Driver Training Theory (ELDT) certification through CDL Simulator Training. Upon successful completion of the program, incarcerated students will have theoretical knowledge of how to operate 18-wheeler manual transmission tractor trailers, will be ELDT Theory certified, and will be prepared to take the CDL Permit Test. The Delaware Department of Labor has committed to cover post-release tuition costs for graduates to complete CDL training and licensing in the community.

**Forklift:** The DOC initiated a Forklift training program at Delores J. Baylor Women's Correctional Institution (BWCI).  The DOC partnered with Delaware Technical Community College to offer the Forklift Operation/Safety Certification Training Program - EYP 730. The course is designed to meet OSHA standards by providing participants with the safety and operational knowledge as well as the skills required to operate a forklift safely. Each



*CDL Simulator Vocational Training at Howard R. Young Correctional Institution*

participant is required to capably operate a forklift through a course designed to demonstrate practical operational skills.

The CDL and Forklift projects were supported by Grant No. 2018-CZ-Passthru-2309 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Department of Justice's Office of Justice Programs, which also includes the Bureau of Justice

# Features



CDL Simulator Vocational Training at Howard R. Young Correctional Institution

workplace safety course by the Occupational Safety and Health Administration (OSHA), an American Traffic Safety Services Association (ATSSA) Flagger certification, and training in both forklifts and scissor lifts. The certifications are valid for five years and assist with getting started in construction careers. This program has been expanded to include an additional certification.  The 5th certificate added to the program is the ServSafe® certification. The ServSafe® Food Handler course delivers food safety training and assessment to individuals. Grant funds have been utilized to continue the program at (PCCC) and expand the 5 for 5 Program to additional Level IV facilities to include Hazel D. Plant Women's Treatment Facility (HDP) and the Sussex Community Corrections Center (SCCC).

Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the SMART Office. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.

**5 for 4 Program Expansion to 5 for 5:** The DOC launched a new model of career and technical education to Plummer Community Corrections Center (PCCC) residents in 2021. The program called "5 for 4" provided four vocational certifications for five days of attendance. Participants receive a

This project was supported by Grant No. 2018-RE-P/T-2792 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Department of Justice's Office of Justice Programs, which also includes the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the SMART Office. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.

# Bureau of Community Corrections (BCC)

BCC operates four Level IV Community Corrections facilities (three male; one female). These facilities house offenders serving court-ordered sentences at Level IV, Level V offenders classified by DOC to a lesser security environment, and offenders who have violated their conditions of probation.  Morris Correctional Center became inactive in December 2020, and transitioned to a training facility for DOC staff.

## Level IV Admissions and Releases by Fiscal Year



## Level IV Total Population on June 30th of each Fiscal Year



Admissions decreased 56.8% between FY 2018 and FY 2022, while releases also decreased (84%) during the same period.

| Admissions and Releases[3] | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| Admissions | 6,162 | 5,943 | 3,596 | 2,701 | 2,662 |
| Releases | 6,243 | 6,057 | 3,985 | 1,512 | 1,000 |

[3] Admissions and Releases exclude transfers from other DOC facilities (other than P&P), but include transfers to the Delaware Psychiatric Center, and those with a status of Interstate Agreement on Detainer. Individuals can be counted more than once in a fiscal year.

# Bureau of Community Corrections (BCC)

New for the FY 2022 report is Level IV length of stay by facility. CCTC and HDP operate primarily as treatment facilities offering Tracks 1, 2, and 3 of R2R.  PCCC operates primarily as a work release facility. SCCC includes the Sussex Work Release Unit and Violation of Probation Center. During FY 2022, approximately 30% of SCCC's population was pretrial detentioners and administrative commitments reducing the overall length of stay for the facility.

### Average Length of Stay (in Months) by Level IV Release Facility for FY22 Months



| Average Length of Stay (in Months) by Level IV Release Facility for FY22 | |
|---|---|
| Facility | Months |
| CCTC | 2.99 |
| HDP | 2.22 |
| PCCC | 2.56 |
| SCCC | 0.61 |

# Bureau of Community Corrections (BCC)

On June 30, 2022, the total population at Delaware's Level IV facilities was 320, nearly identical to FY 2021.   Individual facilities have experienced a mix of increases and decreases.  Much of the Level IV population on June 30, 2022, were serving sentences of a year or less (80%). The second highest category among the population were those serving sentences of a year or greater (13.8%).  Detentioners made up 5.6% of the population.

| Level IV Population by Sentence Type on June 30, 2022 | |
|---|---|
| | Count |
| < = 1 Year | 256 |
| > 1 Year | 44 |
| Detentioner | 18 |
| Indefinite | 0 |
| Others | 2 |
| **Total** | **320** |

| Level IV Population by Facility on June 30th of each Fiscal Year | | | | | |
|---|---|---|---|---|---|
| | **2018** | **2019** | **2020** | **2021** | **2022** |
| CCTC | 127 | 135 | 0 | 70 | 91 |
| HDP | 60 | 42 | 30 | 27 | 28 |
| MCCC | 139 | 121 | 79 | 0 | 0 |
| PCCC | 140 | 150 | 81 | 99 | 82 |
| SCCC | 309 | 217 | 133 | 123 | 119 |
| **Total** | **775** | **665** | **323** | **319** | **320** |

## Level IV Population by Facility (June 30th of each FY)





Level IV Population by Sentence Type (June 30, 2022)

# Bureau of Community Corrections (BCC)

| Level IV Population by Sex on June 30, 2022 | |
| --- | --- |
| | Count |
| Male | 292 |
| Female | 28 |
| **Total** | **320** |



The Level IV population as of June 30, 2022, was 91% Male and 9% Female.

| Level IV Population by Race/Ethnicity on June 30, 2022 | |
| --- | --- |
| | Count |
| Black Inmates | 184 |
| White Inmates | 120 |
| Hispanic or Latino Inmates | 15 |
| Asian/Pacific Islander Inmates | 1 |
| **Total** | **320** |



Delaware's Level IV population identified as mostly Black (57%) or White (38%), with 5% Hispanic.

| Age of Level IV Population on June 30, 2022 | |
| --- | --- |
| | Count |
| 18-20 | 7 |
| 21-25 | 32 |
| 26-30 | 49 |
| 31-35 | 64 |
| 36-40 | 59 |
| 41-45 | 35 |
| 46-50 | 24 |
| 51-55 | 24 |
| 56-60 | 18 |
| 61-65 | 5 |
| 66-70 | 1 |
| 71-75 | 2 |
| **Total** | **320** |

# Bureau of Community Corrections (BCC)

**Population by Age Range for Level IV (June 30, 2022)**





Over 75% of the Level IV population was between 18 and 45 years old on June 30, 2021 (76.9%). Just over 2%      were age 18-20; 10% were age 21-25; 15.3% were age 26-30; 20% were age 31-35; 18.4% were age 36-40; 10.9% were age 41-45; 7.5% were age 46-50; 7.5% were age 51-55; 5.6% were age 56-60; and 2.5% were ages 61 and older.

The total LSI-R assessments administered to those serving a sentence at a Level IV facility in FY 2022 was 263.  Of these completed assessments, the majority scored in the high or moderate categories, 60% and 37%, respectively. Only 3% scored low risk. The LSI-R was administered until March 31, 2022. As of April 1, 2022, the DOC transitioned to the LS/RNR. Reporting on the LS/RNR will begin with next year's DOC Annual Report.  The Department cautions the reader in making comparisons to previous year LSI-R reporting due to this transition and the absence of a full year of LSI-R reporting for the FY 2022.

| LSI-Rs Administered at Level IV by Score from July 1, 2021 to March 31, 2022 | |
|---|---|
| High | 158 |
| Moderate | 98 |
| Low | 7 |
| **Total** | **263** |

# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

Probation & Parole supervision begins upon completion of the incarcerated portion of a sentence or upon direct sentence by the courts to Levels IV Home Confinement, III, II, and I. BCC supervises approximately 10,000 probationers within the community.

The division continues to expand the usage of Electronic Monitoring (EM) equipment. A variety of ankle-worn technology devices are deployed including House Confinement Radio Frequency units, House Confinement Cellular units, Alcohol Monitoring Devices, and Global Positioning Satellite (GPS) units. EM equipment usage is driven by laws requiring Tier 3 sex offender GPS monitoring, DUI laws requiring alcohol monitoring, and conditions imposed by the courts at sentencing or as a condition of bail.

## Probation & Parole, Home Confinement, and Pretrial Services Population Statistics

### Probation and Parole Populations Levels III, II, I
### June 30th each Fiscal Year



| Probation and Parole Admissions and Releases by Fiscal Year[4] | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| Admissions | 12,345 | 11,193 | 9,064 | 6,383 | 9,011 |
| Releases | 12,798 | 12,025 | 11,235 | 8,842 | 7,753 |

[4] Probation & Parole Admissions and Releases include admissions and releases to a District Office. These counts do not include admissions or releases to Home Confinement or Pretrial Services.

### P&P Admissions and Releases by Fiscal Year



# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

Admissions increased 41% from FY 2021 to FY 2022.  Releases from P&P decreased from FY 2021 to FY 2022 by 12.3%.  Admissions exceeded releases for the first time in the last five fiscal years.  This could be due to criminal justice agencies' processing to catch up from Covid shutdowns.

| P&P, HC, and PTS Populations on June 30th of each Fiscal Year | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| P&P | 13,573 | 13,858 | 10,572 | 7,810 | 9,063 |
| HC | 545 | 559 | 561 | 476 | 485 |
| PTS | 640 | 681 | 831 | 1,106 | 1,200 |
| Total | 14,758 | 15,098 | 11,964 | 9,392 | 10,748 |

### P&P and HC Populations (June 30th of Each FY)



The majority of individuals under the supervision of Probation & Parole in the community are supervised under Levels I, II, or III (84.3%), 4.5% are supervised under Level IV Home Confinement, and 11.2% of individuals are under Pretrial Supervision.

# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

### Pretrial Services Populations
### (June 30th of Each FY)



Pretrial Services has experienced a steady increase in its supervised population with an 87.5% increase between fiscal year 2018 and fiscal year 2022.

| Total Population on June 30, 2022 | |
|---|---|
| P&P | 9,063 |
| HC | 485 |
| PTS | 1,200 |

| Populations by Sex on June 30, 2022 | | | | |
|---|---|---|---|---|
| | Count for P&P | Count for HC | Total | Count for PTS |
| Male | 7,167 | 440 | **7,607** | 950 |
| Female | 1,896 | 45 | **1,941** | 250 |
| **Total** | **9,063** | **485** | **9,548** | **1,200** |



The Probation & Parole and Home Confinement populations as of June 30, 2022, were 80% male and 20% female. The Pretrial Supervision population on June 30, 2022, was 79% male and 21% female.

# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

| Populations by Race/Ethnicity on June 30, 2022 | | | | |
|---|---|---|---|---|
| | Count for P&P | Count for HC | Total | Count for PTS |
| White | 4,205 | 223 | **4,428** | 498 |
| Black | 4,252 | 229 | **4,481** | 630 |
| Hispanic or Latino | 556 | 32 | **588** | 68 |
| Asian/Pacific Islander | 25 | 0 | **25** | 4 |
| Native American/Alaskan | 5 | 1 | **6** | 0 |
| Unknown | **20** | **0** | **20** | **0** |
| Total | **9,063** | **485** | **9,548** | **1,200** |



The majority of the Pretrial Services population on June 30, 2022, identified as Black (53%), 41% identified as White, and 6% identified as Hispanic or Latino.



Almost half of Delaware's P&P and Home Confinement population identified as White (47%); another 47% identified as Black, and 6% identified as Hispanic.

# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

## P&P, HC, and PTS Populations by Age Category

| Age of P&P, HC and PTS Populations on June 30, 2022 | Count |
|---|---|
| Under 18 | 0 |
| 18-20 | 323 |
| 21-25 | 1,367 |
| 26-30 | 1,718 |
| 31-35 | 1,929 |
| 36-40 | 1,560 |
| 41-45 | 1,164 |
| 46-50 | 745 |
| 51-55 | 723 |
| 56-60 | 623 |
| 61-65 | 320 |
| 66-70 | 157 |
| 71-75 | 79 |
| 76 and older | 40 |
| **Total** | **10,748** |

### Population by Age Range for P&P, HC, and PTS (June 30, 2022)



Probationers, individuals on Home Confinement, and individuals being supervised by the Pretrial Services Unit were the following ages on June 30, 2022: 3% were age 18-20; 12.7% were age 21-25; 16% were age 26-30; 18% were age 31-35; 14.5% were age 36-40; 10.8% were age 41-45; 6.9% were age 46-50; 6.7% were age 51-55; 5.8% were age 56-60; 3.0% were age 61-65; 1.5% were age 66-70; and 1.1% were age 71 and older.

# Bureau of Community Corrections Probation & Parole
## – Levels III, II & I Probation, Electronic Monitoring, and Pretrial Services

| LSI-Rs Administered at P&P by Score during FY 22 | |
|---|---|
| High | 436 |
| Moderate | 1,032 |
| Low | 512 |
| **Total** | **1,980** |



Almost 2,000 LSI-R assessments were administered in FY 2022 to those serving a probation sentence. Of these completed assessments, the majority (52%) scored in the moderate category. The remaining scores, for high and low risk were 26% and 22%, respectively. The LSI-R was administered until March 31, 2022. As of April 1, 2022, the DOC transitioned to the LS/RNR. Reporting on the LS/RNR will begin with next year's DOC Annual Report. The Department cautions the reader in making comparisons to previous year LSI-R reporting due to this transition and the absence of a full year of LSI-R reporting for the FY 2022.

## Electronic Monitoring Statistics

| Supervised Population Electronic Monitoring on June 30th of Each Fiscal Year | | | | | |
|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 | 2022 |
| **Total** | 714 | 749 | 767 | 683 | 739 |

Electronic Monitoring is used for offenders on Home Confinement, Tier 3 sex offenders, and those who are court ordered to alcohol monitoring. Electronic Monitoring has recovered to pre-Covid levels, with an 8.2% increase in its supervised population from FY 2021 to FY 2022.

### Electronic Monitoring Population (June 30th of Each FY)



# Special Topics

## Pretrial Detention

The pretrial detention population at Level V decreased 49% from 2013 to 2020. The population increased in 2021 and 2022, likely as a result of the lasting effects of Covid-19 related court closures.

| Level V Detention Population (June 30th of Each FY) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| 1,421 | 1,400 | 1,314 | 1,182 | 1,182 | 1,010 | 895 | 720 | 1,096 | **1,349** |

### Level V Detention Population (June 30th of Each FY)



## Inmates Sentenced for Driving Under the Influence (DUI)

In FY 2022, the Reflections DUI Program graduated a total of 52 program participants.  Individuals who are convicted of a 3rd or subsequent Driving Under the Influence (DUI) offense are enrolled in a 90-day treatment program at Sussex Correctional Institution in Georgetown or Baylor Women's Correctional Institution.  In FY 2022, there were 347 admissions to  Level V for a DUI charge, 35 to Level IV facilities, and 1,033 to Probation & Parole.  There were 1,415 admissions across DOC facilities for DUI sentences during FY 2022, comprised of 1,194 distinct individuals.

| FY22 DUI Admissions | | |
|---|---|---|
| | Distinct Ind (within level) | Distinct Stays (within level) |
| **Level V** | 346 | 347 |
| **Level IV** | 31 | 35 |
| **P&P** | **1003** | **1033** |

## Number of Admissions in FY 22 with DUI Charges



| Facility | Mentally Ill (MI) | Seriously Mentally Ill (SMI) | SUD | Co-Occurring | Total | % of Total Facility Population |
|---|---|---|---|---|---|---|
| BWCI | 27 | 48 | 12 | 105 | 192 | 81.7% |
| HRYCI | 136 | 115 | 208 | 402 | 861 | 68.9% |
| JTVCC | 257 | 331 | 48 | 81 | 717 | 42.1% |
| SCI | 102 | 34 | 305 | 60 | 501 | 45.0% |
| **Total** | **522** | **528** | **573** | **648** | **2,271** | **52.8%** |

| Reflections Completions for FY22 | |
|---|---|
| BWCI | 17 |
| SCI | 35 |

## Inmates with Mental Illness and Behavior Health Disorders

Individuals are screened by medical staff at intake into a correctional facility and again throughout their stay as needed.    Incarcerated individuals can be identified as Mentally Ill (MI), Seriously Mentally Ill (SMI), Seriously Mentally Ill requiring a Residential Treatment Unit (SMI-RTU), Substance Abuse Disorder (SUD), or Co-Occurring (COD) meaning the person has been diagnosed mentally ill or seriously mentally ill and has a substance use disorder.  This status can change during the period of incarceration. On June 30, 2022, the Department identified 52.8% of its current population as having a mental illness, serious mental illness (including requiring RTU), substance use disorder, or co-occurring disorder.  Of those with an identified mental illness or behavioral health disorder, 23% are MI, 23% are SMI or SMI-RTU, 25% are SUD, and 29% are COD.



## Special Topics

## Sex Offenders

Sexual assault or rape is the most serious conviction of approximately 9.7% of Delaware's prisoners.  On June 30, 2022, the Department was monitoring 1,290 sex offenders in the following environments: 470 at Level V; 51 at Level IV; and 769 at Probation & Parole (120 at Home Confinement and 649 at Levels III, II, I).  Individuals convicted of a sexual offense or who have a history of sexual offending participate in the Department's structured sex offender intensive group program, Transitions, administered by the Department's behavioral health provider.  The program addresses sex offender accountability, behavior, beliefs, values, victim impact, and relapse prevention.  There were 116 Transitions completions during FY 2022.



| Transitions Completions during FY 22 | |
|---|---|
| | Number of Individuals |
| BWCI | 2 |
| HRYCI | 28 |
| JTVCC | 31 |
| SCI | 55 |

### Transitions Program Completions for FY22





Population of Registered Sex Offenders by Location Monitored on June 30, 2022

Level V 37%
Level IV 4%
P&P 59%

# Budget Analysis

House Bill 250 of the 151st General Assembly authorized a General Fund Operating Budget of $364.9 million for the DOC mission for Fiscal Year 2022.

Budget by allocation includes:

| Budget Allocation by Function | |
|---|---|
| Administration | $12.7 |
| Correctional Healthcare Services | $88.9 |
| Prisons | $201.1 |
| Community Corrections | $62.2 |
| **Total** | **$364.9** |

Budget by general type includes:

| Budget by General Type | |
|---|---|
| Personnel Costs | $237.9 |
| Offender Medical | $79.0 |
| All Other | $5.7 |
| Food Services | $16.9 |
| Energy | $8.0 |
| Special Operations | $8.8 |
| Substance Use | $8.6 |
| **Total GF Budget** | **$364.9** |





# Budget Analysis

| Comparisons of Yearly Offender Cost | | | |
|---|---|---|---|
| | 2021 | 2022 | Variance |
| **Prisons Only** | $75,132.49 | $76,398.38 | $1,265.89 |
| **Work Release/VOP's** | $131,002.96 | $126,367.83 | ($4,635.13) |
| **All Institutions** | $79,006.48 | $80,018.46 | $1,011.98 |
| **Medical** | $17,231.36 | $16,610.61 | ($620.75) |
| **Food Service** | $4,369.03 | $4,621.79 | $252.76 |
| **Food Only** | $1,336.40 | $1,444.53 | $108.13 |

| | 2021 | 2022 | Variance |
|---|---|---|---|
| **Net Amount of Expenditures** | $341,356,700.18 | $362,479,233.27 | $21,122,533.09 |
| **Inmate Count Days** | 1,577,025 | 1,653,430 | 76,405 |
| **Avg Daily Population** | 4,321 | 4,530 | 209 |

NOTES:

1) Medical Per Diem figure does not include Substance use. Substance use is included in the Per Diem figure listed for all institutions.

2) Department net expenses increased in FY22 by $21.1 Million while the average daily population count increased by 209, resulting in an overall increase in the offender per diem rate.

3) Major contributing factors to the increase in expense in FY22 are increased personnel costs to include recruitment and retention incentives, cadet lodging program, increased federal grant funding, and overall inflationary increases in supplies, materials, and equipment due to the current economic climate.

### Comparison of Yearly Offender Cost, FY 22



Legend: ■ 2021  ■ 2022

# Facility Contacts /Addresses

**Delaware Department of Correction | Central Administration Building**
**245 McKee Rd. | Dover, DE 19904 | 302-739-5601**

## LEVEL V PRISON FACILITIES *Current as of June, 2023*

| Howard R. Young Correctional Institution (HRYCI) | |
|---|---|
| 1301 E.12th Street | HRYCI Visiting Calls (M-F 8:30 - 3) |
| Wilmington, DE 19801 | Phone: 302-575-0330 |
| *Mailing Address: PO Box 9279, Wilmington, DE 19809* | |
| *Inmate Mailing Address: PO Box 9561, Wilmington, DE 19809* | |
| Phone: 302-429-7700 | |
| Fax: 302-429-7707 | |
| Warden: Brian Emig | |
| Deputy Warden: Natasha Hollingsworth | |

| Delores J. Baylor Women's Correctional Institution (BWCI) | |
|---|---|
| 660 Baylor Boulevard | BWCI Visiting Calls (M-W 9-3) |
| New Castle, DE 19720 | Phone: 302-577-5837 |
| Phone: 302-577-3004 | |
| Fax: 302-577-7460 | |
| Warden:  Kimberly Hughey | |
| Deputy Warden:  John Brennan | |

| James T. Vaughn Correctional Center (JTVCC) | |
|---|---|
| 1181 Paddock Road | JTVCC Visiting Calls (M-F 8 -4) |
| Smyrna, DE 19977 | Phone: 302-653-4828 |
| Phone: 302-653-9261 | A - J: 800-282-8602 |
| Fax: 302-653-2855 | K - Z: 800-722-0252 |
| Warden: Robert May | 800# for in-state calls only |
| Deputy Wardens: Philip Parker & Jon Beck | |

| Sussex Correctional Institution (SCI) | |
|---|---|
| 23203 DuPont Boulevard | SCI Visiting Calls (M-F 9-3) |
| Georgetown, DE 19947 | Phone: 302-856-5245 |
| *Mailing address: PO Box 500, Georgetown, DE 19947* | |
| Phone: 302-856-5280 | |
| Fax: 302-856-5103 | |
| Warden:  Scott Ceresini | |
| Deputy Warden:  Marvella Wise | |

# Facility Contacts /Addresses

## COMMUNITY CORRECTIONS FACILITIES

### PROBATION & PAROLE OFFICES

**Northern New Castle County**
**Adult Probation & Parole**
314 Cherry Lane
New Castle, DE 19720
Phone:  302-577-3443
Fax: 302-577-3670
District Manager:  Marcus Thompson & Mike Gomez

**New Castle Probation & Parole**
26 Parkway Circle
New Castle, DE 19720
Phone:  302-323-6050
Fax: 302-323-6066
District Manager: Jeff Boykin

**Dover Probation & Parole**
511 Maple Parkway
Dover, DE 19901
Phone:  302-739-5387
Fax: 302-739-6198
District Manager: Kecia Winchester

**Seaford Probation & Parole**
Shipley State Service Center
350 Virginia Ave
Seaford, DE 19973
Phone:  302-628-2016
Fax: 302-628-2030
District Manager:  Dave Johnson

**Georgetown Probation & Parole/Home Confinement**
22855 Dupont Blvd.
Georgetown, DE 19947
Phone:  302-856-5243
Fax: 302-856-5109
District Manager: Dave Johnson

**Administrative  Services/Pre-Trial**
22883 Dupont Blvd.
Georgetown, DE 19947
Phone:  302-856-5795
Fax: 302-856-5133
District Manager:  Dave Johnson

### Community Work Release and Violation of Probation Centers

**Plummer Community Corrections Center (PCCC)**
38 Todds Lane
Wilmington, DE 19802
Phone: 302-761-2800
Fax: 302-577-2849
Warden: Dorene Fields
Deputy Wardens: Wayne Wilson

**Hazel D. Plant Women's Treatment Facility (HDP/WWRTF)**
620 Baylor Boulevard
New Castle, DE 19720-1140
Phone: 302-777-6800
Fax: 302-777-6849
Warden: Carole Evans

**Community Corrections Treatment Center (CCTC)**
875 Smyrna Landing Road
Smyrna, DE 19977
Phone: 302-659-6100
Fax: 302-659-6602
Warden:  Kent Raymond
Deputy Warden: Timothy Radcliffe

**Sussex Community Corrections Center (SCCC)**
**Sussex Work Release Center (SWRC)**
**Sussex Violation of Probation (SVOP)**
23207 Dupont Blvd.
Georgetown, DE 19947
Phone: 302-856-5790
Fax: 302-856-5133
Warden: William Oettel
Deputy Warden: Travis Lowe

### VIOLATION OF PROBATION CENTERS

**Sussex Violation of Probation (SVOP)**
23207 Dupont Blvd.
Georgetown, DE 19947
Phone: 302-856-5790
Warden: William Oettel
Deputy Warden: Travis Lowe



*Delaware Department of Correction CERT Team*



# DELAWARE DEPARTMENT OF CORRECTION

## annual report

# [2022]

### DDOC Mission Statement

Protect the public by supervising
adult offenders through
safe and humane services,
programs, and facilities.

Produced by the Planning, Research,
and Reentry Office in the Office of the Commissioner