IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-1397-MN ) |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jonathan Topaz, Casey Smith and Sophia Lin Lakin of American Civil Liberties Union Foundation, Inc., located at 125 Broad Street, 18th Floor, New York, NY 10004; Stephen D. Hibbard, Aaron M. Francis, Seth H. Victor and Dixie M. Morrison of Proskauer Rose LLP, located at 2029 Century Park E. #2400, Los Angeles, CA 90067; and Michael J. Lebowich and Godfre O. Blackman of Proskauer Rose LLP, located at Eleven Times Square, New York, NY 10036 to represent Prisoners Legal Advocacy Network in this matter.

| | |
|---|---|
| OF COUNSEL:<br>Jonathan Topaz<br>Casey Smith<br>Sophia Lin Lakin<br>AMERICAN CIVIL LIBERTIES UNION<br>　FOUNDATION, INC.<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 249-2500<br><br>Stephen D. Hibbard<br>Aaron M. Francis<br>Seth H. Victor<br>Dixie M. Morrison<br>PROSKAUER ROSE LLP<br>2029 Century Park E. #2400<br>Los Angeles, CA 90067<br>(310) 284-5600<br><br>Michael J. Lebowich<br>Godfre O. Blackman<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3000<br><br>Dated: December 20, 2023 | */s/ Emily S. DiBenedetto*　　　　　<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiff*<br><br>　　　　　-and-<br><br>Dwayne J. Bensing (No. 6754)<br>AMERICAN CIVIL LIBERTIES UNION<br>　OF DELAWARE<br>100 W. 10 Street, Suite 706<br>Wilmington DE 19801<br>(302) 295-2113<br>dbensing@aclu-de.org |

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jonathan Topaz, Casey Smith, Sophia Lin Lakin, Stephen D. Hibbard, Aaron M. Francis, Seth H. Victor, Dixie M. Morrison, Michael J. Lebowich and Godfre O. Blackman is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York State, the District Court for the Southern District of New York, the United States Supreme Court, and the Courts of Appeals for the Eighth and Eleventh Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

/s/ Jonathan Topaz
Jonathan Topaz
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2684
jtopaz@aclu.org

Date: Dec. 8, 2023

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State of Florida, New York State, the District Court for the Northern District of Georgia, the District Court for the Northern District of Florida, the District Court for the Southern District of Mississippi, and the Courts of Appeals for the Fifth and Eleventh Circuits , and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Casey Smith
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(929) 489-4279
csmith@aclu.org

Date: 12-19-23

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the New York Supreme Court, the Missouri Eastern District, the Eastern District of Wisconsin, the United States Supreme Court, and the Courts of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Eighth, Tenth and Eleventh Circuits , and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

                                                 /s/ Sophia Lin Lakin
                                                 Sophia Lin Lakin
                                                 American Civil Liberties Union
                                                 125 Broad Street, 18th Floor
                                                 (650) 315-8859
                                                 slakin@aclu.org

Date:   Dec. 14, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: December 15, 2023

_Stephen D. Hibbard_
Stephen D. Hibbard
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
T: (310) 284-5622
shibbard@proskauer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: December 4, 2023

Aaron M. Francis
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
T: (310) 284-5613
afrancis@proskauer.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: November 30, 2023

_____
Seth H. Victor
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
T: (310) 284-4511
svictor@proskauer.com

### **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: December 14, 2023

_____
Dixie M. Morrison
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
T: (310) 284-5616
dmorrison@proskauer.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: December 14, 2023

_____
Michael J. Lebowich
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
T: (212) 969-3217
mlebowich@proskauer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: December 4, 2023

Godfre O. Blackman
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
T: (212) 969-3624
gblackman@proskauer.com