IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-1397-JLH |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION GOVERNING RESPONSE TO COMPLAINT AND MOTION

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for defendants to file a response to plaintiff's Motion for Early Preliminary Injunction Hearing Date, Preliminary Injunction, and Temporary Restraining Order (D.I. 9) shall be February 16, 2024 and that the time for plaintiff to file a reply brief in support of its motion shall be March 8, 2024.  Plaintiff also requests that the Court set oral argument on the pending motion for some time between April 9-April 19, 2024.  Defendants do not oppose this request.

The parties further stipulate service on all defendants has been waived and that any response to the complaint will be held in abeyance until resolution of the motion.

/s/ Karen E. Keller

Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*

/s/ Kenneth L. Wan

Kenneth L. Wan (No. 5667)
Zi-Xiang Shen (No. 6072)
DELAWARE DEPARTMENT OF JUSTICE
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
kenneth.wan@delaware.gov
zi-xiang.shen@delaware.gov
*Attorneys for Defendants*

SO ORDERED this __17th__ day of __January__ 2024.

_____
The Honorable Jennifer L. Hall
United States District Court Judge

2