# Exhibit A

# VOTER REGISTRATION AND MAIL-IN VOTING

## Who is Eligible to Vote in Delaware?

- Must be a US Citizen
- 18 years on or before the date of the election
- Be a resident of Delaware

## Who is Not Eligible to Vote in Delaware?

- Must not have been adjudged mentally incompetent
- Convicted of a felony and have not completed your sentence
- Convicted of a disqualifying felony and have not been pardoned
  - Disqualifying Felonies are as follows:
    - Murder or Manslaughter (except Vehicular Homicide)
    - Any felony constituting an offense against public administration involving bribery or improper influence or abuse or office, or any like offense under the laws of any state or local jurisdiction, or of the United State or District of Columbia
    - Any felony constituting a sexual offense or any like offense under the laws of any state, local jurisdiction, or the United States, or the District of Columbia



## Mailing an Application

- Applications to register to vote and to request a mail-in ballot are on the tier.  If one is not available, please contact your counselor.
- You will need either the last four digits of your Social Security number <u>or</u> your Driver's License/State ID# on the application.  You may need to include a copy of your DOC Prison ID.  You can obtain a photocopy by contacting your counselor.
- Use the address that is listed on your Driver's License or State ID as your *permanent address*.  If you do not have either, then the prison's address should be used.
- Use the prison as your *mailing address*.  \*\*<mark>JTVCC</mark>--Do NOT use the Pigeonly address.\*\*
- You MUST include your SBI# next to your last name on the application to receive return mail from the Department of Elections.

| Deadlines | |
|---|---|
| **Primary Election: September 13th** | **General Election: November 8th** |
| **\*Deadline to Register: August 20th** | **\*Deadline to Register: October 15th** |
| **\*Deadline to Request Ballot: September 9th** | **\*Deadline to Request Ballot: November 4th** |

**\*Allow additional time for mailing.  To ensure your requests are received in time, complete and mail as soon as possible. Deadlines may change.**

### Election Office Addresses

**Kent County**
PO BOX 699
Dover, DE 19903-0699
**Mail application to county**

**New Castle County**
PO BOX 7079
Wilmington, DE 19803-0079

**Sussex County**
PO BOX 457
Georgetown, DE 19947-0457

**If you have any questions about the process, please contact your DOC Counselor.**

# Exhibit B

# VOTER REGISTRATION AND MAIL-IN VOTING

**Who is Eligible to Vote in Delaware?**

- Must be a US Citizen
- 18 years on or before the date of the election
- Be a resident of Delaware

**Who is Not Eligible to Vote in Delaware?**

- Must not have been adjudged mentally incompetent
- Convicted of a felony and have not completed your sentence
- Convicted of a disqualifying felony and have not been pardoned
  - Disqualifying Felonies are as follows:
    - Murder or Manslaughter (except Vehicular Homicide)
    - Any felony constituting an offense against public administration involving bribery or improper influence or abuse or office, or any like offense under the laws of any state or local jurisdiction, or of the United State or District of Columbia
    - Any felony constituting a sexual offense or any like offense under the laws of any state, local jurisdiction, or the United States, or the District of Columbia



**Mailing an Application**

- Applications to register to vote and to request a mail-in ballot are on the tier.  If one is not available, please contact your counselor.
- You will need either the last four digits of your Social Security number <u>or</u> your Driver's License/State ID# on the application.  You may need to include a copy of your DOC Prison ID.  You can obtain a photocopy by contacting your counselor.
- Use the address that is listed on your Driver's License or State ID as your *permanent address*.  If you do not have either, then the prison's address should be used.
- Use the prison as your *mailing address*.  **JTVCC--Do NOT use the Pigeonly address.**
- You MUST include your SBI# next to your last name on the application to receive return mail from the Department of Elections.

| Deadlines | |
|---|---|
| **Primary Election: September 13th** | **General Election: November 8th** |
| ***Deadline to Register: August 20th** | ***Deadline to Register: October 15th** |
| ***Deadline to Request Ballot: September 9th** | ***Deadline to Request Ballot: November 4th** |

*Allow additional time for mailing.  To ensure your requests are received in time, complete and mail as soon as possible. Deadlines may change.

**Election Office Addresses**

**Kent County**
PO BOX 699
Dover, DE 19903-0699
**Mail application to county**

**New Castle County**
PO BOX 7079
Wilmington, DE 19803-0079

**Sussex County**
PO BOX 457
Georgetown, DE 19947-0457

**If you have any questions about the process, please contact your DOC Counselor.**

- o Convicted of a disqualifying felony and have not been pardoned
  - Disqualifying Felonies are as follows:
    - Murder or Manslaughter (except Vehicular Homicide)
    - Any felony constituting an offense against public administration involving bribery or improper influence or abuse or office, or any like offense under the laws of any state or local jurisdiction, or of the United State or District of Columbia
    - Any felony constituting a sexual offense or any like offense under the laws of any state, local jurisdiction, or the United States, or the District of Columbia
- **Verification of Identity**
  - o As long as the individual can provide their Social Security Number (or last four digits) or Driver's License/State ID number on the application, the Department of Elections will accept a photocopy of the person's prison ID as acceptable photo identification.
  - o The individuals will need to be allowed to obtain one copy of their DOC ID to mail in with the registration application. They have been advised to request this by contacting their counselors.

**How to print inmate ID in DACS:**



## Staff Information about Incarcerated Voting

The Department is working with the Elections Commissioner to provide information and applications to inmates who may be eligible to vote.  The following is basic information for staff so that they may be able to answer questions posed by individuals.

- **What Are We Asking Correctional Staff to do?**
  - Post the flyers in detentioner housing units (most individuals who may be eligible will be detentioners)
  - Print out copies of the Voter Registration Form (English and Spanish) and make them available in housing units
  - Print out copies of the Request for Absentee Ballot Form and make them available in housing units
  - Provide copy of DOC ID, if requested by inmate (Department of Election will accept this form of ID)- *see below for instructions on how to print this*
  - You are **NOT** being asked to "recruit" inmates to submit voter registration applications
  - Provide reasonable accommodations to assist inmates with disabilities, if requested. (Ex. Allow inmate assistant to help visually impaired inmate with completing application)
- **Address Info, Mailing Process, & Deadlines**
  - Inmates are to use the address on their Driver's License or State ID as the permanent address, but should list the prison as the mailing address.  If they do not have a Driver's License or State ID, then the prison's address will be used for both addresses.
  - Applications will need to be mailed to the County in which the person is registering or is registered.  The addresses are on the flyer that will be posted on the tier.  If the inmate doesn't have a permanent address, they should use the prison's address and mail the application to that county's Department of Elections.
  - Inmates will need to use the regular mail process in the institutions to mail their initial paperwork.  Department of Elections provides prepaid envelopes for follow up steps.
  - In order for inmates to receive any replies from Department of Elections, they will need to write their SBI# on the Last Name Lines.  Failure to do so will result in them not getting future correspondence.
  - Inmates at JTVCC will use the facility address, NOT the Pigeonly address.
  - Voter registrations for the primary election must be postmarked by August 20th and for the general election by October 15th.
  - The last day the Dept. of Elections can mail Absentee Ballots out to a requestor for the primary election is Sept. 9th and for the general election is November 4th.
    - This means for DOC populations they would have to mail it a few days prior.
    - These dates may change subject the Governor signing recently passed legislation.
- **Voter Eligibility**
  - Must be a US Citizen
  - Must be 18 years of age on or before they day of the elections (November 3rd)
  - Must be a resident of Delaware
- **Voter Ineligibility**
  - Adjudged mentally incompetent
  - Convicted of a felony and have not completed the sentence

- You can register to vote or update your name, address, or political party affiliation at https://ivote.de.gov/.
- You may register to vote in Delaware if you:
  - Are a citizen of the United States, AND
  - Are a resident of Delaware (Delaware is your home), AND
  - Will be 18 years old on or before the date of the next General Election.

  - You may **not** register to vote in Delaware if you:
    - Have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
    - Were convicted of a felony and have not fully discharged your sentence*; OR
    - Were convicted of a disqualifying felony** and have not been pardoned.

    *Payment of any fees, fines, costs, or restitution which a felony offender may be required to pay as part of the criminal sanctions imposed on such offender is <u>NOT</u> considered in determining discharge of sentence for purposes of eligibility to register to vote.

    **List of Disqualifying Felonies:

    - Murder or manslaughter, (except vehicular homicide);
    - Any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
    - Any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

- If you have been convicted of a non-disqualifying felony and have fully discharged your sentence (as described above), you must register to vote even if you were previously registered to vote prior to your felony conviction.
- If you indicate that you are not a citizen or fail to answer that question, your application will be rejected.
- If you register to vote even though you know you are not eligible, you can be fined between $50.00 - $200.00 or imprisoned for 30 days to two years, or both.
- The office at which you submit this application will remain confidential except as provided by law.
- The information that you provide on this application is public information, **EXCEPT** the last-four digits of your Social Security Number, telephone number, date of birth, email address, and drivers' license/state identification card number.
- The fact that you have declined to register will remain confidential except as provided by law.
- Please provide a valid Delaware Driver's License number, Delaware Identification Card number. If you have neither, please provide the last-four digits of your Social Security Number.
- If you are submitting this application by mail and it is the first time you have registered in Delaware, you must submit with this application, a copy of a current and valid photo identification or a copy of a current utility bill, bank statement, government check, paycheck or other government document that shows your name and address. If you do not provide required identification documentation, you must provide it the first time you vote in a federal election.
- Disclosure of your telephone number and email address is voluntary.
- You should receive a polling place card once your application has been accepted. You will be notified by mail if your application is rejected. If you do not receive the card or other notification within 10 business days, please contact the Department of Elections Office for your county.
- Please contact the Department of Elections (see below) if you have any questions regarding this information.

### IDENTIFICATION NUMBER DISCLOSURE STATEMENT

Disclosure of your driver's license number, ID number or the last-four digits of your Social Security Number is requested so that each individual who is registered to vote is identifiable in an accurate and efficient manner. Your driver's license number, ID number or the last-four digits of your Social Security Number are used as necessary for administrative purposes only relating to voting, including identifying you as a registered voter, ensuring no individual is registered in more than one place, verifying addresses, verifying voting districts, and may be used for any other lawful purpose. The registration application containing your driver's license number, ID number or the last-four digits of your Social Security Number will become part of the registration records of your county.

**https://ivote.de.gov**

| **State Election Commissioner** | **New Castle County Office** | **Kent County Office** | **Sussex County Office** |
|---|---|---|---|
| 905 S Governors Ave., Ste. 170 | Carvel State Office Bldg. | 100 Enterprise Pl., Ste 5 | 119 N Race St., PO Box 457 |
| Dover DE 19904 | 820 N French St., Ste. 400 | Dover DE 19904 | Georgetown DE 19947 |
| Phone: (302) 739-4277 | Wilmington DE 19801 | Phone: (302) 739-4498 | Phone: (302) 856-5367 |
| Fax: (302) 739-6794 | Phone: (302) 577-3464 | Fax: (302) 739-4515 | Fax: (302) 856-5082 |
| COE_Vote@delaware.gov | Fax: (302) 577-6545 | votekc@delaware.gov | votesc@delaware.gov |
| | votencc@delaware.gov | | |

# State of Delaware
# All-In-One Form to Register to Vote or Update Your Information

**Use this form to register to vote for the first time, or to update your name, address and/or political party affiliation if you are already registered.**

Print clearly in blue or black ink.

## 1. Who are you?

I am a citizen of the United States. If NO, do not continue.

◯ YES   ◯ NO

☐ I do not want to register to vote at this time.

| | | | |
|---|---|---|---|
| Last name | | Suffix (Jr., II) | |
| First name | | Birth date (MM/DD/YYYY) | |
| Middle name | | DE drivers license or ID # (see back) | |
| Social Security Number (see back) | | Political party affiliation | |

## 2. What is your CURRENT address?

| | | | |
|---|---|---|---|
| Street address | | | |
| Apt/Lot/Unit # | | Development | |
| City/Town | | State | DE   Zip Code |
| County | | School district | |
| Mailing address if different than above | | | |

## 3. How can your election office contact you if it needs clarification about your application?

Telephone number (optional)

Email address (optional)

## 4. Complete this section if you are registered to vote anywhere else.

Previous name/maiden name

Previous address

Previous city, county, state, zip code

## 5. You must read and sign this statement.

**I hereby swear or affirm that:**
- I am a citizen of the United States,
- I am a permanent resident of the State of Delaware at the address given above,
- I will be 18 years old on or before the date of the next General Election, and
- All of the information about me on this form is true and correct to best of my knowledge.
- I hereby authorize cancellation of any previous registration.

**Sign here** X

**Today's date (MM/DD/YYYY)**

This information is for official use only. Any unauthorized release may be punishable by law.   Previous editions are obsolete.   VRFM007 v7.0 11/16

## FOR DEPARTMENT, AGENCY, OR POLLING PLACE USE ONLY

Agency Representative Signature(s)

| RD | ED | New | Transfer | Name Change | Party Change | Other County | Source | Application Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Remarks

**Look on the back for information about registering to vote.**

## SOCIAL SECURITY NUMBER DISCLOSURE STATEMENT

Disclosure of your social security number is requested so that each individual who is registered to vote is identifiable in an accurate and efficient manner. This disclosure is requested pursuant to 15 Del. C. Section 5503 and 5 U.S.C. Section 552a note (Section 7 of the Privacy Act of 1974, Public Law 93-579). <u>The disclosure of your social security number is voluntary.</u> If you choose not to disclose your social security number, you will be assigned a nine (9) digit identifying number during the processing of your registration.

Your social security number is used as necessary for administrative purposes relating to voting, including to identify you as a registered voter, to insure no individual is registered in more than one place, to verify address, voting districts, and other information and may be used for any other lawful purpose. The registration application containing your social security number will become part of the registration records of your county.

## INSTRUCTIONS

Complete the Voter Information Section, choose the elections for which you want a ballot, choose the reason you are voting by absentee ballot, if eligible complete one or both Special Qualifications, then date and sign the form.

***Suggest that Uniformed Service members and citizens living outside of the United States use the Federal Post Card Application (FPCA) to register to vote, update their registration, and/or request an absentee ballot. The FPCA gives eligible applicants options for ballot delivery and additional protections.***

***You can complete and submit this form or the Federal Post Card Application at https://ivote.de.gov.***

Email, FAX, or mail the completed application to the Department of Elections' Office in the County where you live so that it is received no later than 4 days before the day of the election. This application is valid for the elections indicated on the front side during the calendar year in which it was submitted.

Permanent absentee voters must inform the Department of changes of address, name, or the reason that they are voting by absentee ballot. In addition to above information, those receiving ballots by email or FAX must inform the Department of changes in their email address or FAX number.

### Kent County

Department of Elections - Kent County Office
PO Box 699
DOVER DE 19903-0699

**Phone:** (302) 739-4498
**FAX:** (302) 739-4515
**email:** absenteekc@delaware.gov
**Website:** https://elections.delaware.gov
**Facebook:** https://www.facebook.com/DoE.Delaware

### New Castle County

Department of Elections - New Castle County Office
PO Box 7079
WILMINGTON DE 19803-0079

**Phone:** (302) 577-3464
**FAX:** (302) 577-6545
**email:** absentee@delaware.gov
**Website:** https://elections.delaware.gov
**Facebook:** https://www.facebook.com/DoE.Delaware

### Sussex County

Department of Elections - Sussex County Office
PO Box 457
GEORGETOWN DE 19947-0457

**Phone:** (302) 856-5367
**FAX:** (302) 856-5082
**email:** absenteesc@delaware.gov
**Website:** https://elections.delaware.gov
**Facebook:** https://www.facebook.com/DoE.Delaware

State of Delaware - Department of Elections

## Request for an Absentee Ballot for Primary, General and/or Special Elections

**1.** Please review instructions on the reverse side and then complete the Voter Information Section, choose the elections for which you want a ballot, choose the reason you are voting by absentee ballot, if eligible complete one or both Special Qualifications, then date and sign the form.

***2. Members of the Uniformed Services and citizens residing outside of the U.S. should use the Federal Post Card Application.***

### Voter Information

Full name_____    Political Party Affiliation_____    Phone # _____

**Enter your Delaware home address below**

House # and Street_____    City_____    Zip Code _____

Birth date:_____    Social Security Number:_____    Email address _____
                           (optional — see back)    (optional — lets us update you with the status of your application and ballot)

Address where you want your ballot sent if different than above:

_____

Expected Election Day location_____    Election Day phone #_____
          ( City & State, or City & Country)

In-office use only - ID Checked_____ ED_____ RD_____ Voucher #:_____

### Select the election or elections for which you want a ballot

☐ Primary ☐ Presidential Primary ☐ General ☐ Special ☐ All elections
School Board Elections and School District Referenda require a different form.

**Select the reason you are voting by absentee ballot:**

☐(1) I am in public service of the U.S. or the State of Delaware, or I am a spouse or dependent residing with or accompanying him or her. Reason 1 also applies to members of the Uniformed Services.

☐(2) Due to the nature of my business or occupation. Reason 2 also applies to
- persons providing care to a parent, spouse or child who is living at home and requires constant care,
- students, and
- otherwise eligible persons who are incarcerated.

☐ (3) I am sick, or temporarily or permanently physically disabled.

☐ (4) I am absent from the district while on vacation.

☐ (5) Due to the tenets or teachings of my religion.

***If you select reason 6 below you will receive a full Primary Election ballot, but your General Election ballot will only have Federal Offices. Citizens temporarily residing outside of the U.S. should use the Federal Post Card Application instead of choosing reason 6.***

☐ (6) I am temporarily residing outside of the U. S. and the District of Columbia, or I am a spouse or dependent residing with or accompanying him or her.

**Special Qualification regarding electronic delivery of absentee ballots.**

I am voting by absentee ballot due to reason 3.

Send my ballot by: ☐mail, ☐fax, **or** ☐email

**FAX #** _____
(required if you want your ballot sent by fax)

**Special Qualification regarding Permanent Absentee voter status.**

I am voting by absentee ballot due to reason 1, 3, or 6. Or, my business or occupation is providing care to my parent, spouse or child who is living at home and requires constant care.

☐ Make me a permanent absentee voter.

**I solemnly swear or affirm, under penalty of perjury, that I cannot go to my polling place on Election Day for the reason that I marked and that the information herein is true.**

_____
**Signature**

**Date** _____

ABFM004 v3.0 1/24/2020



# Instrucciones Generales

## Quienes pueden usar esta solicitud

Si usted es ciudadano de Estados Unidos que vive o tiene una dirección en Estados Unidos, puede usar la solicitud en este folleto para:

- inscribirse para votar en su estado,
- informar un cambio de nombre a la oficina de inscripción de votantes,
- informar un cambio de dirección a la oficina de inscripción de votantes, o
- inscribirse en un partido político.

## Excepciones

No use esta solicitud si vive fuera de Estados Unidos y sus territorios y no tiene un domicilio (legal) en este país o si está en servicio militar estacionado fuera de su hogar. Use la solicitud federal de tarjeta postal disponible en las bases militares, las embajadas y los consulados de Estados Unidos.

Los secretarios municipales de **New Hampshire** aceptan esta solicitud sólo como pedido de su propio formulario de inscripción de votante ausente por correo.
**Dakota del Norte** no tiene inscripción de votantes.
En **Wyoming** la ley no permite la inscripción de votantes por correo.

## Como averiguar si cumple con los requisitos para inscribirse como votante en su estado

Cada estado tiene sus propias leyes sobre quienes pueden inscribirse y votar. Consulte la información correspondiente a su estado en la sección de Instrucciones de los Estados. Todos los estados requieren que usted sea ciudadano de Estados Unidos de nacimiento o naturalizado para inscribirse para votar en las elecciones federales y estatales. La ley federal hace que sea ilegal que una persona indique falsamente que es ciudadana de Estados Unidos para inscribirse para votar en cualquier elección federal, estatal o local. **No puede** estar inscrito para votar en más de un lugar a la vez.

## Como llenar esta solicitud

Use las Instrucciones de la Solicitud y las Instrucciones de su Estado como guía para llenar la solicitud.

- Primero lea las Instrucciones de la Solicitud. Esas instrucciones le proporcionan información importante correspondiente a todos los que usan esta solicitud.
- Después encuentre su estado en las Instrucciones de los Estados. Use esas instrucciones para llenar las Casillas 6, 7 y 8. También consulte esas instrucciones para información sobre los requisitos para votar y el juramento requerido en la Casilla 9.
- **PROPORCIONE SUS RESPUESTAS EN INGLÉS.**

## Cuando tiene que inscribirse para votar

Cada estado tiene su propia fecha límite para inscribirse para votar. Consulte la fecha límite de su estado en la última página de este folleto.

N.º de control de la OMB 3265-0015

## Como presentar su solicitud

Envíe su solicitud por correo a la dirección indicada para su estado en las Instrucciones de los Estados o entregue la solicitud en persona en la oficina local de inscripción de votantes. Los estados que aceptan el formulario nacional aceptarán una copia de la solicitud impresa de la imagen de la computadora en papel normal, firmada por el solicitante y enviada en un sobre con el franqueo correcto.

## Votantes por primera vez que se inscriben por correo

Si se está inscribiendo para votar por primera vez en su jurisdicción y está enviando esta solicitud de inscripción por correo, usted tendrá por ley federal que presentar prueba de identificación la primera vez que vote. Modos de identificación aprobados incluyen:

- Una identificación con foto válida y vigente, o
- Una factura actual de suministro de energía, estado de cuenta bancario, cheque del gobierno, cheque de sueldo o documento que muestre su nombre y dirección.

Los votantes pueden ser exentos de este requisito si envían una **COPIA** de uno de los modos aprobados de identificación junto con su solicitud de inscripción por correo. Si desea enviar una **COPIA** mantenga en mente lo siguiente:

- Su estado puede tener requisitos adicionales de identificación que pueden poner bajo mandato que usted muestre identificación en las mesas electorales incluso si usted cumple con la prueba federal de identificación.
- No envíe el documento original de identificación con esta solicitud, solo envíe **COPIAS**.

---

### Si le entregaron esta solicitud en una entidad de su estado o en una oficina pública

Si le entregaron esta solicitud en una entidad de su estado o en una oficina pública, es su opción usarla o no. Si decide usar esta solicitud para inscribirse para votar, puede llenarla y dejarla en la entidad u oficina pública estatal. El personal de la misma se encargará de tramitarla.

O, si lo desea, la puede enviar a la dirección postal que figura bajo su estado en las Instrucciones de los Estados. También, la puede entregar en persona a la oficina local de inscripción de votantes.

Nota: El nombre y la ubicación de la entidad local o de la oficina pública en que le entregaron la solicitud permanecerá confidencial. No aparecerá en su solicitud. Además, si decide no usar esta solicitud para inscribirse para votar, esa decisión permanecerá confidencial. No afectará el servicio que recibe de la entidad u oficina.

---

1

# Instrucciones para llenar la solicitud

Antes de llenar la parte principal del formulario, conteste las preguntas en la parte de arriba del formulario para indicar si es ciudadano de Estados Unidos y si habrá cumplido los 18 años de edad para el día de las elecciones. Si contesta "no" a alguna de estas preguntas, no puede usar el formulario para inscribirse para votar. Sin embargo, las instrucciones específicas del estado le pueden proporcionar más información sobre el cumplimiento de los requisitos para votar antes de cumplir 18 años de edad.

## Casilla 1 – Nombre

Escriba su nombre en esta casilla en el siguiente orden: apellido, primer nombre, segundo nombre. No use apodos ni iniciales.

*Nota:* Si esta solicitud es para un cambio de nombre, escriba lo que fue su nombre completo antes de cambiarlo en la **Casilla A** *(en la mitad inferior del formulario)*.

## Casilla 2 – Domicilio particular

Escriba la dirección donde vive (su dirección legal) en esta casilla. **No** ponga aquí su dirección postal si no es la misma que su dirección particular. **No** use una casilla de correo o una ruta rural sin un número de casilla. Consulte las instrucciones específicas de su estado para las reglas correspondientes a los números de rutas.

*Nota:* Si estuvo inscrito para votar anteriormente pero esta es la primera vez que se inscribe para la dirección en la Casilla 2, indique la dirección en que estaba inscrito anteriormente en la **Casilla B** *(en la mitad inferior del formulario)*. Denos todo lo que pueda recordar de la dirección anterior.

*Nota adicional:* Si vive en una zona rural y no tiene una dirección con calle y número o si no tiene dirección, muestre donde vive usando el mapa en la **Casilla C** *(en la parte inferior del formulario)*.

## Casilla 3 – Dirección postal

Si recibe su correo en un lugar que no es el mismo de la Casilla 2, ponga su dirección postal en esta casilla. Si no tiene dirección en la Casilla 2, **tiene** que escribir en la Casilla 3 una dirección en la que se lo pueda contactar por correo.

## Casilla 4 – Fecha de nacimiento

Ponga en esta casilla su fecha de nacimiento en este orden: mes, día año. *¡Tenga cuidado de no usar la fecha de hoy!*

## Casilla 5 – Número de teléfono

La mayoría de los estados solicitan su número de teléfono por si tienen preguntas sobre su solicitud. Sin embargo, **no** tiene obligación de llenar esta casilla.

## Casilla 6 – Número de identificación

La ley federal requiere que los estados obtengan un número de identificación de todos los que se inscriben para votar. Consulte las instrucciones específicas de su estado para el número 6 sobre qué número es aceptable en su estado. Si no tiene ni licencia de conducir ni número de Seguro Social, indíquelo en este formulario y su estado le asignará un número.

## Casilla 7 – Selección de partido político

En algunos estados se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político. Para determinar si su estado requiere esta inscripción, vea el número 7 en las instrucciones correspondientes a su estado.

Si se quiere inscribir en un partido político, escriba en letras de molde en la casilla el nombre completo del partido que prefiere.

Si no desea inscribirse en un partido, escriba "no party" (ningún partido) o deje la casilla en blanco. **No** escriba la palabra "independent" (independiente) si quiere significar "no party" (ningún partido), porque se lo puede confundir con un partido político de su estado. *Nota:* Si se inscribe sin indicar un partido político, aún puede votar en las elecciones generales y en las elecciones primarias no partidarias (que no son específicas de un partido político).

## Casilla 8 – Raza o grupo étnico

Algunos estados le preguntan cuál es su raza o grupo étnico, para administrar la Ley Federal de Derechos del Votante. Para averiguar si su estado solicita esta información, vea el número 8 en las instrucciones correspondientes a su estado. En caso afirmativo, escriba en la Casilla 8 la opción que mejor lo describa de la lista a continuación:

- Indígena norteamericano *o* nativo de Alaska
- Asiático o isleño del Pacífico
- Negro, *no* de origen hispano
- Hispano
- Multirracial
- Blanco, *no* de origen hispano
- Otro

## Casilla 9 – Firma

Lea la información en el número 9 de las instrucciones de su estado. Antes de firmar o hacer su marca, verifique que:

(1) cumple con los requisitos de su estado y que
(2) entiende **todo** lo que dice en la Casilla 9.

Finalmente, firme su nombre **completo** o ponga su marca y escriba claramente la fecha de hoy en este orden: mes, día, año. Si el solicitante no puede firmar, ponga en la **Casilla D** el nombre completo, la dirección y el número de teléfono (opcional) de la persona que ayudó al solicitante.

# Solicitud de Inscripción de Votante

**Before completing this form, review the General, Application, and State specific instructions.**
**Antes de llenar este formulario, vea las instrucciones generales, las instrucciones para llenar esta solicitud, y las instrucciones específicas de su estado.**
**PLEASE PROVIDE YOUR RESPONSES IN ENGLISH. / PROPORCIONE SUS RESPUESTAS EN INGLÉS.**

| | Are you a citizen of the United States of America? / ¿Es usted ciudadano de Estados Unidos de América? | | Will you be 18 years old on or before election day? / ¿Habrá cumplido los 18 años de edad para el día de las elecciones? | | This space for office use only. / Este espacio sólo para uso de la oficina. |
|---|---|---|---|---|---|
| | If you check "No" in response to either of these questions, do not complete form. Si contesta "No" a alguna de estas preguntas, no llene el formulario. (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) (Vea también las instrucciones específicas de su estado sobre la posibilidad de inscribirse antes de los 18 años de edad). | | | | |

| **1** | Last Name / Apellido | First Name / Primer nombre | Middle Name(s) / Segundo nombre | |
|---|---|---|---|---|
| **2** | Home Address / Dirección donde vive | Apt. or Lot # / N°. de depto. o lote | City/Town / Ciudad/Localidad | State / Estado | Zip Code / Código postal |
| **3** | Address Where You Get Your Mail If Different From Above / Dirección donde recibe su correo, si es diferente a la de más arriba | | City/Town / Ciudad/Localidad | State / Estado | Zip Code / Código postal |

| **4** | Date of Birth / Fecha de nacimiento  Month / Mes   Day / Día   Year / Año | **5** | Telephone Number (optional) / Número de teléfono (optativo) | **6** | ID Number (See Item 6 in the instructions for your state) / Número de identificación (Vea el número 6 en las instrucciones de su estado) |
|---|---|---|---|---|---|
| **7** | Choice of Party (see item 7 in the instructions for your State) / Selección de partido político (Vea el número 7 en las instrucciones de su estado) | **8** | Race or Ethnic Group (see item 8 in the instructions for your State) / Raza o grupo étnico (Vea el número 8 en las instrucciones de su estado) | | |

| **9** | I have reviewed my state's instructions and I swear/affirm that: / Leí las instrucciones de mi estado y juro/afirmo que: ■ I am a United States citizen. / Soy ciudadano de Estados Unidos. ■ I meet the eligibility requirements of my state and subscribe to any oath required. / Cumplo con los requisitos de mi estado y presto cualquier juramento requerido. ■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. / La información que proporcioné es verdadera según mis mejores conocimientos, bajo pena de perjurio. Si proporcioné información falsa, se me puede multar, encarcelar o (si no soy ciudadano de EE UU), deportar de o denegar entrada a Estados Unidos. | Please sign full name (or put mark) / Firme su nombre completo (o ponga su marca) Date / Fecha:  Month / Mes   Day / Día   Year / Año |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.
**Si se está inscribiendo para votar por primera vez:** consulte las instrucciones de la solicitud para información sobre presentar copias documentos de identificación válidos con este formulario.

## Please fill out the sections below if they apply to you.
## Llene las secciones a continuación que correspondan a su situación.

If this application is for a **change of name**, what was your name before you changed it? / Si esta solicitud es para un **cambio de nombre**, ¿cómo se llamaba antes de cambiar el nombre?

| **A** | Last Name / Apellido | First Name / Primer nombre | Middle Name(s) / Segundo nombre |
|---|---|---|---|

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?
Si estuvo **inscrito antes**, pero esta es la primera vez que se está inscribiendo con la dirección en la Casilla 2, ¿cuál era la dirección con que estaba inscrito antes?

| **B** | Street (or route and box number) / Calle (o número de ruta y casilla) | Apt. or Lot # / N°. de depto. o lote | City/Town/County / Ciudad/Localidad/Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.
Si vive en una zona rural, pero no tiene un número de calle, o si no tiene dirección, muestre en el mapa dónde vive.

| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live. / Escriba el nombre de las calles que cruzan más cerca de donde vive. ■ Draw an X to show where you live. / Ponga una X para mostrar el lugar en que vive. ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. / Ponga un punto para mostrar las escuelas, iglesias, tiendas u otros puntos de referencia y escriba el nombre del punto de referencia. | **NORTH / NORTE ↑** |
|---|---|---|

Example / Ejemplo

Grocery Store / Tienda de abarrotes
Woodchuck Road
Public School / Escuela pública ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional). / Si el solicitante no puede firmar, ¿quién ayudó al solicitante a llenar esta solicitud? Dé el nombre, la dirección y el número de teléfono. (El número de teléfono es optativo).

| **D** | |
|---|---|

## Mail this application to the address provided for your State.
## Envíe esta solicitud a la dirección provista por su estado.

N.º de control de la OMB 3265-0015

# Voter Registration Application/Solicitud de Inscripción de Votante

**Before completing this form, review the General, Application, and State specific instructions.**
**Antes de llenar este formulario, vea las instrucciones generales, las instrucciones para llenar esta solicitud, y las instrucciones específicas de su estado.**
**PLEASE PROVIDE YOUR RESPONSES IN ENGLISH. / PROPORCIONE SUS RESPUESTAS EN INGLÉS.**

| Are you a citizen of the United States of America? / ¿Es usted ciudadano de Estados Unidos de América? ☐ Yes / Sí ☐ No — If you check "No" in response to either of these questions, do not complete form. Si contestó "No" a alguna de estas preguntas, no llene el formulario. (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) (Vea también las instrucciones específicas de su estado sobre la posibilidad de inscribirse antes de los 18 años de edad.) | Will you be 18 years old on or before election day? ¿Habrá cumplido los 18 años de edad para el día de las elecciones? ☐ Yes / Sí ☐ No | This space for office use only. / Este espacio sólo para uso de la oficina. |
|---|---|---|

| 1 | (Circle one) / (Marque uno con un círculo) Mr. / Sr. Mrs. / Sra. Miss / Sta. Ms. / Sra. | Last Name / Apellido | First Name / Primer nombre | Middle Name(s) / Segundo nombre | (Circle one) / (Marque uno con un círculo) Jr. Sr. II III IV |
|---|---|---|---|---|---|

| 2 | Home Address / Dirección donde vive | | Apt. or Lot # / Nº de depto. o lote | City/Town / Ciudad/Localidad | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail if Different From Above / Dirección donde recibe su correo, si es diferente a la de más arriba | | City/Town / Ciudad/Localidad | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|---|

| 4 | Date of Birth / Fecha de nacimiento ___ Month / Mes ___ Day / Día ___ Year / Año | 5 | Telephone Number (optional) / Número de teléfono (optativo) | 6 | ID Number (See item 6 in the instructions for your state) / Número de identificación (Vea el número 6 en las instrucciones de su estado) |
|---|---|---|---|---|---|
| 7 | Choice of Party (see item 7 in the instructions for your State) / Selección de partido político (Vea el número 7 en las instrucciones de su estado) | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) / Raza o grupo étnico (Vea el número 8 en las instrucciones de su estado) | | |

| 9 | I have reviewed my state's instructions and I swear/affirm that: / Leí las instrucciones de mi estado y juro/afirmo que: ■ I am a United States citizen. / Soy ciudadano de Estados Unidos. ■ I meet the eligibility requirements of my state and subscribe to any oath required. / Cumplo con los requisitos de mi estado y presto cualquier juramento requerido. ■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. / La información que proporcioné es verdadera según mis mejores conocimientos, bajo pena de perjurio. Si proporcioné información falsa, se me puede multar, encarcelar o (si no soy ciudadano de EE UU), deportar de o denegar entrada a Estados Unidos. | Please sign full name (or put mark) / Firme su nombre completo (o ponga su marca) _____ Date / Fecha: ___ Month / Mes ___ Day / Día ___ Year / Año |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.
**Si se está inscribiendo para votar por primera vez:** consulte las instrucciones de la solicitud para información sobre presentar copias documentos de identificación válidos con este formulario.

## Please fill out the sections below if they apply to you.
## Llene las secciones a continuación que correspondan a su situación.

If this application is for a **change of name**, what was your name before you changed it? / Si esta solicitud es para un **cambio de nombre**, ¿cómo se llamaba antes de cambiar de nombre?

| A | Mr. / Sr. | Last Name / Apellido | First Name / Primer nombre | Middle Name(s) / Segundo nombre | (Circle one) / (Marque uno con un círculo) Jr. Sr. II III IV |
|---|---|---|---|---|---|

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?
Si estuvo **inscrito antes, pero esta es la primera vez que se está inscribiendo con la dirección en la Casilla 2**, ¿cuál era la dirección con que estaba inscrito antes?

| B | Street (or route and box number) / Calle (o número de ruta y casilla) | Apt. or Lot # / Nº de depto. o lote | City/Town/County / Ciudad/Localidad/Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.
Si vive en una zona rural, pero no tiene un número de calle, o si no tiene dirección, muestre en el mapa dónde vive.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live. / Escriba el nombre de las calles que cruzan más cerca de donde vive. ■ Draw an X to show where you live. / Ponga una X para mostrar el lugar en que vive. ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. / Ponga un punto para mostrar las escuelas, iglesias, tiendas u otros puntos de referencia y escriba el nombre del punto de referencia. *Example / Ejemplo* Ruta Nº 2 ● Grocery Store / Tienda de abarrotes Woodchuck Road Public School / Escuela pública ● **X** | **NORTH / NORTE ↑** |
|---|---|---|

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).
Si el solicitante no puede firmar, ¿quién ayudó al solicitante a llenar esta solicitud? Dé el nombre, la dirección y el número de teléfono. (El número de teléfono es optativo.)

| D | |
|---|---|

## Mail this application to the address provided for your State.
## Envíe esta solicitud a la dirección provista por su estado.

N.º de control de la OMB 3265-0015

## FOR OFFICIAL USE ONLY SÓLO PARA USO OFICIAL

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



N.º de control de la OMB 3265-0015

# Instrucciones de los Estados

## Alabama

**Revisado: 08-31-2018**

**Fecha límite de inscripción** — La inscripción de votantes estará cerrada durante los catorce días previos a la elección. Las solicitudes deben enviarse o llevar el matasello fechado dentro de los quince días anteriores a la elección.

**6. Número de identificación.** Si posee un número de identificación, deberá presentar el número de licencia de conducir o del carnet de no conductor de Alabama. En caso de no poseer licencia de conducir o carnet de no conductor del estado de Alabama, deberá presentar los últimos 4 números de su Seguro Social. Si no tiene ninguno de estos números de identificación, escriba la palabra "NONE" (ninguno) y se le asignará un número exclusivo.

**7. Selección de partido político** Opcional: No tiene obligación de inscribirse en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Se requiere que llene esta casilla; sin embargo, su solicitud no se rechazará si no lo hace. Vea la lista de opciones bajo la sección referente a la Casilla 8 en las Instrucciones para llenar la solicitud (en la página 2).

**9. Firma.** Para inscribirse en Alabama, usted tiene que reunir los siguientes requisitos:
• ser ciudadano de los Estados Unidos.
• ser residente de Alabama y de su condado en el momento de la inscripción.
• tener 18 años antes de cualquier elección.
• no haber sido condenado por un delito grave de naturaleza inmoral (o haberle sido restituidos sus derechos políticos y civiles). La lista de delitos de naturaleza inmoral se encuentra

disponible en el sitio web del Secretario de Estado en: sos.alabama. gov/mtfelonies
• no haber sido declarado mentalmente incompetente mediante una audiencia de competencia.
• jurar o afirmar "apoyar y defender la Constitución de los EE. UU. y del Estado de Alabama y, además, negar toda creencia o afiliación a un grupo que abogue por el derrocamiento de los gobiernos de los EE. UU. o del Estado de Alabama por medios ilegítimos y que la información contenida aquí es verídica, con la ayuda de Dios".

**Dirección postal:**
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

**Revisado: 01-03-2006**

**Fecha límite de inscripción** — 30 días antes de las elecciones.

**6. Número de identificación.** Tiene que proporcionar uno de los siguientes números de identificación: el número de la licencia de conducir de Alaska o de la tarjeta de identificación del Estado de Alaska. Si usted no tiene una licencia de conducir de Alaska o la tarjeta de identificación del Estado de Alaska tendrá que proveer las cuatro últimas cifras de su número del Seguro Social. Si no tiene ninguno de esos números de identificación, escriba "NONE" (NINGUNO) en el formulario. Se le asignará un número de identificación exclusivo para que se inscriba como votante. Esta información se mantiene confidencial. Esta información ayuda a mantener sus datos de votante y puede ayudar a verificar su identidad (Título 15 de las Leyes de Alaska).

**7. Selección de partido político.** No tiene obligación de declarar afiliación

a un partido político al inscribirse para votar. Si no elige un partido político, lo inscribirán como No declarado. Alaska tiene un sistema de elecciones primarias cerradas. Cada partido político reconocido tiene una papeleta separada con sólo los candidatos de ese partido político. Los votantes inscritos como miembros de un partido político sólo pueden votar en la papeleta de ese partido político. Los votantes inscritos como no declarados o no partidarios pueden elegir una papeleta de las papeletas disponibles.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Alaska tiene que:
• ser ciudadano de Estados Unidos
• tener al menos 18 años de edad dentro de los 90 días de completar esta inscripción
• ser residente de Alaska
• no estar convicto de un delito grave (a menos que lo hayan liberado incondicionalmente)
• no estar inscrito para votar en otro Estado

**Dirección postal:**
Division of Elections
State of Alaska
PO Box 110017
Juneau, AK 99811-0017

## Arizona

**Revisado: 01-03-2006**

**Fecha límite de inscripción** — 29 días antes de las elecciones.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir de Arizona o el número de identificación de los no conductores emitido de conformidad con A.R.S. § 28-3165, si la licencia es válida y se halla vigente. Si *no tiene* una licencia de conducir de Arizona válida y vigente ni una licencia de

## FOR OFFICIAL USE ONLY SÓLO PARA USO OFICIAL

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



N.º de control de la OMB 3265-0015

# Instrucciones de los Estados

identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social, si le emitieron uno. Si no tiene una licencia de conducir vigente y válida, ni una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El secretario de estado le asignará un número.

**7. Selección de partido político.** Si está inscrito en un partido político calificado para ser reconocido en la papeleta, se le permitirá que vote en las elecciones primarias de ese partido político. Si está inscrito como independiente, sin preferencia de partido político o cómo miembro de un partido político no calificado para ser reconocido en la papeleta, puede elegir y votar una papeleta de elección primaria de uno de los partidos políticos reconocidos.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Arizona tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Arizona y de su condado al menos 29 días antes de las próximas elecciones
• haber cumplido los 18 años de edad antes de las próximas elecciones generales
• no haber sido condenado de traición a la patria ni de un delito grave (o haberle sido restituidos sus derechos civiles)
• no estar declarado actualmente cómo una persona incapacitada por ningún tribunal de justicia

**Dirección postal:**
Secretary of State/Elections
1700 W. Washington, 7th Floor
Phoenix, AZ 85007-2888

## Arkansas

**Revisado: 01-03-2006**

**Fecha límite de inscripción —** 30 días antes de las elecciones.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir del estado o el número de identificación de los no conductores emitido por el estado. Si no tiene una licencia de conducir ni identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social. Si no tiene una licencia de conducir, ni una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El secretario de estado le asignará un número.

**7. Selección de partido político.** Opcional. No tiene obligación de inscribirse en un partido político si no desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de un determinado replace with "partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Arkansas tiene que:
• ser ciudadano de Estados Unidos
• vivir en Arkansas en la dirección indicada en la Casilla 2 de la solicitud
• haber cumplido los 18 años de edad antes de las próximas elecciones
• no haber sido condenado de un delito grave (a menos que haya cumplido completamente su sentencia o que lo hayan perdonado)
• no reclamar derecho a votar en ninguna otra jurisdicción
• no haber sido declarado anteriormente mentalmente incompetente por un tribunal con la debida jurisdicción

**Dirección postal:**
Secretary of State
Voter Services
P.O. Box 8111
Little Rock, AR 72203-8111

## California

**Actualizado: 10-10-2021**

**Fecha límite de inscripción —** 15 días antes de las elecciones; la inscripción del votante condicional es hasta e incluyendo el día de las elecciones.

**6. Número de identificación.** Cuando se inscribe para votar, tiene que proporcionar el número de su licencia de conducir de California o el número de la tarjeta de identificación de California, si tiene alguna. Si no tiene ni licencia de conducir, ni tarjeta de identificación, tiene que dar las últimas cuatro cifras de su número del Seguro Social (SSN). Si no incluye esta información, tendrá que proporcionar una identificación cuando vote en caso de que sea la primera vez que vota en unas elecciones federales.

**7. Selección de partido político.** Escriba el nombre del partido político en el que se desea inscribir. Si no se quiere inscribir en ningún partido, ponga "No Party Preference" (Sin preferencia de partido político) en el espacio provisto. La ley de California permite que los votantes que eligen la opción "No Party Preference" (Sin preferencia de partido político) o han elegido una afiliación a un partido político no calificado voten en las elecciones primarias presidenciales de cualquier partido político calificado que presente una notificación al secretario de estado para que lo haga. Puede llamar al 1-800-345-VOTE o visitar www.sos.ca.gov para saber qué partidos políticos permiten a los votantes que eligen la opción "No Party Preference" (Sin preferencia

# Instrucciones de los Estados

de partido político) y los votantes que hayan revelado su preferencia por un partido político no calificado participar en sus elecciones primarias presidenciales.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en California tiene que:

• Ser ciudadano de los Estados Unidos.

• Ser residente de California.

•

• Tener al menos 16 años, pero debe tener 18 años o más el día de las elecciones en las que tiene intención de votar.

• No estar en una prisión estatal o federal ni bajo libertad condicional por la condena de un delito grave.

• No haber sido juzgado mentalmente incompetente para votar por ningún tribunal.

Se requiere su firma. Si cumple con los requisitos indicados más arriba, firme y feche la tarjeta de inscripción en el espacio provisto.

**Dirección postal:**
Secretary of State
Elections Division
1500 11th Street, 5th Floor
Sacramento, CA 95814

## Colorado

**Revisado: 16-10-2018**

**Fecha límite de inscripción —** Puede inscribirse hasta el día de las elecciones. Debe inscribirse 8 días o más antes del día de las elecciones para que se le envíe un voto por correo. Si se inscribe menos de 8 días antes del día de las elecciones, deberá presentarse personalmente en su condado para votar.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir del estado o el número de identificación de los no conductores emitido por el estado. Si no tiene una licencia de conducir ni

identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social. Si *no tiene* una licencia de conducir, ni una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El secretario de estado le asignará un número.

**7. Selección de partido político.** Puede inscribirse en un partido. Si deja esta sección en blanco, no se inscribirá en ningún partido.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Colorado, usted tiene que reunir los siguientes requisitos:

• ser ciudadano de los Estados Unidos.

• ser ciudadano de Colorado durante al menos 22 días inmediatamente antes de las elecciones en las que tiene intención de votar.

• tener al menos 16 años, pero debe tener 18 años o más el día de las elecciones en las que tiene intención de votar.

• no debe estar cumpliendo una sentencia (incluida la libertad condicional) por la condena de un delito grave.

**Dirección postal:**
Colorado Secretary of State
1700 Broadway, Suite 200
Denver, Colorado 80290

## Connecticut

**Revisado: 03-09-2019**

**Fecha límite de inscripción —** Debe tener el matasellos con fecha de siete (7) días antes de las elecciones y con fecha de cinco (5) días antes de las elecciones primarias.

**6. Número de identificación.** Número de la licencia de conducir de Connecticut o si no tiene una, las últimas cuatro cifras de su número del Seguro Social.

**7. Selección de partido político.** Esto es opcional, pero debe inscribirse en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Connecticut tiene que:

• ser ciudadano de Estados Unidos

• ser residente de Connecticut y de la localidad en la que desea votar

• tener 17 años. Las personas de 17 años que cumplan 18 el Día de las Elecciones o antes pueden participar en las elecciones primarias generales.

• si lo condenaron anteriormente por un delito grave, debe haber cumplido el encarcelamiento y la libertad supervisada, y los registradores de votantes haberle restituido su derecho al voto.

• no haber sido declarado mentalmente incompetente para votar por ningún tribunal de justicia

**Dirección postal:**
Secretary of the State of Connecticut
Elections Division
P.O. Box 150470
Hartford, CT 06115-0470

## Delaware

**Revisado: 18-04-2018**

**Fecha límite de inscripción —** El cuarto sábado antes de las elecciones primarias o elecciones generales, y diez días antes de una elección especial.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir del estado o el número de identificación de los no conductores emitido por el estado. Si no tiene una licencia de conducir ni identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social. Si no tiene una licencia de conducir, ni

# Instrucciones de los Estados

una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El secretario de estado le asignará un número.

**7. Selección de partido político.** Si desea participar en las elecciones primarias, la asamblea regional (caucus) o la convención de un partido político, debe inscribirse en ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Puede inscribirse para votar en Delaware si usted:
• es un ciudadano de los Estados Unidos, Y
• es residente de Delaware; (vive en Delaware); Y
• Tener al menos 16 años, pero debe tener 18 años o más el día de las elecciones en las que tiene intención de votar.
• No estar cumpliendo una pena de prisión estatal o federal por la condena de un delito grave.
• ha sido declarado mentalmente incompetente. Declarado mentalmente incompetente se refiere a un fallo específico en un guardia judicial o procedimiento equivalente, basado en pruebas claras y convincentes de que el individuo tiene daño cognitivo grave que impide el ejercicio básico del criterio de votar; O
• fue declarado culpable de un delito y no ha cumplido su condena, O
• fue declarado culpable de un delito inhabilitante* y no ha sido indultado.
   *Lista de delitos inhabilitantes:
   • asesinato u homicidio involuntario, (excepto homicidio vehicular);
   • todo delito que constituya una infracción contra la administración pública, soborno o influencia indebida o abuso de cargo, o toda otra infracción a la leyes de cualquier jurisdicción estatal o local, o de los Estados Unidos, o del Distrito de Columbia; o

• todo delito que constituya una agresión sexual, o toda otra infracción a las leyes de cualquier jurisdicción estatal o local, o de los Estados Unidos, o del Distrito de Columbia.

**Dirección postal:**
State of Delaware
Office of the State Election
Commissioner
905 S. Governors Ave., Suite 170
Dover, DE 19904

## Distrito de Columbia

**Actualizado: 10-10-2021**

**Fecha límite de inscripción —** 21 días antes de la elección si se inscribe por correo, en línea o mediante aplicación móvil, pero un votante puede inscribirse en persona durante la votación anticipada y el día de las elecciones.

**6. Número de identificación.** Bajo ley federal actual se requiere que toda solicitud de inscripción de votante incluya el número de la licencia de conducir del solicitante o las últimas cuatro cifras del número de Seguro Social para poder ser procesada.

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para votar en el distrito de Columbia, debe cumplir los siguientes requisitos:
• ser ciudadano de Estados Unidos
• ser residente del distrito de Columbia
• mantener su residencia en el distrito de Columbia durante al menos 30 antes de la elección en la cual tiene intención de votar
• no reclamar residencia electoral o el derecho a votar en otro territorio o estado de EE. UU.

• tener al menos 17 años de edad (puede inscribirse para votar si tiene 16 años como mínimo). Puede votar en una elección primaria si tiene al menos 17 años de edad y tendrá al menos 18 años para las próximas elecciones generales. Puede votar en una elección general o especial si tiene al menos 18 años).
• no haber sido declarado por un tribunal legalmente incompetente para votar

**Dirección postal:**
District of Columbia Board of Elections
1015 Half Street, SE, Suite 750
Washington, DC 20003

## Florida

**Revisado: 30-11-2011**

**Fecha límite de inscripción —** 29 días antes de las elecciones.

**6. Número de identificación.** Si tiene uno, tiene que proporcionar el número de licencia de conducir de Florida o el número de la tarjeta de identificación de Florida. Si no tiene ni licencia de conducir de Florida, ni tarjeta de identificación, tiene que dar las últimas cuatro cifras de su número del Seguro Social. Si no cuenta con ninguno de estos números, debe escribir la palabra "NONE" (NINGUNO).

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Se le solicita, pero no se le exige, que llene esta casilla. Vea la lista de opciones en las Instrucciones de la solicitud correspondientes a la Casilla 8 (en la página 2).

**9. Firma.** Para inscribirse en Florida tiene que:

# Instrucciones de los Estados

• ser ciudadano de Estados Unidos
• ser residente legal de Florida y del condado en el que se desea inscribir
• tener 18 años (se puede preinscribir si tiene al menos 16 años)
• no haber sido declarado incapacitado mentalmente para votar en Florida o en cualquier otro estado, o si lo fue, primero se le deberán restituir sus derechos de voto.
• no ser un delincuente convicto, o si lo es, primero se le deberán restituir sus derechos civiles, si los hubiera perdido
• jurar o afirmar lo siguiente: "Protegeré y defenderé la Constitución de Estados Unidos y la Constitución del Estado de Florida; estoy habilitado para registrarme como elector según la Constitución y las leyes del Estado de Florida; y toda la información contenida en esta solicitud es verdadera".

**Dirección postal:**
State of Florida
Department of State
Division of Elections
The R.A. Gray Building
500 South Bronough St, Rm 316
Tallahassee, Florida 32399-0250

## Georgia

**Revisado: 15-08-2013**

**Fecha límite de inscripción —** El quinto lunes anterior a las elecciones primarias generales, a las elecciones generales, a las elecciones de preferencia presidencial o a las elecciones fijadas regularmente conforme al Código de Elecciones de Georgia. En el caso en que se convoque una elección especial en una fecha aparte de las fechas indicadas en el Código de Elecciones de Georgia, la inscripción se cerrará el 5º día posterior a la fecha en que se convocó la elección.

**6. Número de identificación.** Ley federal requiere que proporcione su número de licencia actual de

conducir de Georgia o el número de su tarjeta de identificación del estado de Georgia. Si no tiene licencia actual de conducir ni tarjeta de identificación de Georgia, tendrá que proveer las últimas cuatro (4) cifras de su número del Seguro Social. El proporcionar su número completo de Seguro Social no es requerido, esto es opcional. Su número de Seguro Social será mantenido confidencial y podría ser utilizado para compararlo con las bases de datos de otras agencias con el propósito de identificación de su inscripción cómo elector. Si no tiene licencia actual de conducir de Georgia ni numero de Seguro Social, se le asignará un número de identificación exclusivo.

**7. Selección de partido político.** No tiene que inscribirse en un partido político para participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Se le solicita que llene esta casilla. Vea la lista de opciones en las Instrucciones para la solicitud correspondientes a la Casilla 8 (en la página 2).

**9. Firma.** Para inscribirse en Georgia tiene que:
• ser ciudadano de Estados Unidos
• ser residente legal de Georgia y del condado en el que desea votar
• haber cumplido los 18 años de edad dentro de los seis meses posteriores a la fecha de inscripción y tener 18 años de edad para votar
• no estar cumpliendo una sentencia por haber sido condenado de un delito grave
• no haber sido determinado mentalmente incompetente por ningún tribunal, a menos que se haya eliminado la incapacidad

**Dirección postal:**
Office of the Secretary of State
2 Martin Luther King Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

## Hawái

**Actualizado: 10-10-2021**

**Fecha límite de inscripción —** 10 días antes de las elecciones.

**6. Número de identificación.** Cuando se inscribe para votar, tiene que proporcionar el número de su licencia de conducir de Hawái o el número de identificación de Hawái, si tiene uno. Si no tiene licencia de conducir, ni número de identificación, tiene que dar las últimas cuatro cifras de su número del Seguro Social (SSN). Si no tiene esta información, la Oficina del secretario le emitirá un número de identificación único, que lo identificará para fines de inscripción de votantes.

**7. Selección de partido político.** No se requiere que elija un partido político para inscribirse para votar.

**8. Raza o grupo étnico.** No se requiere información de raza o grupo étnico para inscribirse para votar.

**9. Firma.** Para inscribirse en Hawái tiene que:
• ser ciudadano de Estados Unidos
• ser residente del estado de Hawái
• tener al menos 16 años de edad (para votar tiene que tener 18 años de edad el día de las elecciones)
• no debe estar encarcelado por una condena de delito grave
• ningún tribunal debe haber determinado que usted es "non compos mentis" (incapacitado mentalmente)

**Dirección postal:**
Office of Elections
State of Hawaii
802 Lehua Avenue
Pearl City, HI 96782

## Idaho

**Revisado:**

**Fecha límite de inscripción —** 25 días antes de las elecciones.

# Instrucciones de los Estados

**6. Número de identificación.** Ingrese el número de su licencia de conducir de Idaho o la tarjeta de identificación estatal emitida por el Departamento de Transporte de Idaho. Si no tiene dicha tarjeta, ingrese las 4 últimas cifras de su número de seguridad social.

**7. Selección de partido político.** A menos que el partido político opte por celebrar unas elecciones primarias abiertas, es necesario afiliarse a un partido político si desea participar en las elecciones primarias de un partido.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Idaho tiene que:
• ser ciudadano de Estados Unidos
• haber vivido en Idaho y en el condado al menos 30 días antes del día de las elecciones
• tener al menos 18 años de edad
• no haber sido condenado de un delito grave, sin que le hayan restituido los derechos de ciudadanía o estar encarcelado por haber sido convicto por un delito penal

**Dirección postal:**
Secretary of State
P.O. Box 83720
State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

**Revisado: 03-09-2019**

**Fecha límite de inscripción** — 28 días antes de cada elección.

**6. Número de identificación.** El Estado de Illinois requiere la licencia de conducir (o la tarjeta de identificación de la Secretaría de Estado) o las últimas 4 cifras del número de Seguro Social. En el caso de las personas que no tienen ninguno de esos documentos, y que no se han inscrito en Illinois antes, deben enviar por correo un formulario de inscripción

acompañado de una copia de otra información de identificación: usted debe enviar, junto con esta solicitud, ya sea (i) una copia de una identificación con fotografía actual y válida, o (ii) una copia de una factura actual de servicios, un estado de cuenta bancario, un cheque gubernamental, un cheque de nómina u otro documento gubernamental que incluya el nombre y la dirección del votante. Si usted no proporciona la información requerida anteriormente, se le pedirá que proporcione a los funcionarios electorales (i) o (ii) descritos anteriormente la primera vez que vote en un lugar de votación.

**7. Selección de partido político.** No se requiere que especifique su afiliación ni preferencia de partido político al inscribirse para votar. Sin embargo, al solicitar una papeleta para elecciones primarias, tiene que indicar su preferencia de partido político para esas elecciones.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Se requiere firma. Si no firma el formulario de inscripción, se le notificará que su inscripción está incompleta. Para inscribirse en Illinois debe:
• ser ciudadano de Estados Unidos
• ser residente de Illinois y su precinto electoral al menos 30 días antes de las próximas elecciones
• tener al menos 18 años de edad para el día de las próximas elecciones
• no estar encarcelado por una condena de delito grave
• no reclamar el derecho al voto en ningún otro lugar

**Preinscripción para las personas de 17 años de edad.** El Estado de Illinois permite la inscripción de una persona de 17 años que cumpla 18 antes de las Elecciones Generales (o la Elección Consolidada, la elección de año impar en la ciudad, el municipio, la junta escolar y otras oficinas locales) para inscribirse y votar en las Elecciones Primarias

Generales (o la Elección Primaria Consolidada) que nominará a los candidatos para las siguientes Elecciones Generales (o la Elección Consolidada).

**Dirección postal:**
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, Illinois 62704

## Indiana

**Revisado: 01-03-2006**

**Fecha límite de inscripción** — 29 días antes de la elección.

**6. Número de identificación.** Su número estatal de identificación como votante es el número de diez cifras de su licencia de conducir emitida por Indiana. Si no tiene una licencia de conducir de Indiana, proporcione las últimas cuatro cifras de su número del Seguro Social. Indique que número proporcionó. (Código de Indiana 3-7-13-13)

**7. Selección de partido político.** Deje en blanco.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Indiana tiene que:
• ser ciudadano de Estados Unidos
• haber vivido en el precinto electoral al menos 30 días antes de las próximas elecciones
• tener al menos 18 años de edad para el día de las próximas elecciones generales
• no estar encarcelado por una condena de delito grave

**Dirección postal:**
Election Division
Office of the Secretary of State
302 West Washington Street,
Room E-204
Indianapolis, IN 46204-2743

## Iowa

**Actualizado: 31-10-2020**

# Instrucciones de los Estados

**Fecha límite de inscripción:** debe enviarse antes de las 5 p. m., 10 días antes de la elección, si es una elección general; 11 días antes de todas las otras.* Los formularios de inscripción que tengan matasellos con fecha de 15 o más días antes de una elección se considerarán dentro del plazo establecido, aun si se reciben después de la fecha límite. *Si no cumple con la fecha de inscripción para votantes mencionada anteriormente, puede inscribirse y votar siguiendo las pautas de inscripción para el día de la elección. Puede encontrar estas pautas en el sitio web de la Secretaría de estado de Iowa: https://sos.iowa.gov/ elections/ voterinformation/edr. html.

**6. Número de identificación.** Su número de identificación es el número de su licencia de conducir de Iowa (o su número de identificación de no conductor de Iowa) si tiene una; de lo contrario, los últimos cuatro dígitos de su número de seguro social. El número de identificación que proporcione se verificará en el Departamento de Transporte o la Administración de Seguridad Social.

**7. Selección de partido político.** Puede, pero no está obligado a hacerlo, inscríbase en un partido político por adelantado si desea participar en las elecciones primarias de ese partido político. Puede cambiar o declarar una afiliación a un partido político en las mesas electorales el día de las elecciones primarias.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Iowa tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Iowa
• tener al menos 17 años de edad; una persona puede votar si cumple los 18 años el día de la elección o antes. En el caso de elecciones primarias, una persona puede votar si cumple los 18 años el día de la elección ordinaria correspondiente o antes.

• no haber sido condenado por un delito grave o haber recuperado sus derechos
• no haber sido designado por ningún tribunal como "incompetente para votar"
• no reclamar el derecho al voto en más de un lugar
• ceder su derecho a votar en cualquier otro lugar

**Dirección postal:**
Elections Division
Office of the Secretary of State
Lucas Building-1st Floor
321 E. 12th Street
Des Moines, IA 50319

## Kansas

Revisado: 25-10-2013

**Fecha límite de inscripción** — Debe tener el matasellos con fecha de 21 días antes de la elección, o se debe entregar en ese plazo.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir del estado o el número de identificación de no conductores emitido por el estado. Si no tiene una licencia de conducir ni identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social. Si no tiene una licencia de conducir, ni una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El estado le asignará un número de identificación exclusivo. El número que usted provee se usa únicamente para fines administrativos y no se entrega al público (KSA 25-2309).

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Kansas tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Kansas
• tener al menos 18 años de edad para el día de las próximas elecciones
• haber completado los términos de su sentencia si lo condenaron de un delito grave; las personas que estén cumpliendo una sentencia por haber sido condenadas de un delito grave no pueden votar
• no reclamar el derecho al voto en ningún otro lugar ni bajo ningún otro nombre
• no haber sido excluido del voto por algún tribunal con jurisdicción competente

**Dirección postal:**
Secretary of State
1st Floor, Memorial Hall
120 SW 10th Ave.
Topeka, KS 66612-1594

## Kentucky

Revisado: 01-03-2006

**Fecha límite de inscripción** — 29 días antes de las elecciones.

**6. Número de identificación.** Se requiere su número completo del Seguro Social. Se usa sólo para fines administrativos y no se entrega al público (KRS 116.155). No se denegará el derecho al voto a ninguna persona por no proporcionar su número del Seguro Social.

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Kentucky tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Kentucky
• ser residente del condado por al menos 28 días previos a la fecha de las elecciones

# Instrucciones de los Estados

• tener al menos 18 años de edad en la fecha de las próximas elecciones
• no haber sido condenado de un delito grave o si lo condenaron de un delito grave sus derechos civiles tienen que haber sido restituidos por perdón ejecutivo
• no haber sido declarado "mentalmente incompetente" por ningún tribunal
• no reclamar el derecho a votar en ningún lugar fuera de Kentucky

**Dirección postal:**
State Board of Elections
140 Walnut Street
Frankfort, KY 40601-3240

## Luisiana

**Revisado: 28-02-2019**

**Fecha límite de inscripción** — 30 días antes de las elecciones.

**6. Número de identificación.** Tiene que proporcionar el número de su licencia de conducir o un número de tarjeta de identificación especial de Luisiana, si la tiene. De lo contrario, deberá proporcionar al menos las últimas cuatro cifras de su número de seguro social, si lo tiene. Si lo desea, podrá proporcionar su número completo del seguro social. Si el solicitante no posee una licencia de conducir o una tarjeta de identificación especial de Luisiana, ni un número de seguro social, deberá adjuntar uno de los siguientes documentos a esta solicitud: (a) copia de una identificación actual y vigente con fotografía; o (b) copia de una factura actual de servicios, un estado de cuenta bancaria, un cheque gubernamental, un cheque de nómina u otro documento gubernamental que incluya el nombre y la dirección del solicitante. Ni el registrador ni el Departamento de Estado divulgarán el número del seguro social de un votante inscrito ni harán circular los números de seguridad social de los votantes

inscritos en las listas comerciales (R.S. 18:104 and 154; 42 U.S.C. § 405).

**7. Selección de partido político.** Si no menciona una afiliación a un partido político, no podrá votar en las elecciones primarias presidenciales de su preferencia ni en las del comité del partido político. La afiliación a un partido político no es necesaria para ninguna otra elección.

**8. Raza o grupo étnico.** Completar esta casilla es opcional. Vea la lista de opciones en las Instrucciones de la solicitud correspondiente a la Casilla 8 (en la página 2).

**9. Firma.** Para inscribirse en Luisiana debe:
• ser ciudadano de Estados Unidos
• ser residente de Luisiana (la dirección de su residencia debe ser la misma en la que reclama exención por protección de hogar de familia, si lo hace, excepto en el caso de una persona que viva en una residencia para la tercera edad o en un hogar para veteranos de guerra, que pueda optar por usar la dirección de una residencia para la tercera edad o del hogar de veteranos de guerra o del lugar donde tiene protección de hogar de familia. Un estudiante universitario puede optar por usar su domicilio familiar o su domicilio de estudiante).
• tener al menos 17 años de edad (16 años de edad si se inscribe para votar con una solicitud de licencia de conducir de Luisiana o en persona en una oficina del registro electoral), y haber cumplido 18 años de edad antes de las próximas elección para poder votar
• no debe poseer una orden de arresto actual debido a una condena por delito mayor o, si posee dicha orden, (1) no debe haber sido encarcelado debido a dicha orden en los últimos cinco años y (2) no debe poseer una orden de encarcelamiento relacionada con una condena por delito mayor de fraude electoral o cualquier otra ofensa electoral según lo establecido por R.S.18:1461.2
• no debe estar bajo fallo de interdicción debido a incompetencia mental ni bajo interdicción limitada por la cual se haya suspendido su derecho a votar

**Dirección postal:**
Secretary of State
Attention: Elections Division
P.O. Box 94125
Baton Rouge, LA 70804-9125

## Maine

**Revisado: 14-08-2012**

**Fecha límite de inscripción** — Entregada 21 días laborales antes de las elecciones (o el votante se puede inscribir en persona hasta e incluyendo el día de las elecciones).

**6. Número de identificación.** Tiene que indicar el número de su licencia de conducir válida de Maine. Si no tiene una licencia de conducir válida de Maine debe proporcionar las cuatro últimas cifras de su número del Seguro Social. Los votantes que no tienen ninguna de esas formas de identificación tienen que escribir "NONE" (NINGUNA) en este espacio.

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político (a menos que un partido político permita lo contrario).

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Maine tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Maine y del municipio en el que desea votar
• tener al menos 17 años de edad (tiene que tener 18 años de edad para poder votar)

**Dirección postal:**
Elections Division
Bureau of Corporations,
Elections and Commissions
101 State House Station
Augusta, ME 04333-0101

## Maryland

# Instrucciones de los Estados

**Actualizado: 10-10-2021**

**Fecha límite de inscripción —**
Inscripción en persona antes de las 5:00 p. m., inscripción en línea antes de las 11:59 p. m., o con matasellos 21 días antes de las elecciones.
**6. Número de identificación.** Si no tiene una licencia de conducir válida y vigente de Maryland o una tarjeta de identificación de la Administración de Vehículos Motorizados (MVA), debe introducir los últimos 4 dígitos de su número de seguro social. La autoridad legal que permite a los funcionarios solicitar los últimos 4 dígitos de su número de seguro social es el Artículo de la Ley Electoral, § 3-202. Los números solo se utilizarán para la inscripción y otros fines administrativos. Se mantendrá su confidencialidad.
**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias de ese partido político.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Maryland tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Maryland
• tener al menos 16 años.*
• No estar bajo tutela por incapacidad mental o, si lo está, no haber sido declarado por un tribunal incapaz de comunicar su deseo de votar.
• no haber sido declarado culpable de comprar o vender votos
• no haber recibido condena final de un delito grave o si se lo ha condenado de un delito grave, tiene que haber completado la totalidad de su castigo, incluyendo encarcelamiento, libertad condicional, supervisión o período de libertad condicional.
*Puede inscribirse para votar si tiene al menos 16 años de edad, pero no puede votar a no ser que tenga al menos 18 años en las próximas elecciones generales.

**Dirección postal:**
State Board of Elections
P.O. Box 6486
Annapolis, MD 21401-0486

## Massachusetts

**Revisado: 03-09-2019**

**Fecha límite de inscripción —** 20 días antes de las elecciones.

**6. Número de identificación.** Ley federal requiere que proporcione su número de licencia de conducir para inscribirse para votar. Si no tiene una licencia de conducir vigente y válida de Massachussets, tendrá que proveer las últimas cuatro (4) cifras de su número del Seguro Social. Si no tiene ninguno de estos números, escriba "NONE" (NINGUNO) en el formulario y se le asignará un número de identificación exclusivo.
**7. Selección de partido político.** Si usted no designa un partido o una designación política en esta casilla, se le inscribirá como no inscrito, lo que se conoce comúnmente como independiente. Los votantes no inscritos y los votantes inscritos en designaciones políticas pueden votar en las elecciones primarias de los partidos.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Massachusetts tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Massachusetts
• tener al menos 16 años (debe tener 18 años para votar el Día de las Elecciones)
• no haber sido condenado de prácticas corruptas en lo referente a las elecciones
• no estar bajo tutela en lo referente al voto
• no estar encarcelado actualmente por una condena de delito grave

**Dirección postal:**

Secretary of the Commonwealth
Elections Division, Room 1705
One Ashburton Place
Boston, MA 02108

## Michigan

**Revisado: 07-11-2019**

**Fecha límite de inscripción —** debe tener el matasellos con fecha de 15 días antes de la elección; o debe entregarse en persona a su secretario municipal o ayuntamiento para las 8 p. m. el día de las elecciones. Si se inscribe en un plazo de 14 días de una elección, debe proporcionar la verificación de residencia para ser elegible para esa elección.

**6. Número de identificación.** Su formulario de inscripción de votante debe contener el número de su licencia de conducir del estado o el número de identificación de los no conductores emitido por el estado. Si no tiene una licencia de conducir ni identificación de no conductor, tiene que incluir las últimas cuatro cifras de su número del Seguro Social. Si no tiene una licencia de conducir, ni una licencia de identificación de no conductor, ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. El estado le asignará un número de identificación exclusivo.
**7. Selección de partido político.** No se requiere "seleccionar un partido político" para inscribirse para votar.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Michigan, usted tiene que reunir los siguientes requisitos:
• ser ciudadano de Estados Unidos
• tener 18 años para las próximas elecciones
• ser residente de Michigan y al menos ser residente durante 30 días de su ciudad o ayuntamiento para el día de las elecciones

# Instrucciones de los Estados

• no estar en prisión después de ser declarado culpable y sentenciado

*Aviso:* Si un votante tiene identificación personal (PID) o una licencia de conducir (DL) de Michigan, la ley de Michigan exige que **se use la misma dirección con fines de identificación personal/ licencia de conducir e inscripción de votantes.** El uso de este formulario también modificará su dirección de DL/PID. El Secretario de estado le enviará por correo una etiqueta de dirección nueva para su DL/PID.

**Dirección postal:**
Envíe por correo o entregue esta solicitud completa directamente a su secretario municipal o de ayuntamiento. Encuentre la dirección de su secretario municipal o de ayuntamiento en Michigan.gov/Vote. Si no puede encontrarla, envíe la solicitud por correo a:
    Michigan Department of State
    Bureau of Elections
    P.O. Box 20126
    Lansing, MI 48901-0726

## Minnesota

Revisado: 31-12-2008

**Fecha límite de inscripción** — Tiene que ser entregada a más tardar a las 5 p.m. 21 días antes de las elecciones (también hay inscripción el día de las elecciones en las mesas electorales).

**6. Número de identificación.** Tiene que proporcionar el número de su licencia para conducir de Minnesota o el número de la tarjeta de identificación emitida por el estado para inscribirse para votar. Si no tiene una licencia para conducir de Minnesota o tarjeta de identificación emitida por el estado, tiene que proporcionar las cuatro últimas cifras de su número del Seguro Social. Si no tiene ninguno de los dos,

escriba "NONE" (NINGUNO) en el formulario.
**7. Selección de partido político.** Deje en blanco.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Minnesota tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Minnesota 20 días antes de las próximas elecciones
• vivir en la dirección que proporciona en el formulario de inscripción
• tener al menos 18 años de edad el día de las elecciones
• si lo condenaron anteriormente por un delito grave, su sentencia se ha vencido o ha sido completada, o lo han descargado de la sentencia
• no estar bajo orden de tutela emitida por un tribunal donde el derecho a votar se ha revocado
• no haber sido declarado legalmente incompetente para votar por ningún tribunal

**Dirección postal:**
    Secretary of State
    60 Empire Drive, Suite 100
    St. Paul, MN 55103-1855

## Mississippi

Revisado: 07-05-2010

**Fecha límite de inscripción** — 30 días antes de las elecciones.

**6. Número de identificación.** Tiene que proporcionar el número de su licencia de conducir vigente y válida, y si no tiene una, las últimas cuatro cifras de su número del Seguro Social.
**7. Selección de partido político.** Mississippi no tiene inscripción en partidos políticos. Por lo tanto, no tiene que inscribirse en un partido si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Mississippi tiene que:
• ser ciudadano de Estados Unidos
• haber vivido en Mississippi y en su condado (y en su ciudad, si corresponde) 30 días antes de las elecciones en que desee votar
• tener 18 años de edad el día de las elecciones en las que desee votar
• no haber sido condenado de asesinato, violación, soborno, robo, incendio intencional, obtener dinero o productos con manifestaciones fraudulentas, perjurio, falsificación, desfalco, robo a mano armada, extorsión, delito grave por apropiación de mercancía, hurto, delito grave por cheque sin fondos, recibir propiedad hurtada, robo, hurto de madera, apropiación ilegal de vehículo de motor, violación técnica, bigamia o apropiación de automóvil mediante el uso de fuerza o amenaza, a menos que le hayan restituido sus derechos según lo requiera la ley
• no haber sido declarado mentalmente incompetente por ningún tribunal

*Nota:* La ley estatal cambió por orden del tribunal federal en 1998 y por legislación estatal en 2000. Ahora aceptamos el formulario como inscripción para votar en **todas** las dependencias estatales y federales.

**Dirección postal:**
    Secretary of State
    P.O. Box 136
    Jackson, MS 39205-0136

**Direcciones de los condados locales:** También puede enviar las solicitudes diligenciadas a la oficina del Secretario/Registrador del Condado donde usted reside. Para una lista completa, consulte la siguiente página Web de Mississippi: www.sos.ms.gov.

## Missouri

# Instrucciones de los Estados

**Revisado: 12-09-2006**

**Fecha límite de inscripción —** 28 días antes de las elecciones.

**6. Número de identificación.** Su formulario de inscripción de votante requiere el número de su licencia de conducir. También requiere las últimas cuatro cifras de su número del Seguro Social (115.155, RSMo). Si no tiene licencia de conducir o número del Seguro Social, por favor escriba "NONE" en el formulario. Ningún medio electrónico, impresión o etiqueta de correo proporcionados por esta sección incluirá los números de teléfono o los números del Seguro Social de los votantes (115.157 RSMo).

**7. Selección de partido político.** No tiene que inscribirse en un partido si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para votar en Missouri tiene que:
- ser ciudadano de Estados Unidos
- ser residente de Missouri
- tener al menos 17-1/2 años de edad (tiene que tener 18 años cumplidos para poder votar)
- no estar bajo libertad condicional o supervisada después de una condena de un delito grave, hasta tanto finalice dicha libertad condicional o supervisada
- no haber sido condenado de un delito grave o de un delito menor vinculado al derecho al sufragio
- no haber sido declarado mentalmente incompetente por ningún tribunal
- no estar recluido bajo sentencia de encarcelamiento

**Dirección postal:**
Secretary of State
P.O. Box 1767
Jefferson City, MO 65102-1767

## Montana

**Revisado: 15-03-2022**

**Fecha límite de inscripción:** la inscripción regular se cierra 30 días antes de la elección. Un posible elector puede inscribirse o cambiar la información del votante del elector existente después del cierre de la inscripción regular y ser elegible para votar en la elección si el administrador de la elección en el condado donde reside el elector recibe y verifica la información de inscripción del votante del elector antes del mediodía del día anterior de la elección.

**6. Número de identificación.** Debe proporcionar el número de la licencia de conducir válida de Montana (MT), el número de tarjeta de identificación (ID) de MT, o los últimos cuatro dígitos de su número de seguro social (SSN). Si no puede proporcionar los formularios de identificación anteriores, puede presentar un pasaporte de Estados Unidos, una tarjeta de identificación tribal de Montana, una tarjeta de identificación militar o un permiso para portación de armas de Montana al inscribirse; o enviar una identificación fotográfica, incluidas, entre otras, la identificación fotográfica de la escuela del distrito o de educación universitaria con su nombre y una factura de servicios públicos, declaración bancaria, cheque de pago, cheque del gobierno u otro documento gubernamental actual que exhiba su nombre y dirección actuales. *Para obtener información sobre la identificación de inscripción de votantes, visite https://sosmt.gov/voter-id/voter-registration-id-options/

**7. Selección de partido político.** Montana no requiere inscripción en un partido político para participar en elecciones.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Montana tiene que:
- ser ciudadano de Estados Unidos

- tener al menos 18 años de edad para el día de las elecciones
- ser residente de Montana y del condado en el que desea votar por al menos 30 días antes de las próximas elecciones
- no estar en una institución penal por haber sido condenado de un delito grave
- no haber sido determinado mentalmente enfermo en la actualidad por ningún tribunal
- cumplir con estos requisitos en la fecha de las próximas elecciones si no las cumple en la actualidad

**Dirección postal:**
Envíe por correo su formulario de inscripción completo a la oficina electoral local de su condado. La información de contacto del condado puede encontrarse en el sitio web del Secretario de estado de Montana: Election-Officials-Master-Email-List (sosmt.gov). Si tiene dificultades para encontrar la oficina electoral de su condado, comuníquese con la División de Servicios de Votantes y Elecciones del Secretario de estado de Montana para obtener ayuda al (888) 884-8683 o (406) 444-9608, o por correo electrónico a oselections@mt.gov. (Nota: Las inscripciones pueden enviarse a la oficina del Secretario de estado de Montana; sin embargo, para evitar posibles demoras, recomendamos que entregue su solicitud de inscripción de votante completa directamente a la oficina electoral de su condado).
Oficina del Secretario de estado
P.O. Box 202801
Helena, MT 59620-2801

## Nebraska

**Revisado: 08-03-2018**

**Fecha límite de inscripción —** El tercer viernes anterior a las elecciones (o entregada a más tardar a las 6 p.m. del segundo viernes anterior a las elecciones).

# Instrucciones de los Estados

**6. Número de identificación.** Tiene que proporcionar su número de licencia de conducir de Nebraska. Si usted no tiene un número de licencia de conducir de Nebraska, tendrá que proporcionar las últimas cuatro cifras de su número del Seguro Social.

**7. Selección de partido político.** Tiene que inscribirse en un partido si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse para votar en Nebraska tiene que:
- ser ciudadano de Estados Unidos
- ser residente de Nebraska
- tener al menos 18 años de edad o haber cumplido los 18 años de edad para el primer martes posterior al primer lunes del mes de noviembre
- no haber sido condenado por un delito grave, o, si se lo condenó, que hayan pasado al menos dos años desde que cumplió la sentencia por delito grave, incluido cualquier plazo de libertad condicional
- no haber sido determinado mentalmente incompetente oficialmente

**Dirección postal:**
Nebraska Secretary of State
Suite 2300, State Capitol Bldg.
Lincoln, NE 68509-4608

## Nevada

**Revisado: 01-05-2020**

**Fecha límite de inscripción —** La fecha límite para la inscripción de votantes por correo o en persona es el cuarto martes antes de cualquier elección primaria o general. Esta es la fecha en la que: (1) la solicitud de inscripción de votantes por correo debe llevar el matasello fechado; o (2) una persona debe presentarse en la oficina del Secretario del condado/Secretario a cargo del Registro de votantes. La fecha límite para la inscripción de votantes

en línea en www.RegisterToVoteNV.gov es el jueves anterior a las elecciones primarias o generales. Los votantes elegibles que no cumplan con las fechas límites de inscripción para votantes podrán inscribirse para votar en persona en la mesa electoral, ya sea durante la votación anticipada o el día de las elecciones.

**6. Número de identificación.** Debe proporcionar un número de licencia de conducir de Nevada o un número de tarjeta de identificación de Nevada si el Departamento de Vehículos Motorizados (DMV) le ha otorgado uno. Si no tiene una licencia de conducir válida de Nevada o una tarjeta de identificación de Nevada, tiene que proporcionar los últimos cuatro dígitos de su número del Seguro Social (SSN). Si no tiene una licencia de conducir válida de Nevada, una tarjeta de identificación de Nevada o un número del Seguro Social, comuníquese con el Secretario de su condado/Secretario a cargo del Registro de votantes para que le asigne una identificación única.

**7. Selección de partido político.** Debe inscribirse en un partido político importante si desea participar en las elecciones primarias, el comité o la convención de ese partido. Si se inscribe en un partido político menor o como no partidario, recibirá un voto no partidista para las elecciones primarias.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse para votar en Nevada, usted tiene que reunir los siguientes requisitos:
- Ser ciudadano de los Estados Unidos.
- Haber cumplido los 18 años de edad el día de las próximas elecciones.
- Haber residido continuamente en el Estado de Nevada, en su condado, al menos 30 días y en su distrito electoral al menos 10 días antes de las próximas elecciones.

- No debe estar cumpliendo actualmente una pena de prisión por la condena de un delito grave.
- No ser declarado mentalmente incompetente por un tribunal de justicia.
- No reclamar ningún otro lugar como su residencia legal.

**Preinscripción para las personas de 17 años de edad:** Las personas que tienen 17 años o más, pero menos de 18 años, y cumplen con todos los demás requisitos para votar en Nevada pueden inscribirse previamente para votar mediante cualquiera de los medios disponibles para que una persona se inscriba para votar. Una persona que se inscribe previamente para votar se convierte automáticamente en un votante inscrito cuando cumple 18 años.

**Condenas por delitos graves:** A los residentes de Nevada que sean condenados por un delito grave se les restituirá inmediatamente el derecho a votar cuando salgan de prisión. La persona no debe cumplir con ningún período de espera ni debe realizar ninguna acción. La restitución del derecho de voto es automática e inmediata al momento en que la persona sale de prisión, sin importar la categoría del delito cometido o si la persona sigue en libertad condicional o supervisada. Puede encontrar más información sobre la restitución de los derechos de voto en el sitio web del Secretario de estado de Nevada en: www.nvsos.gov.

**Dirección postal:**
Secretary of State
Elections Division
101 North Carson Street
Suite 3
Carson City, NV 89701-4786

Las solicitudes de inscripción de votantes pueden entregarse en la oficina del Secretario de estado en la dirección indicada anteriormente, pero para evitar posibles demoras, le recomendamos que entregue su

# Instrucciones de los Estados

solicitud de inscripción de votantes completa directamente al funcionario electoral local de su condado.

**Direcciones locales del condado:** Para cumplir con las fechas límite de la inscripción, especialmente durante las dos semanas anteriores a la fecha límite de inscripción de votantes por correo, debe entregar las solicitudes de inscripción de votantes completas a su respectivo Secretario del condado/Secretario a cargo del Registro de votantes. En el sitio web del Secretario de estado de Nevada hay una lista completa de los Secretarios del condado y los Secretarios a cargo del Registro de votantes: www.nvsos.gov.

## Nueva Hampshire

**Revisado: 01-03-2006**

**Fecha límite de inscripción** — Los secretarios municipales de New Hampshire aceptan esta solicitud sólo como pedido de su propio formulario de inscripción de votante ausente por correo, el cual debe entregar a su secretario municipal en el plazo de 10 días antes de las elecciones.

Los secretarios municipales de New Hampshire aceptan esta solicitud sólo como pedido de su propio formulario de inscripción de votante ausente por correo. Usted debe completar sólo la Casilla 1 y la Casilla 2 ó 3.

Debe enviar la solicitud a su secretario municipal correspondiente a su código postal. Esas direcciones figuran en el sitio web del Secretario de Estado en www.state.nh.us/sos/clerks.htm.

Se debe enviar con tiempo suficiente para que su secretario municipal le envíe su propio formulario y usted se lo devuelva en el plazo de 10 días

## Nueva Jersey

**Revisado: 28-03-2008**

**Fecha límite de inscripción** — 21 días antes de las elecciones.

**6. Número de identificación.** Para inscribirse como votante se requiere que proporcione las últimas cuatro cifras de su número del Seguro Social O el número de su licencia de conducir de Nueva Jersey. Si no posee ninguna de esas identificaciones, escriba "NONE" (NINGUNO) en el formulario. El estado le asignará un número para los fines de inscribirse para votar.

**7. Selección de partido político.** El formulario de inscripción de votantes de Nueva Jersey no contiene una casilla para indicar afiliación a un partido político. Los votantes que se inscriben por primera vez o los votantes que nunca votaron en las elecciones primarias de un partido político pueden declarar afiliación a un partido político en la mesa electoral el día de las elecciones primarias. En nueva Jersey sólo se celebran elecciones primarias para los partidos Demócrata y Republicano. Los votantes también pueden presentar un formulario de declaración de partido político para pasar a ser miembros de un partido político. Si un votante que declaró afiliación a un partido político desea cambiar su afiliación, para poder votar tiene que presentar un formulario de declaración de partido político 50 días antes de las elecciones primarias.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Nueva Jersey tiene que:
• ser ciudadano de Estados Unidos
• tener al menos 18 años de edad el día de las próximas elecciones
• ser residente de este estado y del condado correspondiente a su dirección al menos 30 días antes de las próximas elecciones
• no estar cumpliendo una condena ni estar bajo libertad condicional o supervisada por haber sido condenado de un delito por el que se

lo puede acusar formalmente bajo las leyes de este estado, de otro estado o de Estados Unidos

**Dirección postal:**
New Jersey Department of Law and Public Safety
Division of Elections
P.O. BOX 304
Trenton, NJ 08625-0304

## Nuevo México

**Revisado: 01-03-2006**

**Fecha límite de inscripción** — 28 días antes de las elecciones.

**6. Número de identificación.** Se requiere su número completo del Seguro Social. Esta tarjeta de inscripción con su número del Seguro Social pasará a formar parte de los datos permanentes de inscripción de votantes de su localidad, que se hallan disponibles para inspección del público en la oficina del secretario de condado Sin embargo, su número del Seguro Social y su fecha de nacimiento permanecerán confidenciales y no se revelarán al público. Las listas computarizadas de información limitada de inscripción de votantes (sin el número del Seguro Social o la fecha de nacimiento) se hallan a disposición del público en general y si las solicitan, se entregan a titulares de cargos sujetos a elección, a candidatos, partidos políticos, tribunales y organizaciones sin fines de lucro que promueven la participación e inscripción de votantes, sólo para fines políticos (§1-5-19B, NMSA 1978).

**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido.

**8. Raza o grupo étnico.** Deje en blanco.

# Instrucciones de los Estados

**9. Firma.** Para inscribirse en Nuevo México tiene que:
• ser ciudadano de Estados Unidos
• ser residente del estado de Nuevo México
• tener al menos 18 años de edad el día de las próximas elecciones
• no haberle sido denegado el derecho al voto por un tribunal de justicia por motivo de incapacidad mental y el votante deberá afirmar que si le condenaron por un delito grave, ha completado todas las condiciones de libertad condicional o supervisada, ha cumplido toda la sentencia o ha recibido perdón del gobernador.

**Dirección postal:**
Bureau of Elections
325 Don Gaspar, Suite 300
Santa Fe, NM 87503

## Nueva York

Revisado: 06-19-2014

**Fecha límite de inscripción** — 25 días antes de las elecciones.

**6. Número de identificación.** La ley federal requiere que proporcione el número de su licencia de conducir para inscribirse para votar. Si no tiene una licencia de conducir, tiene que proporcionar al menos las últimas cuatro cifras de su número del Seguro Social. Si no tiene ninguno de los dos, escriba "NONE" (NINGUNO) en el formulario. Su estado le asignará un número de identificación exclusivo.
**7. Selección de partido político.** Se tiene que inscribir en un partido político si desea participar en las elecciones primarias o en la asamblea local (caucus) de ese partido.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Nueva York tiene que:
• ser ciudadano de Estados Unidos
• ser residente del condado o de la Ciudad de Nueva York, al menos 30 días antes de las elecciones

• tener al menos 18 años de edad para el 31 de diciembre del año en que presente este formulario (*Nota*: Tiene que tener 18 años en la fecha de las elecciones generales, primarias o de otras elecciones en las que desee votar)
• no estar encarcelado ni bajo libertad supervisada por haber sido condenado de un delito grave
• no haber sido juzgado mentalmente incompetente por un tribunal con autoridad judicial competente
• no reclamar el derecho al voto en ningún otro lugar

**Dirección postal:**
NYS Board of Elections
40 North Pearl Street, Suite 5
Albany, NY 12207-27298

## Carolina del Norte

Revisado: 01-03-2006

**Fecha límite de inscripción** — Tiene que tener matasellos fechado 25 días antes de las elecciones o recibido en la oficina electoral o en la entidad designada para inscripción de votantes a más tardar a las 5 p.m. 25 días antes de las elecciones.

**6. Número de identificación.** Proporcione el número de su licencia de conducir de Carolina del Norte o el número de identificación del Departamento de Vehículos de Motor de Carolina del Norte. Si no tiene licencia de conducir, escriba las últimas cuatro cifras de su número del Seguro Social.
**7. Selección de partido político.** Se tiene que inscribir en un partido político para votar en las elecciones primarias de dicho partido, a menos que ese partido permita que votantes no afiliados voten en sus elecciones primarias. Si indica un partido político que no es un partido político calificado, o si no indica ningún partido político, figurará como "No afiliado".

**8. Raza o grupo étnico.** Se le requiere llenar esta casilla. Sin embargo, si no lo hace no se rechazará su solicitud. Vea la lista de opciones en las Instrucciones para la solicitud correspondientes a la Casilla 8 (en la página 2).
**9. Firma.** Para inscribirse en Carolina del Norte tiene que:
• ser ciudadano de Estados Unidos
• ser residente de Carolina del Norte y del condado en que vive por al menos 30 días antes de las elecciones
• tener al menos 18 años de edad para el día de las próximas elecciones generales
• tener sus derechos de ciudadanía restituidos si lo condenaron de un delito grave
• no estar inscrito ni votar en ningún otro condado o estado

**Dirección postal:**
State Board of Elections
P.O. Box 27255
Raleigh, NC 27611-7255

## Dakota del Norte

Revisado: 01-03-2006

Dakota del Norte no tiene inscripción de votantes.

## Ohio

Revisado: 01-03-2006

**Fecha límite de inscripción** — 30 días antes de las elecciones.

**6. Número de identificación.** Se le solicita su número del Seguro Social. Proporcionar este número es voluntario. Esta información permite que la Junta de Elecciones verifique su inscripción si es necesario (O.R.C. 3503.14). [La ley federal requiere que proporcione el número de su licencia de conducir para votar. Si no tiene una licencia de conducir, tiene que proporcionar al menos las últimas cuatro cifras de su número del Seguro

# Instrucciones de los Estados

Social. Si no tiene ninguno de los dos números, tendrá que escribir "NONE" (NINGUNO) en el formulario y el estado le asignará un número].

**7. Selección de partido político.** No tiene que inscribirse en un partido político si desea participar en las elecciones primarias de ese partido. La afiliación a un partido político se establece votando en elecciones primarias.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Ohio tiene que:

• ser ciudadano de Estados Unidos
• ser residente de Ohio
• tener al menos 18 años de edad para el día de las elecciones. Si tendrá 18 años para el día de las elecciones generales, podrá votar en las elecciones primarias únicamente por candidatos.
• no haber sido convicto por un delito grave y en la actualidad estar encarcelado
• no haber sido declarado mentalmente incompetente por ningún tribunal para los fines de votación

**Dirección postal:**
Secretary of State of Ohio
Elections Division
180 E. Broad Street — 15th Floor
Columbus, OH 43215

## Oklahoma

**Actualizado el 15-03-2022**

**Fecha límite de inscripción** — 25 días antes de las elecciones.

**6. Número de identificación.** Debe proporcionar el número de la licencia de conducir válida de Oklahoma, el número de tarjeta de identificación emitida por el estado, o los últimos cuatro dígitos de su número de seguro social.

**7. Selección de partido político.** Debe inscribirse en un partido si desea participar en las elecciones primarias de ese partido. En el sitio web de la Junta electoral del estado de Oklahoma se encuentra disponible

una lista actualizada de los partidos políticos reconocidos. Los partidos reconocidos pueden permitir que los votantes inscritos sin afiliación a un partido político participen en las elecciones primarias a criterio del partido. Puede encontrar una lista de los partidos políticos reconocidos y una lista de los partidos que permitan a los votantes sin afiliación a un partido político votar en las elecciones primarias en:
https://oklahoma.gov/elections/voter-registration/political-party-info.html.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse para votar en Oklahoma, usted tiene que reunir los siguientes requisitos:

• Debe ser ciudadano de Estados Unidos y residente del estado de Oklahoma.
• Debe tener 18 años de edad para el día de las próximas elecciones. Puede inscribirse previamente si tiene al menos 17 ½ años de edad, pero la inscripción como votante no se activará hasta que cumpla los 18 años de edad.
• Si ha sido condenado por un delito grave, debe haber cumplido completamente la sentencia de días calendario ordenados por el tribunal, incluido cualquier plazo de encarcelación, libertad condicional o supervisión, o haber completado un período de libertad condicional ordenado por algún tribunal.
• No debe ser juzgado como una persona incapacitada o una persona parcialmente incapacitada a la que se le haya prohibido inscribirse para votar.
• Las solicitudes deben estar firmadas y fechadas por el solicitante. La firma debe ser el autógrafo o la marca originales y manuscritos del solicitante. No será válida ninguna copia, reproducción, o firma, autógrafo o marca mecanografiados o de otro tipo sustitutivo. Es ilegal firmar una Solicitud de inscripción de votantes de Oklahoma a nombre de otra persona.

**Dirección postal:**
Oklahoma State Election Board
Box 528800
Oklahoma City, OK 73152-8800

También puede completar una solicitud de inscripción de votantes en línea usando el "asistente del portal OK Voter: https://okvoterportal.okelections.us/Home/RegWizard (Las solicitudes deben imprimirse, firmarse y enviarse por correo 122o entregarse a mano en el Comité electoral estatal o del condado para completar el proceso).

## Oregón

**Actualizado: 10-10-2021**

**Fecha límite de inscripción** — 21 días antes de las elecciones.

**6. Número de identificación.** A fin de reunir los requisitos para votar en las elecciones de Oregón, debe proporcionar un número de licencia de conducir, permiso o identificación válidos de Oregón. Si no tiene una identificación emitida por el estado de Oregón, tendrá que proporcionar al menos los últimos cuatro dígitos de su número de seguro social. Si no tiene ninguno de los dos, tendrá que escribir "NINGUNO" en el formulario.

**7. Selección de partido político.** En muchos casos, debe inscribirse en un partido si desea participar en las elecciones primarias de ese partido. Si no es miembro de un partido o si deja este espacio en blanco, será inscrito como votante no afiliado.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Oregón, usted tiene que reunir los siguientes requisitos:

• Ser ciudadano de los Estados Unidos.
• Ser residente de Oregón.
• Tener al menos 16 años de edad al momento de inscribirse. Si aún no tiene 18 años, no recibirá una

# Instrucciones de los Estados

papeleta de votación hasta que se celebren unas elecciones en el momento de cumplir los 18 años o después.

**Dirección postal:**
Oregon Elections Division
Public Service Building, Suite 501
255 Capital St. NE
Salem, OR 97310

Inscríbase o realice cambios en su inscripción en línea — www.oregonvotes.gov.

## Pensilvania

**Revisado: 01-05-2020**

**Fecha límite de inscripción** — 15 días antes de una elección primaria.

**6. Número de identificación.** Debe proporcionar un número de licencia de conducir, si tiene. Si no tiene un número de licencia de conducir, tiene que proporcionar los <u>últimos cuatro dígitos</u> de su número del Seguro Social. Si no tiene ninguna forma de identificación, escriba "NONE" (NINGUNO) en el cuadro.
**7. Selección de partido político.** Debe inscribirse en uno de los principales partidos si desea participar en las elecciones primarias de ese partido.
**8. Raza o grupo étnico.** Se le solicita que llene esta casilla. Vea la lista de opciones en las Instrucciones para la solicitud correspondientes a la Casilla 8 (en la página 2).
**9. Firma.** Para inscribirse en Pensilvania tiene que:
• ser ciudadano de Estados Unidos al menos un mes antes de las próximas elecciones
• ser residente de Pensilvania y de su distrito electoral al menos treinta días antes de las elecciones
• tener al menos 18 años de edad para el día de las próximas elecciones

**Dirección postal:**
Office of the Secretary of the Commonwealth

210 North Office Bldg.
Harrisburg, PA 17120-0029

También debe inscribirse en línea en register.votespa.com.

## Rhode Island

**Revisado: 03-09-2019**

**Fecha límite de inscripción** — 30 días antes de las elecciones.

**6. Número de identificación.** El solicitante deberá proporcionar su licencia de conducir de Rhode Island o su número de identificación estatal si se le ha expedido una identificación estatal o licencia de conducir de Rhode Island actual y válida. En el caso de un solicitante que no haya recibido una identificación estatal o licencia de conducir actual y válida, debe proporcionar las últimas cuatro (4) cifras de su número de seguro social. El Estado de Rhode Island asignará un número de identificación único al solicitante que no tenga ninguno de los dos documentos.
**7. Selección de partido político.** En Rhode Island, una persona debe inscribirse en un partido si desea participar en las elecciones primarias de ese partido. Toda persona que no se inscriba en un partido en el momento de la inscripción podrá, si así lo desea, inscribirse en un partido el día de las elecciones primarias de ese partido y participar en ellas. Si una persona no se inscribe en un partido, todavía puede votar en las elecciones generales y en las elecciones primarias no partidarias.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Rhode Island tiene que:
• ser ciudadano de Estados Unidos
• haber sido residente de Rhode Island los 30 días anteriores a las próximas elecciones
• tener al menos 16 años de edad (usted debe tener 18 años para votar)

• no estar encarcelado actualmente en una institución correccional por un delito grave
• no haber sido declarado legalmente incapacitado mental por un tribunal de justicia

**Dirección postal:**
Rhode Island State Board of Elections
50 Branch Ave.
Providence, RI 02904-27900

## Carolina del Sur

**Revisado: 5/1/2021**

**Fecha límite de inscripción** — 30 días antes de la elección

**6. Número de identificación.**
Debe proporcionar al menos los últimos cuatro dígitos de su número de seguro social. Puede proporcionar su número de seguro social completo en forma voluntaria. El número de seguro social no aparece en ningún informe redactado por la Comisión electoral estatal, ni se divulga a ningún individuo no autorizado. (Carolina del Sur Título 7-5-170)
**7. Selección de partido político.** No está obligado a inscribirse en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.
**8. Raza o grupo étnico.** Se le requiere llenar esta casilla. Su solicitud se podrá rechazar si no lo hace. Vea la lista de opciones en las Instrucciones para la solicitud correspondientes a la Casilla 8 (en la página 2).
**9. Firma.** Para inscribirse en Carolina del Sur tiene que:
• ser ciudadano de Estados Unidos
• tener al menos 18 años de edad para la fecha de las próximas elecciones
• ser residente de Carolina del Sur, su condado y precinto

# Instrucciones de los Estados

• no estar recluido en ninguna prisión pública por haber sido condenado de un delito
• jamás haber sido condenado de un delito grave o de una contravención de las leyes electorales o si lo condenaron anteriormente, haber cumplido su sentencia completa, incluyendo la libertad supervisada o condicional o haber recibido perdón por la condena
• no estar bajo una orden de tribunal en la que se lo declare mentalmente incompetente
• indicar la dirección en la solicitud como su único lugar de residencia legal y no indicar ningún otro lugar como su residencia legal

**Dirección postal:**
State Election Commission
P.O. Box 5987
Columbia, SC 29250-5987

## Dakota del Sur

**Actualizado: 10-10-2021**

**Fecha límite de inscripción —** Recibida 15 días antes de las elecciones.

**6. Número de identificación.** Toda persona que se inscriba para votar deberá proporcionar el número de licencia de conducir válida de Dakota del Sur o un número de identificación de Dakota del Sur que no sea de la licencia de conducir en el formulario de inscripción de votantes. Si una persona no tiene una licencia de conducir válida de Dakota del Sur o un número de identificación de Dakota del Sur que no sea de la licencia de conducir, deberá proporcionar los últimos cuatro dígitos de su número de seguro social en el formulario de inscripción de votantes. Si una persona no tiene una licencia de conducir válida de Dakota del Sur, un número de identificación de Dakota del Sur que no sea de la licencia de conducir, o un número de seguro social, solo puede inscribirse en la oficina del auditor del condado y deberá firmar una declaración que

verifique el hecho de que no reúne estos requisitos.
Ley Codificada de Dakota del Sur 12-4-5.4

**7. Selección de partido político.** Si actualmente está inscrito para votar y deja en blanco el campo de selección de partido político, permanecerá inscrito con su afiliación actual. Si no está actualmente inscrito para votar y deja en blanco el campo de selección de partido político, será inscrito como votante independiente/sin afiliación a un partido político, que no es un partido político en Dakota del Sur.
Ley Codificada de Dakota del Sur 12-4-15,12-6-26

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Dakota del Sur, usted tiene que reunir los siguientes requisitos:
• Ser ciudadano de los Estados Unidos.
• Residir en Dakota del Sur.
• Tener al menos 18 años el día de las próximas elecciones.
• No estar cumpliendo una sentencia por la condena de un delito grave, que incluya encarcelamiento, cumplido o suspendido, en un sistema penitenciario para adultos
• No haber sido declarado incapacitado mental por un tribunal de justicia.
Ley Codificada de Dakota del Sur 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, Constitución de Dakota del Sur, Artículo VII, Sección 2

**Dirección postal:**
Elections, Secretary of State
500 E. Capitol
Pierre, SD 57501-5070

## Tennessee

**Revisado: 01-05-2020**

**Fecha límite de inscripción —** 30 días antes de las elecciones

**6. Número de identificación.** Se requiere su número completo del Seguro Social, si tiene uno, para fines de

identificación y para evitar duplicación de inscripción (TCA 2.2.116).

**7. Selección de partido político.** No tiene que inscribirse en un partido político para participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Opcional.

**9. Firma.** Para inscribirse en Tennessee, usted tiene que reunir los siguientes requisitos:
• ser ciudadano de los Estados Unidos.
• ser residente de Tennessee.
• tener al menos 18 años el día de las próximas elecciones.
• no haber sido condenado por un delito grave, pero en caso de haber sido condenado, su elegibilidad para inscribirse y votar depende del delito por el que fue condenado y de la fecha de la condena. Para obtener más información sobre este proceso, llame al 877-850-4959 o visite https://sos.tn.gov/restoration. Si su condena ha sido anulada, no se considerará que tenga una condena por delito grave.
• no haber sido declarado incompetente por un tribunal de jurisdicción competente (a menos que le hayan restituido su capacidad legal).

**Dirección postal:**
Tennessee Tower, Seventh Floor
312 Rosa L. Parks Ave.
Nashville, TN 37243-1102

## Texas

**Revisado: 01-03-2006**

**Fecha límite de inscripción —** 30 días antes de las elecciones.

**6. Número de identificación.** Se requiere el número de su licencia de conducir para inscribirse para votar. Si no tiene licencia de conducir, se requiere al menos las últimas cuatro cifras de su número del Seguro Social. Si no tiene ninguno de los dos, escriba "NONE" (NINGUNO) en el

# Instrucciones de los Estados

formulario. El estado le asignará un número de identificación exclusivo.

**7. Selección de partido político.** No tiene que inscribirse en un partido político para participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Texas tiene que:

• ser ciudadano de Estados Unidos
• ser residente del condado en que presenta la solicitud de inscripción
• tener al menos 17 años y 10 meses de edad (tiene que tener 18 años de edad para votar)
• no haber recibido condena final de un delito grave o si se lo ha condenado de un delito grave, tiene que haber completado la totalidad de su castigo, incluyendo encarcelamiento, libertad condicional, supervisión o período de libertad condicional o haber recibido un perdón.
• no haber sido declarado mentalmente incompetente por fallo final de un tribunal con jurisdicción competente

**Dirección postal:**
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

## Utah

**Revisado:** 19-09-2019

**Fecha límite de inscripción —** Las fechas límite de inscripción varían:
**Correo:** los formularios de inscripción deben llevar el matasello fechado o estar marcados como recibidos por la Oficina Postal 30 días antes de la elección.
**Personalmente:** los formularios de inscripción pueden dejarse en la oficina del secretario del condado 7 días antes de la elección.
**En línea:** las inscripciones deben presentarse 7 días antes de la elección. Requiere una licencia

de conducir válida de Utah o una identificación válida de Utah.

**El mismo día:** los votantes pueden inscribirse en las mesas electorales durante el período de votación anticipada o el Día de las Elecciones al completar un voto provisional.

**6. Número de identificación.** Su formulario de inscripción de votante completo debe contener uno de los siguientes datos: un número de licencia de conducir de Utah, un número de identificación del estado de Utah o los últimos cuatro dígitos de su número del seguro social. Si no tiene una licencia de conducir de Utah o una tarjeta de identificación del estado de Utah, escriba "Ninguno" en el espacio designado y complete los últimos cuatro dígitos de su número del seguro social.

**7. Selección de partido político.** No se requiere declaración de partido político para inscribirse para votar. Sin embargo, la ley de elecciones de Utah permite que cada partido político determine a quiénes permitirá votar en sus elecciones primarias. Si no se afilia a un partido político, podrá estar restringido en su votación en las elecciones primarias.

**8. Raza o grupo étnico.** Deje en blanco.

**9. Firma.** Para inscribirse en Utah, usted tiene que reunir los siguientes requisitos:

• Ser ciudadano de Estados Unidos.
• Haber residido en Utah durante 30 días inmediatamente antes de las próximas elecciones.
• Tener al menos 18 años de edad para la fecha de las próximas elecciones (las personas de 16 y 17 años de edad pueden inscribirse previamente para votar; si una persona de 17 años habrá cumplido los 18 años de edad para el día de las próximas elecciones generales, puede inscribirse previamente y votar en las elecciones primarias).
• No ser un delincuente convicto actualmente encarcelado por la comisión de un delito grave.

• No estar condenado por traición o delito contra el derecho al voto, a menos que se restablezcan los derechos civiles.
• No haber sido declarado mentalmente incapacitado por un tribunal de justicia.
• Residir actualmente dentro del distrito electoral en el que se inscribe para votar.

**Dirección postal:**
Office of the Lieutenant
Governor
P.O. Box 142325
Salt Lake City, UT 84114

## Vermont

**Revisado:** 19-09-2019

**Fecha límite de inscripción —** Su inscripción enviada por correo debe recibirse en la oficina del secretario el último día de atención del secretario antes de las elecciones. Vermont cuenta con una inscripción de votantes en las mesas electorales el día de las elecciones, así como con una inscripción de votantes en línea. Para inscribirse en línea, ingrese a https://olvr.sec.state.vt.us.

**6. Número de identificación.** Debe proporcionar el número de su licencia de conducir de Vermont y si no tiene una licencia de conducir, las últimas cuatro cifras de su número del Seguro Social. Si no tiene ni una licencia de conducir de Vermont ni un número del Seguro Social, escriba "NONE" (NINGUNO) en el formulario. La oficina del secretario de estado le asignará un número de identificación exclusivo.

**7. Selección de partido político.** Vermont no requiere inscripción en un partido político para participar en elecciones.

**8. Raza o grupo étnico.** No es obligatorio.

**9. Firma.** Para inscribirse en Vermont tiene que:

• ser ciudadano de Estados Unidos

# Instrucciones de los Estados

• ser residente de Vermont
• tener 18 años de edad para el día de las elecciones
• haber afirmado el siguiente juramento: Jura (o afirma) solemnemente que cuando emita su voto o sufragio sobre cualquier tema que concierna al estado de Vermont, lo hará de manera tal que en su conciencia juzgará que será lo más conducente al mayor bien del mismo, según se halla establecido en la Constitución, sin temor a ni favor hacia ninguna persona [Juramento de votante, Constitución de Vermont, Capítulo II, Sección 42]
Usted atesta que has jurado o afirmado el juramento de votante de Vermont firmando el número 9.

**Dirección postal:**
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

**Revisado: 30-11-2011**

**Fecha límite de inscripción —** Entregada 22 días antes de las elecciones.

**6. Número de identificación.** Se requiere su número completo del Seguro Social. Su número del Seguro Social aparecerá en informes producidos sólo para uso oficial de los funcionarios de inscripción de votantes y electorales y por los tribunales para fines de selección de jurados. Artículo II, §2, Constitución de Virginia (1971).
**7. Selección de partido político.** No tiene que inscribirse en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Virginia tiene que:
• ser ciudadano de Estados Unidos

• ser residente de Virginia y del precinto en que desea votar
• tener 18 años de edad para las elecciones generales de los próximos meses de mayo o noviembre
• no haber sido declarado culpable de un delito grave, a menos que sus derechos civiles hayan sido restituidos
• no haber sido declarado mentalmente incompetente por ningún tribunal

**Dirección postal:**
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

**Revisado: 19-09-2019**

**Fecha límite de inscripción —** los formularios de inscripción en línea y por correo deben ser recibidos por un funcionario electoral a más tardar 8 días antes de las elecciones. Inscríbase personalmente en cualquier momento durante el horario laboral y antes de las 8:00 p. m. del Día de las Elecciones.

**6. Número de identificación.** Debe proporcionar su número de licencia de conducir o de su tarjeta de identificación de Washington. Si no tiene una licencia de conducir o tarjeta de identificación de Washington, tiene que dar las últimas cuatro cifras de su número del seguro social. Si no proporciona esta información, es posible que su formulario de inscripción no pueda procesarse.
**7. Selección de partido político.** No está obligado designar afiliación a un partido político para inscribirse en Washington.
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Washington, usted tiene que reunir los siguientes requisitos:
• Ser ciudadano de Estados Unidos.

• Ser residente legal del estado de Washington, su condado y distrito electoral durante los 30 días inmediatamente anteriores a la elección en la que desea votar.
• Tener al menos 18 años de edad para el Día de las Elecciones.
• No estar bajo la supervisión del Departamento Correccional por la condena de un delito grave en Washington.
• Las personas de 16 y 17 años pueden inscribirse como Futuros Votantes y ser inscritos automáticamente para votar cuando cumplan 18 años.

**Dirección postal:**
Secretary of State
Elections Division
P.O. Box 40229
Olympia, WA 98504-0229

## Virginia Occidental

**Revisado: 12-09-2006**

**Fecha límite de inscripción —** 21 días antes de las elecciones.

**6. Número de identificación.** Se requiere el número de su licencia de conducir para inscribirse para votar. Si no tiene licencia de conducir, se requiere al menos las últimas cuatro cifras de su número del Seguro Social. Si no tiene ninguno de los dos, escriba "NONE" (NINGUNO) en el formulario. El estado le asignará un número de identificación exclusivo.
**7. Selección de partido político.** Tiene que inscribirse en un partido político si desea participar en las elecciones primarias, en la asamblea local (caucus) o en la convención de ese partido político (a menos que solicite la papeleta de un partido que permite el voto de los que se inscribieron para votar como independientes)
**8. Raza o grupo étnico.** Deje en blanco.
**9. Firma.** Para inscribirse en Virginia Occidental tiene que:

# Instrucciones de los Estados

• ser ciudadano de Estados Unidos
• residir en Virginia Occidental en la dirección provista en la solicitud
• tener 18 años de edad o para votar en las elecciones primarias, tener 17 años de edad y cumplir los 18 años antes de las elecciones generales
• no estar bajo condena, libertad condicional o libertad supervisada por haber cometido un delito grave, traición o soborno electoral
• no haber sido declarado "mentalmente incompetente" por ningún tribunal con jurisdicción competente

**Dirección postal:**
Secretary of State
Building 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0770

## Wisconsin

**Revisado: 31-08-2018**

**Fecha límite de inscripción —** Matasellada al menos 20 días antes de la elección, o completada en la oficina del secretario del pueblo, del pueblito o de la ciudad hasta las 5 p. m. del viernes antes de las elecciones; o completada en la mesa electoral el día de las elecciones. **Wisconsin también permite la inscripción de votantes en línea –** Visite el sitio web https://myvote. wi.gov hasta 20 días antes de las elecciones si el votante tiene una tarjeta de identificación emitida por el estado o una licencia de conducir actual y válida de Wisconsin.

**2. Domicilio particular.** Junto con su formulario de inscripción de votante, debe enviar un documento de prueba de residencia con su nombre y apellido completo y dirección residencial, como una copia de su tarjeta de identificación emitida por el estado o licencia de conducir actual y válida de Wisconsin, factura de impuestos sobre bienes raíces, factura de servicios públicos de no más de 90

días de antigüedad, estado de cuenta bancaria, cheque de pago o talón de pago, o un cheque o documento emitido por una unidad de gobierno. En http://elections.wi.gov, podrá encontrar una lista completa.
**6. Número de identificación.** Proporcione su número de tarjeta de identificación emitida por el Departamento de Transporte (DOT) o licencia de conducir de Wisconsin. Si no tiene una tarjeta de identificación o licencia de conducir emitida por el DOT actual y válida, proporcione los últimos cuatro dígitos de su número de seguro social.
**7. Selección de partido político.** No es obligatorio.
**8. Raza o grupo étnico.** No es obligatorio.
**9. Firma.** Para inscribirse en Wisconsin, usted tiene que reunir los siguientes requisitos:
• ser ciudadano de los Estados Unidos.
• ser residente de Wisconsin y haber residido en la dirección de inscripción durante al menos 10 días.
• tener al menos 18 años.
• no haber sido condenado por traición, un delito grave o soborno o, en caso de haber sido condenado, sus derechos civiles tienen que haber sido restituidos después de haber cumplido su sentencia o indulto.
• no haber sido declarado por un tribunal incapaz de entender el objetivo del proceso electoral.
• no realizar ni beneficiarse de una apuesta según el resultado de una elección.
• no haber votado en ningún otro lugar en la misma elección.

**Dirección postal:**
Envíe por correo su formulario de inscripción completo y una copia de su documento de prueba de residencia a la oficina del secretario municipal. Puede encontrar a su secretario municipal aquí:
https://myvote.wi.gov/en-US/ MyMunicipalClerk

Si no puede encontrar la dirección de su secretario municipal, puede enviarlo por correo a:
Comisión de Elecciones de Wisconsin
212 East Washington Avenue, Third Floor
P.O. Box 7984
Madison, WI 53707-7984 (Nota: Las solicitudes pueden entregarse en la oficina de la Comisión de Elecciones de Wisconsin en la dirección indicada anteriormente, pero para evitar posibles demoras, le recomendamos que entregue su solicitud de inscripción de votante completa directamente a la oficina de su secretario municipal).

## Wyoming

**Revisado: 01-03-2006**

Por ley, Wyoming no puede aceptar este formulario a menos que cambie la ley estatal.

La carga de generación de informes públicos para esta recopilación de información, N.º de control de OMB 3265-0015, se estima en 7 minutos promedio por respuesta, incluido el tiempo para revisar las instrucciones, buscar las fuentes de datos existentes, recopilar y mantener los datos necesarios y completar y revisar la recopilación de información. Envíe comentarios relacionados con esta carga estimada o cualquier otro aspecto de esta recopilación de información, incluidas sugerencias para reducir la carga, a la Comisión de Asistencia Electoral de EE. UU., 633 3rd Street NW, Suite 200, Washington, DC 20001, Atn: Formulario nacional de inscripción de votantes por correo. Los participantes deben tener en cuenta que, no obstante cualquier otra disposición de la ley, ninguna persona estará sujeta a ninguna multa por no cumplir con la recopilación de información si no exhibe un número de control de OMB actualmente válido.

# Exhibit C

# Voter Registration and Absentee Voting Information for 2022



**Primary Election Day is September 13, 2022 and General Election Day is November 8, 2022**

**Steps to Registering to Vote and Voting in Delaware:**

1) Complete a *Voter Registration Application* to register to vote (on tier)
2) Fill out a *Request for an Absentee Ballot* form (on tier)
3) Mail your completed *Voter Registration Application* and your completed *Request for an Absentee Ballot* form to your County Department of Elections ("DOE") Office as soon as possible.
4) Once the DOE receives your *Voter Registration Application*, it will determine if you are eligible to register and vote.
5) If you are eligible, the DOE will process your voter registration and the DOE will mail you an absentee ballot.
6) As soon as you receive your absentee ballot, follow the instructions and vote your absentee ballot.
7) Return your completed absentee ballot as soon as possible in the provided postage-paid envelope. **Absentee ballots must be at the Department of Elections Office for your county by 8PM on Election Day in order to count**.

**Please see the detailed information below.  If you have any questions about the process, you may contact the Department of Elections free of charge at 302-735-3770.**

**You may register to vote in Delaware if you:**

- Are a citizen of the United States; AND
- Are a resident of Delaware (Delaware is your home); AND
- Will be 18 years old on or before the date of the next General Election (November 8, 2022)

**You may not register to vote in Delaware if you:**

- Have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
- Were convicted of a felony and have not fully discharged your sentence*; OR
- Were convicted of a disqualifying felony** and have not been pardoned.
  *Payment of any fees, fines, costs, or restitution which a felony offender may be required to pay as part of the criminal sanctions imposed on such offender is NOT considered in determining discharge of sentence for purposes of eligibility to register to vote.
  **List of Disqualifying Felonies:
  - o Murder or Manslaughter (except Vehicular Homicide); OR
  - o Any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; OR
  - o Any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia.

**Mailing Applications**

- Applications to register to vote and to request an absentee ballot are available on the tier.  If one is not available, please contact your DOC Counselor.
- You will need either the last four digits of your Social Security number or your Driver's License/State ID# on the *Voter Registration Application*.
- If this is your 1st time registering to vote, you need to include a copy of your DOC Prison ID.  You can obtain a photocopy by contacting your DOC Counselor.
- Use the address that is listed on your Driver's License or State ID as your *current/home address*.  If you do not have either, then the prison's address should be used.
- Use the prison as your *mailing address/address where you want ballot sent*.  **JTVCC**--Do NOT use the Pigeonly address.**
- You MUST include your SBI# next to your last name on the *Voter Registration Application* and the *Request for an Absentee Ballot* form to receive return mail from the Department of Elections.

| 2022 Election Dates and Registration Deadlines | |
|---|---|
| **Primary Election: September 13th** | **General Election: November 8th** |
| **\*Deadline to Request Absentee Ballots: September 9th** | **\*Deadline to Request Absentee Ballots: November 4th** |

*Allow additional time for mailing.  To ensure your absentee ballot requests are received in time, complete and mail as soon as possible.

**Mail voter registration applications and absentee ballot request forms
to your county Department of Elections Office at the address below:**

**Kent County**
PO BOX 699
Dover, DE 19903-0699

**New Castle County**
PO BOX 7079
Wilmington, DE 19803-0079

**Sussex County**
PO BOX 457
Georgetown, DE 19947-0457

# State of Delaware
# All-In-One Form to Register to Vote or Update Your Information

**Use this form to register to vote for the first time, or to update your name, address and/or political party affiliation if you are already registered.**

Print clearly in blue or black ink.

## 1. Who are you?

I am a citizen of the United States.
If NO, do not continue.

○ YES   ○ NO

☐ I do not want to register to vote at this time.

| | |
|---|---|
| Last name | Suffix (Jr., II) |
| First name | Birth date (MM/DD/YYYY) |
| Middle name | DE drivers license or ID # (see back) |
| Social Security Number (see back) | Political party affiliation |

## 2. What is your CURRENT address?

Street address

| | | |
|---|---|---|
| Apt/Lot/Unit # | Development | |
| City/Town | State | DE   Zip Code |
| County | School district | |

Mailing address if different than above

## 3. How can your election office contact you if it needs clarification about your application?

Telephone number (optional)

Email address (optional)

## 4. Complete this section if you are registered to vote anywhere else.

Previous name/maiden name

Previous address

Previous city, county, state, zip code

## 5. You must read and sign this statement.

**I hereby swear or affirm that:**
· I am a citizen of the United States,
· I am a permanent resident of the State of Delaware at the address given above,
· I will be 18 years old on or before the date of the next General Election, and
· All of the information about me on this form is true and correct to best of my knowledge.
· I hereby authorize cancellation of any previous registration.

**Sign here**  **X**

**Today's date** (MM/DD/YYYY)

This information is for official use only. Any unauthorized release may be punishable by law        Previous editions are obsolete.        VRFM007 v7.0 11/16

## FOR DEPARTMENT, AGENCY, OR POLLING PLACE USE ONLY

Agency Representative Signature(s)

| RD | ED | New | Transfer | Name Change | Party Change | Other County | Source | Application Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Remarks

**Look on the back for information about registering to vote.**

- You can register to vote or update your name, address, or political party affiliation at https://ivote.de.gov/.

- You may register to vote if you:

    o Are a citizen of the United States, AND
    o Are a resident of Delaware (Delaware is your home), AND
    o Will be 18 years old on or before the date of the next General Election.

    o You may **not** register to vote in Delaware if you:

        • Have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
        • Were convicted of a felony and have not fully discharged your sentence*; OR
        • Were convicted of a disqualifying felony** and have not been pardoned.

        *Payment of any fees, fines, costs, or restitution which a felony offender may be required to pay as part of the criminal sanctions imposed on such offender is <u>NOT</u> considered in determining discharge of sentence for purposes of eligibility to register to vote.

        **List of Disqualifying Felonies:

            · Murder or manslaughter, (except vehicular homicide);
            · Any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
            · Any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

- If you have been convicted of a non-disqualifying felony and have fully discharged your sentence (as described above), you must register to vote even if you were previously registered to vote prior to your felony conviction.

- If you indicate that you are not a citizen or fail to answer that question, your application will be rejected.

- If you register to vote even though you know you are not eligible, you can be fined between $50.00 - $200.00 or imprisoned for 30 days to two years, or both.

- The office at which you submit this application will remain confidential except as provided by law.

- The information that you provide on this application is public information, **EXCEPT** the last-four digits of your Social Security Number, telephone number, date of birth, email address, and drivers' license/state identification card number.

- The fact that you have declined to register will remain confidential except as provided by law.

- Please provide a valid Delaware Driver's License number, Delaware Identification Card number. If you have neither, please provide the last-four digits of your Social Security Number.

- If you are submitting this application by mail and it is the first time you have registered in Delaware, you must submit with this application, a copy of a current and valid photo identification or a copy of a current utility bill, bank statement, government check, paycheck or other government document that shows your name and address. If you do not provide required identification documentation, you must provide it the first time you vote in a federal election.

- Disclosure of your telephone number and email address is voluntary.

- You should receive a polling place card once your application has been accepted. You will be notified by mail if your application is rejected. If you do not receive the card or other notification within 10 business days, please contact the Department of Elections Office for your county.

- Please contact the Department of Elections (see below) if you have any questions regarding this information.

### IDENTIFICATION NUMBER DISCLOSURE STATEMENT

Disclosure of your driver's license number, ID number or the last-four digits of your Social Security Number is requested so that each individual who is registered to vote is identifiable in an accurate and efficient manner. Your driver's license number, ID number or the last-four digits of your Social Security Number are used as necessary for administrative purposes only relating to voting, including identifying you as a registered voter, ensuring no individual is registered in more than one place, verifying addresses, verifying voting districts, and may be used for any other lawful purpose. The registration application containing your driver's license number, ID number or the last-four digits of your Social Security Number will become part of the registration records of your county.

https://ivote.de.gov

| State Election Commissioner | New Castle County Office | Kent County Office | Sussex County Office |
|---|---|---|---|
| 905 S Governors Ave., Ste. 170 | Carvel State Office Bldg. | 100 Enterprise Pl., Ste 5 | 119 N Race St., PO Box 457 |
| Dover DE 19904 | 820 N French St., Ste. 400 | Dover DE 19904 | Georgetown DE 19947 |
| Phone: (302) 739-4277 | Wilmington DE 19801 | Phone: (302) 739-4498 | Phone: (302) 856-5367 |
| Fax: (302) 739-6794 | Phone: (302) 577-3464 | Fax: (302) 739-4515 | Fax: (302) 856-5082 |
| COE_Vote@delaware.gov | Fax: (302) 577-6545 | votekc@delaware.gov | votesc@delaware.gov |

**State of Delaware Department of Elections — Absentee Ballot Statement**

# Request for an Absentee Ballot for Primary, General and/or Special Elections

**1.** Please review instructions on the reverse side and then complete the Voter Information Section, choose the elections for which you want a ballot, choose the reason(s) you are voting by absentee ballot and, if applicable, complete one or both Special Qualifications, then date and sign this form.

**2.** *Members of the Uniformed Services and citizens residing outside of the U.S. should use the Federal Post Card Application.*

## Voter Information

Political Party

Full name_____ Affiliation _____ Phone # _____

**Enter your Delaware home address below**

House or Apartment #

and Street _____ City _____ Zip Code _____

Birth                    Social                               Email

date: _____ Security Number: _____ address _____

(Optional -- see Disclosure on reverse )    (Optional — Used to update you with your application and ballot status)

**Address where you want your absentee ballot sent if different than above:**

_____

Election

Where You Expect to be on Election Day_____    Day phone #_____

(Optional) (City & State, or City & Country)          (Optional)

**In-office use only - ID Checked _____    ED_____ RD _____    Voucher #:_____**

## Select the election or elections for which you want an absentee ballot

☐ Primary ☐ Presidential Primary ☐ General ☐ Special ☐ All elections

School Board Elections and School District Referenda require a different form.

**Select the reason(s) you are voting by absentee ballot:**

☐ (1) I am in public service of the United States (U.S.) or the State of Delaware, or I am a citizen of the U.S. temporarily residing outside the territorial limits of the U.S. and the District of Columbia, or such person's spouse or dependent when residing with or accompanying such person, or absent from this State because of illness or injury while serving the armed forces of the U.S.

☐ (2) I am in the armed forces of the U.S. or the merchant marine of the U.S., or attached to and serving with the armed forces of the U.S. in the American Red Cross or United Service Organizations.

☐ (3) Due to the nature of my business or occupation. This reason includes:
- the business or occupation of providing care to my parent, spouse, or child who is living at home and requires constant care due to illness, disability, or injury;
- students; and
- otherwise eligible persons who are incarcerated.

☐ (4) I am sick or physically disabled (temporarily or permanently).

☐ (5) I am absent from the district while on vacation.

☐ (6) I am unable to vote at a certain time or on a certain day due to the tenets or teachings of my religion.

☐ (7) I am otherwise authorized pursuant to the Federal Uniformed and Overseas Citizens Absentee Voting Act to vote by absentee ballot.

☐ (8) I am otherwise authorized by federal law to vote by absentee ballot.

**Special Qualification regarding electronic delivery of absentee ballots.**

I am voting by absentee ballot due to reason 4.

Send my ballot by: ☐ m a i l, ☐ f a x , o r ☐ e m a i l

FAX # _____ EMAIL: _____

(r e q u i r e d  i f  y o u  w a n t  b a l l o t  f a x e d  o r  e m a i l e d)

**Special Qualification regarding Permanent Absentee voter status.**

I am voting by absentee ballot due to reason 1, 2, 4, 7, or 8, or my business or occupation is providing care to my parent, spouse or child who is living at home and requires constant care due to illness, disability, or injury.

☐ Make me a permanent absentee voter.

**I solemnly swear or affirm, under penalty of perjury, that I cannot go to my polling place on Election Day for the reason that I marked and that the information I have provided herein is true and correct.**

_____

Signature

Date _____

## SOCIAL SECURITY NUMBER DISCLOSURE STATEMENT

Disclosure of your social security number is requested so that each individual who is registered to vote is identifiable in an accurate and efficient manner. This disclosure is requested pursuant to 15 *Del. C.* Section 5503 and 5 U.S.C. Section 552a note (Section 7 of the Privacy Act of 1974, Public Law 93-579). The **disclosure of your social security number is voluntary.** If you choose not to disclose your social security number, you will be assigned a nine (9) digit identifying number during the processing of your registration.

Your social security number is used as necessary for administrative purposes relating to voting, including to identify you as a registered voter, to insure no individual is registered in more than one place, to verify address, voting districts, and other information and may be used for any other lawful purpose. The registration application containing your social security number will become part of the registration records of your county.

## INSTRUCTIONS FOR COMPLETING YOUR REQUEST FOR AN ABSENTEE BALLOT

Complete the Voter Information Section, choose the elections for which you want a ballot, choose the reason you are voting by absentee ballot, and, if eligible, complete one or both Special Qualifications, then date and sign this form in the designated location on the front side.

**Please note**: If you are a Uniformed Service member and citizen living outside of the United States, you may use the Federal Post Card Application (FPCA) to register to vote, update your registration, and/or request an absentee ballot. The FPCA gives eligible applicants the option for electronic delivery of your absentee ballot.

Email, FAX, or mail this completed application to the Department of Elections' Office in the County where you live so that it is received no later than 4 days before the day of the election. This application is valid for the elections indicated on the front side during the calendar year in which it was submitted.

Permanent absentee voters must inform the Department of Elections of changes of address, name, or the reason that they are voting by absentee ballot. In addition to above information, permanent absentee voters receiving ballots by email or FAX must inform the Department of Elections of changes in their email address or FAX number.

You can also complete and submit this form or your Federal Post Card Application online at https://ivote.de.gov.

| | |
|---|---|
| **Kent County**<br><br>Department of Elections - Kent County Office<br>PO Box 699<br>DOVER DE 19903-0699 | **Phone:** (302) 739-4498<br>**FAX:** (302) 739-4515<br>**email:** absenteekc@delaware.gov<br>**Web Page:** https://elections.delaware.gov<br>**Facebook:** https://facebook.com/DoE.Delaware |
| **New Castle County**<br><br>Department of Elections - New Castle County Office<br>PO Box 7079<br>WILMINGTON DE 19803-0079 | **Phone:** (302) 577-3464<br>**FAX:** (302) 577-6545<br>**email:** absentee@delaware.gov<br>**Web Page:** https://elections.delaware.gov<br>**Facebook:** https://facebook.com/DoE.Delaware |
| **Sussex County**<br><br>Department of Elections - Sussex County Office<br>PO Box 457<br>GEORGETOWN DE 19947-0457 | **Phone:** (302) 856-5367<br>**FAX:** (302) 856-5082<br>**email:** absenteesc@delaware.gov<br>**Web Page:** https://elections.delaware.gov<br>**Facebook:** https://facebook.com/DoE.Delaware |

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
DOVER, DE
PERMIT NO. 349

**STATE OF DELAWARE**
**DEPARTMENT OF ELECTIONS**
P.O. BOX 699
DOVER DE 19903-0699

**RETURN SERVICE REQUESTED**

OFFICIAL ELECTION MAIL ®
*Authorized by the U.S. Postal Service*

## OFFICIAL BALLOT MATERIAL - FIRST-CLASS MAIL

# BALLOT ENVELOPE

*Don't wait! Return your ballot before election day.*

## Contact information

**Department of Elections**
Kent County Office
100 Enterprise Pl Ste 5
Dover DE 19904

elections.delaware.gov

absenteekc@delaware.gov
votebymailkc@delaware.gov

Information : (302) 739-4498

Fax: (302) 739-4515

## How to complete your ballot

1. Vote your ballot
2. Put it in the return envelope
3. Seal the envelope
4. Sign the oath
5. Return your ballot

## How to return your ballot

**By Mail: Mail your ballot to the following address.**



Department of Elections - Kent County Office
PO BOX 699
DOVER DE 19903-0699

**In Person: Visit our office at the following address.**



Department of Elections - Kent County Office
100 Enterprise Pl Ste 5
Dover DE 19904

## Important:

Your ballot must be received by the Department of Elections Office for your county no later than 8 p.m. on Election Day.







27-12

SAMPLE BALLOT

**State Representative District 27**
Vote for One (1)

○ MICHAEL F. HERTZFELD

○ ERIC MORRISON

**Auditor of Accounts**
Vote for One (1)

○ KATHLEEN K. MCGUINESS

○ LYDIA YORK

# Official Ballot
## State of Delaware
## September 13, 2022 State Primary
## Democratic Party






NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service ®

BUSINESS REPLY MAIL
FIRST-CLASS MAIL      PERMIT NO. 1040      DOVER DE

POSTAGE WILL BE PAID BY ADDRESSEE

**DEPARTMENT OF ELECTIONS**
KENT COUNTY OFFICE
PO BOX 699
DOVER DE 19903-9804

Name and Complete Address

# BALLOT ENVELOPE

**Did you....**
☐ Sign the voter's oath in your own handwriting?
☐ Put your ballot in the envelope?

**Voter's Oath**

I do solemnly swear (affirm) that to the best of my knowledge I am eligible to vote in the State of Delaware and that my voting address is as it appears on the label on this envelope. I also do solemnly swear (affirm) under penalty of perjury that I have not received or accepted, or offered to receive or accept, any money or other item of value as compensation, inducement or reward for the giving or withholding of a vote at this election, nor that I am acting under duress or threat of duress or harm.

**Sign in the box below with ink.**



X

Date

SAMPLE



*Instructions for Completing and Returning Your Absentee Ballot*

## State of Delaware
## Department of Elections

**Kent County Office**

Mailing Address:
PO Box 699
Dover DE 19903-0699

Office Location:
100 Enterprise Pl Suite 5
Dover DE 19904

Phone: (302) 739-4498

Fax: (302) 739-4515

email: absenteekc@delaware.gov

**New Castle County Office**

Mailing Address:
PO Box 7079
Wilmington DE 19803-0079

Office Location:
Carvel State Office Building
820 N French St Suite 400
Wilmington DE 19801

Phone: (302) 577-3464

Fax: (302) 577-6545

email: absenteenc@delaware.gov

**Sussex County Office**

Mailing Address:
PO Box 457
Georgetown DE 19947-0457

Office Location:
119 N Race St
Georgetown DE 19947

Phone: (302) 856-5367

Fax: (302) 856-5082

email: absenteesc@delaware.gov

2/14/2022

## Official Ballot
## Voting Checklist

☑ **Read the directions.**

☑ **Mark your ballot correctly.**

☑ **Review your ballot.**

☑ **Put your voted ballot in the BALLOT ENVELOPE.**

☑ **Sign and seal the BALLOT ENVELOPE.**

☑ **Mail or return the BALLOT ENVELOPE to the Department of Elections office in your county.**

## Additional Reminders

☑ **Make sure to sign the BALLOT ENVELOPE.**

☑ **Return the ballot so that it gets to the Department of Elections office in your county by 8 p.m. on the day of the election.**

☑ **Please return your voted ballot as soon as possible. Allow time for mail especially if it is being returned from outside the United States.**

**Website: https://elections.delaware.gov**

**iVOTE.DE.gov**

Facebook.com/DoE.Delaware

Twitter.com/DE_Elections

@doe.delaware

Delaware Elections

# How to vote and return your Absentee Ballot

## 1 Read all of the instructions

| Office Name |
| --- |
| **Vote for One** |
| CANDIDATE NAME<br>Political Party A | ○ |
| CANDIDATE NAME<br>Political Party B | ○ |

Read these instructions carefully.

If the ballot tells you to vote for one choice, fill in one oval.

If the ballot lets you vote for more than one choice, fill in no more than the number stated in the directions.

## 2 Mark the ballot correctly

| Office Name |
| --- |
| **Vote for One** |
| CANDIDATE NAME<br>Political Party A | ○ ✗ |
| CANDIDATE NAME | |

| Office Name |
| --- |
| **Vote for One** |
| CANDIDATE NAME<br>Political Party A | ⊘ ✗ |
| | |

| Office Name |
| --- |
| **Vote for One** |
| CANDIDATE NAME<br>Political Party A | ● ✓ OK |
| CANDIDATE NAME<br>Political Party B | ○ |

Use a pen with dark blue or black ink, or use a regular pencil. Do not use other colors.

_Completely_ fill in the oval to the right of your choice as shown above.

## 3 How to write-In a candidate

| Office Name |
| --- |
| **Vote for One** |
| CANDIDATE NAME<br>Political Party A | ○ |
| CANDIDATE NAME<br>Political Party B | ○ |
| Write-In   _Candidate Name_ | ● |

Write-in votes are not permitted in Primary Elections.

- Go to the "Write-In" block below the candidate names.
- Fill in the oval on the right side of the block, and PRINT the name of the person for whom you want to vote in the block.

## 4 Review your ballot



Make sure that you have made selections for each office for which you want to vote.

Contact the Department of Elections office in your county if you:

- Need help, or
- Need a replacement ballot.

## 5 Prepare your envelope



After marking your ballot, fold it and put it into the BALLOT ENVELOPE.

Sign the oath on the back of the envelope beside the big "X".

Seal the BALLOT ENVELOPE.

## 6 Return Your Envelope

Mail or take the envelope to the Department of Elections office in the county where you live.

Postage is paid if you mail it in the U.S. or at an APO, FPO or DPO.*

If you mail it in a foreign postal system:

- Send it by "air mail," and put the correct foreign postage on the envelope.

_*Postage may be required in some situations._

**For more information, go to https://elections.delaware.gov**

# Voter Registration Verification

**STATE OF DELAWARE**
**DEPARTMENT OF ELECTIONS**
**NEW CASTLE COUNTY**
**820 N FRENCH ST**
**WILMINGTON, DE 19801**
**70-00-000**

8/29/2022

RETURN SERVICE REQUESTED

| DELAWARE POLLING PLACE CARD | | | | | |
|---|---|---|---|---|---|
| ELECT DIST | REP DIST | SEN DIST | COUNTY COUNCIL | SCHOOL DISTRICT | POLITICAL PARTY AFFILIATION |
| 01 | 27 | 10 | 11 | AP | **DEMOCRATIC** |

POLLING PLACE                                   **VOTER ID: 100065740**
**LOSS ELEMENTARY SCHOOL**
**200 BRENNAN BLVD**

**HARAI, PAUL**
**999 BEECHWOOD CT**
**BEAR, DE 19701-5307**

CUT HERE ✂ ·············

## Notice

Your official voter registration record shows that you are registered by the name and at the address
shown on the other side of this card.  If either are incorrect, has changed or changes in the future,
update the information with Delaware Department of Elections or visit:  HTTPS://IVOTE.DE.GOV



**Questions?  Contact the Department's Office in the county where you live:**
Kent County: VOTEKC@DELAWARE.GOV  or (302) 739-4498
New Castle County: VOTENCC@DELAWARE.GOV or (302) 577-3464
Sussex County: VOTESC@DELAWARE.GOV  or (302) 856-5367

# Exhibit D

# Voter Registration and Absentee Voting Information for 2022

### Primary Election Day is September 13, 2022 and General Election Day is November 8, 2022



**Steps to Registering to Vote and Voting in Delaware:**

1) Complete a *Voter Registration Application* to register to vote (on tier)
2) Fill out a *Request for an Absentee Ballot* form (on tier)
3) Mail your completed *Voter Registration Application* <u>and</u> your completed *Request for an Absentee Ballot* form to your County Department of Elections ("DOE") Office as soon as possible.
4) Once the DOE receives your *Voter Registration Application*, it will determine if you are eligible to register and vote.
5) If you are eligible, the DOE will process your voter registration and the DOE will mail you an absentee ballot.
6) As soon as you receive your absentee ballot, follow the instructions and vote your absentee ballot.
7) Return your completed absentee ballot as soon as possible in the provided postage-paid envelope. **Absentee ballots must be at the Department of Elections Office for your county by 8PM on Election Day in order to count**.

**Please see the detailed information below.  If you have any questions about the process, you may contact the Department of Elections free of charge at 302-735-3770.**

**You may register to vote in Delaware if you:**

- Are a citizen of the United States; AND
- Are a resident of Delaware (Delaware is your home); AND
- Will be 18 years old on or before the date of the next General Election (November 8, 2022)

> **\*\*UPDATE\*\***
> **Deadline to register to vote for the November 8, 2022 General Election is NOW Saturday, October 15, 2022**

**You may not register to vote in Delaware if you:**

- Have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
- Were convicted of a felony and have not fully discharged your sentence\*; OR
- Were convicted of a disqualifying felony\*\* and have not been pardoned.
  \*Payment of any fees, fines, costs, or restitution which a felony offender may be required to pay as part of the criminal sanctions imposed on such offender is <u>NOT</u> considered in determining discharge of sentence for purposes of eligibility to register to vote.
  \*\*List of Disqualifying Felonies:
  - Murder or Manslaughter (except Vehicular Homicide); OR
  - Any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; OR
  - Any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia.

**Mailing Applications**

- Applications to register to vote and to request an absentee ballot are available on the tier.  If one is not available, please contact your DOC Counselor.
- You will need either the last four digits of your Social Security number <u>or</u> your Driver's License/State ID# on the *Voter Registration Application*.
- If this is your 1st time registering to vote, you need to include a copy of your DOC Prison ID.  You can obtain a photocopy by contacting your DOC Counselor.
- Use the address that is listed on your Driver's License or State ID as your *current/home address*.  If you do not have either, then the prison's address should be used.
- Use the prison as your *mailing address/address where you want ballot sent*.  \*\***JTVCC**--Do NOT use the Pigeonly address.\*\*
- You MUST include your SBI# next to your last name on the *Voter Registration Application* and the *Request for an Absentee Ballot* form to receive return mail from the Department of Elections.

| 2022 Election Dates and Registration Deadlines | |
| --- | --- |
| **Primary Election: September 13th** | **General Election: November 8th** |
| **\*Deadline to Request Absentee Ballots: September 9th** | **\*Deadline to Request Absentee Ballots: November 4th** |

**\*Allow additional time for mailing.  To ensure your absentee ballot requests are received in time, complete and mail as soon as possible.**

**Mail voter registration applications and absentee ballot request forms to your county Department of Elections Office at the address below:**

| <u>Kent County</u> | <u>New Castle County</u> | <u>Sussex County</u> |
| --- | --- | --- |
| PO BOX 699 | PO BOX 7079 | PO BOX 457 |
| Dover, DE 19903-0699 | Wilmington, DE 19803-0079 | Georgetown, DE 19947-0457 |