IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) ) | |
| Plaintiff, | ) ) ) | Civ. No. 23-1397-JLH |
| v. | ) ) | |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Deputy Attorney General Lynn A. Kelly on behalf of Defendants.

                **STATE OF DELAWARE
                DEPARTMENT OF JUSTICE**

                */s/ Lynn A. Kelly*
                Kenneth L. Wan (#5667)
                Lynn A. Kelly (#4560)
                Deputy Attorneys General
                Carvel State Office Building
                820 N. French Street, 6th Floor
                Wilmington, Delaware 19801
                (302) 577-8400
                Kenneth.Wan@delaware.gov
                Lynn.Kelly@delaware.gov

                *Attorneys for Defendants*

Dated: April 8, 2024

RECEIVED APR 08 2024 US DISTRICT COURT DISTRICT OF DELAWARE