## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | **Civ.** No. 23-1397-JLH<br>)<br>) |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

Please enter the appearance of Deputy Attorney General Julia Mayer on behalf of Defendants.

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Julia Mayer*
Julia Mayer (#6439)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Fl.
Wilmington, DE 19801
Julia.Mayer@delaware.gov
(302) 577-8400

Dated: August 12, 2024

## **CERTIFICATE OF SERVICE**

On August 12, 2024, I do hereby certify that I caused a copy of the foregoing *Entry of Appearance* to be filed with the Clerk of Court using CM/ECF and served on all counsel of record.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Julia Mayer*
Julia Mayer (#6439)