# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) )  ) |
| Plaintiff, | ) ) ) C.A. No. 23-1397-JLH |
| v. | ) ) |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, Defendants hereby notify the Court that Deputy Attorney General Kenneth L. Wan is hereby withdrawn from representing Defendants in this action. Defendants will continue to be represented by Deputy Attorneys General Lynn A. Kelly and Julia Mayer.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Kenneth L. Wan*
        Kenneth L. Wan, ID #5667
        Deputy Attorney General
        Carvel State Building
        820 N. French Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 577-8400
        Kenneth.Wan@delaware.gov

Dated: August 21, 2024