**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PRISONERS LEGAL ADVOCACY NETWORK, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No.  23-1397-JLH |
| THE HONORABLE JOHN CARNEY, in his official capacity as Governor of the State of Delaware, THE HONORABLE ANTHONY J. ALBENCE, in his official capacity as State Election Commissioner of the Delaware Department of Elections, and, THE HONORABLE TERRA TAYLOR, in her official capacity as Acting Commissioner of the Delaware Department of Correction, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

For the reasons stated from the bench today, August 23, 2024, the Court concludes that it lacks subject matter jurisdiction over this action.  THEREFORE, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

Dated: August 23, 2024

_____
The Honorable Jennifer L. Hall
United States District Judge